Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DOHERTY, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PIVOTAL SOFTWARE, INC., ROBERT MEE, and CYNTHIA GAYLOR, <br><br> Defendants | No. 3:19-cv-03589-CRB <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF DANA PENZA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> CLASS ACTION <br><br> Judge: Charles R. Breyer <br> Hearing Date: September 27, 2019 <br> Time: 10:00 a.m. <br> Ctrm: 6-17th Floor (San Francisco) |

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF DANA PENZA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - No. 3:19-cv-03589-CRB

MIEKBEB M. ABERA, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, LLC; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO.; LLC; and WILLIAMS CAPITAL GROUP, L.P.,

Defendants.

No. 3:19-cv-03601-HSG

CLASS ACTION

PETER KLEINMAN, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

vs.

No. 3:19-cv-03605-RS

CLASS ACTION

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF DANA PENZA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - No. 3:19-cv-03589-CRB

| | |
|---|---|
| PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED.; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, L.L.C.; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO., L.L.C.; and WILLIAMS CAPITAL GROUP, L.P.,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## <u>DECLARATION OF LAURENCE M. ROSEN</u>

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Dana Penza ("Movant"). I make this declaration in support of Movant's motion for consolidation of the related actions, appointment as Lead Plaintiff, and approval of counsel pursuant to Fed. R. Civ. P. 42, Section 21D of the Securities Exchange Act of 1934, and Section 27 of the Securities Act of 1933. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF DANA PENZA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - No. 3:19-cv-03589-CRB

Exhibit 1:     PSLRA Early Notice;

Exhibit 2:     Movant's PSLRA Certification;

Exhibit 3:     Movant's Loss Chart; and

Exhibit 4:     The Rosen Law Firm, P.A.'s firm resume.


I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


Executed this 19th day of August, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF DANA PENZA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - No. 3:19-cv-03589-CRB

## PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450 Los Angeles, CA 90071.  I am over the age of eighteen.

On August 19, 2019, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF DANA PENZA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on August 19, 2019.

/s/ Laurence Rosen
Laurence M. Rosen

5