# EXHIBIT 3

**Pivotal Software, Inc. Loss Chart**

**Lookback Price**

**Class Period:  (a) pursuant and/or traceable to the April 2018 initial public offering; and/or (b)  between April 24, 2018 to June 4, 2019, inclusive**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $10.4245 |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------|
| Dana Penza | 6/14/2018 | 1,900 | ($30.75) | ($58,425.00) | | | | | | | | |
| | 6/14/2018 | 1,900 | ($29.08) | ($55,252.00) | | | | | | | | |
| | | 3,800 | | ($113,677.00) | | | | | 3,800 | $39,613.10 | ($74,063.90) | |