# Exhibit A

## CERTIFICATION

I, Paul Bronson, as Chairman of Oklahoma City Employee Retirement System ("OKCERS"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of OKCERS. I have reviewed a Complaint filed against Pivotal Software, Inc. ("Pivotal") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint;

2. OKCERS did not purchase securities of Pivotal at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. OKCERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. OKCERS' transactions in Pivotal securities during the Class Period are reflected in Exhibit A, attached hereto;

5. OKCERS has not sought to serve as a lead plaintiff or representative party in any class action under the federal securities laws filed during the last three years;

6. Beyond its pro rata share of any recovery, OKCERS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Approved this 8th day of August, 2019.

The Oklahoma City Employee Retirement System

Attest:

_Maueu Tursey_
Secretary

_Paul E. Bronson_
Paul Bronson, Chairman

Reviewed for Form and Legality.

Deputy Municipal Counselor

**EXHIBIT A**

**TRANSACTIONS IN PIVOTAL SOFTWARE, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| --- | --- | --- | --- | --- |
| Purchase | 08/22/18 | 300.00 | $25.86 | ($7,757.85) |
| Purchase | 08/22/18 | 2,700.00 | $25.95 | ($70,072.29) |
| Purchase | 08/22/18 | 100.00 | $26.04 | ($2,604.43) |
| Purchase | 08/23/18 | 100.00 | $25.66 | ($2,565.98) |
| Purchase | 08/23/18 | 400.00 | $25.74 | ($10,297.76) |
| Purchase | 08/29/18 | 300.00 | $27.39 | ($8,216.07) |
| Purchase | 08/31/18 | 100.00 | $27.56 | ($2,755.52) |
| Purchase | 09/05/18 | 100.00 | $27.19 | ($2,719.48) |
| Purchase | 09/05/18 | 100.00 | $27.51 | ($2,751.37) |
| Purchase | 09/06/18 | 200.00 | $26.25 | ($5,249.28) |
| Purchase | 09/06/18 | 200.00 | $26.49 | ($5,298.08) |
| Purchase | 09/07/18 | 900.00 | $26.68 | ($24,009.93) |
| Purchase | 09/10/18 | 600.00 | $26.46 | ($15,876.66) |
| Purchase | 09/12/18 | 800.00 | $24.99 | ($19,994.80) |
| Purchase | 09/12/18 | 100.00 | $27.26 | ($2,725.64) |
| Purchase | 09/14/18 | 500.00 | $22.58 | ($11,290.05) |
| Purchase | 09/17/18 | 800.00 | $21.58 | ($17,264.64) |
| Purchase | 09/17/18 | 800.00 | $21.79 | ($17,431.36) |
| Purchase | 09/18/18 | 1,600.00 | $20.22 | ($32,357.44) |
| Purchase | 09/21/18 | 200.00 | $19.74 | ($3,947.70) |
| Purchase | 12/12/18 | 600.00 | $18.00 | ($10,800.00) |
| Purchase | 02/13/19 | 900.00 | $19.11 | ($17,201.34) |

## CERTIFICATION

I, Stephen G. Olish, as Executive Director of the Police Retirement System of St. Louis ("St. Louis Police"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of St. Louis Police.  I have reviewed a complaint prepared against Pivotal Software, Inc. ("Pivotal ") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint;

2.      St. Louis Police did not purchase securities of Pivotal at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      St. Louis Police is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.      St. Louis Police's transactions in Pivotal securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      St. Louis Police has sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *Longo v. OSI Systems, Inc.*, No. 17-cv-08841 (C.D. Cal.)
> *Mustafin v. GreenSky, Inc.*, No. 18-cv-11071 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, St. Louis Police will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __14th__ day of August, 2019.

_Stephen H. Olish_

Stephen G. Olish
*Executive Director of*
*The Police Retirement System of St. Louis*

- 2 -

# EXHIBIT A

## TRANSACTIONS IN PIVOTAL SOFTWARE, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| --- | --- | --- | --- | --- |
| Purchase | 04/01/19 | 7,803 | $20.87 | ($162,865.78) |
| Purchase | 04/02/19 | 516 | $20.87 | ($10,770.67) |
| Purchase | 04/03/19 | 251 | $21.24 | ($5,330.04) |