**Exhibit B**

**LOSS ANALYSIS**

**Class Period: 4/24/2018 to 6/4/2019**

**Pivotal Software, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| PVTL | 72582H107 | BZ197M1 | US72582H1077 | $10.4247 [1] |

**Oklahoma City Employee Retirement System**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 04/24/18 | 0 | | |
| Purchase | 08/22/18 | 300 | $25.8595 | ($7,757.85) |
| Purchase | 08/22/18 | 2,700 | $25.9527 | ($70,072.29) |
| Purchase | 08/22/18 | 100 | $26.0443 | ($2,604.43) |
| Purchase | 08/23/18 | 100 | $25.6598 | ($2,565.98) |
| Purchase | 08/23/18 | 400 | $25.7444 | ($10,297.76) |
| Purchase | 08/29/18 | 300 | $27.3869 | ($8,216.07) |
| Purchase | 08/31/18 | 100 | $27.5552 | ($2,755.52) |
| Purchase | 09/05/18 | 100 | $27.1948 | ($2,719.48) |
| Purchase | 09/05/18 | 100 | $27.5137 | ($2,751.37) |
| Purchase | 09/06/18 | 200 | $26.2464 | ($5,249.28) |
| Purchase | 09/06/18 | 200 | $26.4904 | ($5,298.08) |
| Purchase | 09/07/18 | 900 | $26.6777 | ($24,009.93) |
| Purchase | 09/10/18 | 600 | $26.4611 | ($15,876.66) |
| Purchase | 09/12/18 | 800 | $24.9935 | ($19,994.80) |
| Purchase | 09/12/18 | 100 | $27.2564 | ($2,725.64) |
| Purchase | 09/14/18 | 500 | $22.5801 | ($11,290.05) |
| Purchase | 09/17/18 | 800 | $21.5808 | ($17,264.64) |
| Purchase | 09/17/18 | 800 | $21.7892 | ($17,431.36) |
| Purchase | 09/18/18 | 1,600 | $20.2234 | ($32,357.44) |
| Purchase | 09/21/18 | 200 | $19.7385 | ($3,947.70) |
| Purchase | 12/12/18 | 600 | $18.0000 | ($10,800.00) |
| Purchase | 02/13/19 | 900 | $19.1126 | ($17,201.34) |
| *Class Period purchases:* | | *12,400* | | *($293,187.67)* |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | Shares Held: | 12,400 | $10.4247 | $129,266.49 |
| | | | **LIFO Gain/(Loss):** | **($163,921.18)** |

[1] *Value of shares held is the mean trading price from 6/5/2019 to 8/19/2019.*

**Police Retirement System of St. Louis**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 04/24/18 | 0 | | |
| | | | | |
| Purchase | 04/01/19 | 7,803 | $20.8722 | ($162,865.78) |
| Purchase | 04/02/19 | 516 | $20.8734 | ($10,770.67) |
| Purchase | 04/03/19 | 251 | $21.2352 | ($5,330.04) |
| *Class Period purchases:* | | *8,570* | | *($178,966.49)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 8,570 | $10.4247 | $89,339.82 |
| | | | **LIFO Gain/(Loss):** | **($89,626.66)** |
| | | | **Total LIFO Gain/(Loss):** | **($253,547.84)** |
| | | | **Total Shares Bought:** | **20,970.00** |
| | | | **Total Net Shares:** | **20,970.00** |
| | | | **Total Net Expenditures:** | **($472,154.16)** |