**Exhibit D**

James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff*
*Oklahoma City Employee Retirement System and*
*Police Retirement System of St. Louis and*
*Proposed Lead Counsel for the Class*

| | |
|---|---|
| STEVEN DOHERTY, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>PIVOTAL SOFTWARE, INC., ROBERT MEE, and CYNTHIA GAYLOR,<br><br>                    Defendants. | Case No. 3:19-cv-03589-CRB<br><br>**CLASS ACTION**<br><br>**JOINT DECLARATION OF WILEY L. WILLIAMS AND STEPHEN G. OLISH IN SUPPORT OF THE MOTION OF OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM AND POLICE RETIREMENT SYSTEM OF ST. LOUIS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| MIKEBEB M. ABERA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v. | Case No. 4:19-cv-03601-HSG |

JOINT DECLARATION
CASE NO. 3:19-CV-03589-CRB

PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, LLC; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO.; LLC; and WILLIAMS CAPITAL GROUP, L.P.,

Defendants.

PETER KLEINMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.

PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED.; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, L.L.C.; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO., L.L.C.; and WILLIAMS CAPITAL GROUP, L.P.,

Defendants.

Case No. 3:19-cv-03605-RS

JOINT DECLARATION
CASE NO. 3:19-CV-03589-CRB

We, Wiley L. Williams and Stephen G. Olish, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the Motion of Oklahoma City Employee Retirement System ("OKCERS") and Police Retirement System of St. Louis ("St. Louis Police") for Consolidation, Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel (the "Motion"). We are informed of and understand the requirements and duties of the lead plaintiff imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the selection and retention of counsel and overseeing the prosecution of the action. We each have personal knowledge regarding the facts set forth in this Joint Declaration relating to the institution with which we are associated.

2. I, Wiley L. Williams, serve as the Deputy Municipal Counselor for The City of Oklahoma City and I am Legal Counsel to the Oklahoma City Employee Retirement System. In that capacity I am authorized to make this Joint Declaration in its behalf. As set forth in OKCERS' and St. Louis Police's Motion and supporting papers, OKCERS suffered substantial losses on its investments in Pivotal securities. OKCERS is a sophisticated institutional investor that understands that this case is governed by the PSLRA, and accepts the responsibilities and fiduciary obligations that OKCERS and St. Louis Police will assume under the PSLRA if appointed as Lead Plaintiff.

3. I, Stephen G. Olish, am Executive Director of St. Louis Police and am authorized to make this Joint Declaration on its behalf. As set forth in OKCERS' and St. Louis Police's Motion and supporting papers, St. Louis Police suffered substantial losses on its investments in Pivotal securities. St. Louis Police is a sophisticated institutional investor that understands that this case is governed by the PSLRA, and accepts the responsibilities and fiduciary obligations that OKCERS and St. Louis Police will assume under the PSLRA if appointed as Lead Plaintiff. St. Louis Police is familiar with the PSLRA's requirement as a result of, among other things, its previous role in the securities class action captioned *Oliveira v. Home Loan Servicing Solutions, Ltd.*, No. 16-cv-60165 (S.D. Fla.), in which it served as Lead Plaintiff with several other pension funds, securing a $6 million recovery for injured investors.

4.      OKCERS and St. Louis Police are strongly motivated to recover the significant losses that they and the Class incurred as a result of Defendants' violations of the federal securities laws.  Indeed, OKCERS' and St. Louis Police's principal goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all potentially culpable parties.  Accordingly, we believe that the prosecution of this case should be entrusted to experienced institutional investors that have a significant financial interest to pursue both the alleged Securities Exchange Act of 1934 claims and the Securities Act of 1933 claims related to Defendants' Initial Public Offering in April 2018, and are committed to ensuring the action is litigated as zealously and efficiently as possible.

5.      After learning of the filing of the above-captioned actions, OKCERS and St. Louis Police each independently determined to seek appointment as Lead Plaintiff.  In exploring whether to pursue a leadership position in this case, both OKCERS and St. Louis Police expressed an interest in working with another sophisticated institutional investor with standing to pursue all claims against defendants.  Further, based on St. Louis Police's prior experience litigating securities class actions as part of a small, cohesive group of institutional investors, and OKCERS' understanding that partnering with another sophisticated investor such as St. Louis Police would allow for the sharing of experiences and resources, we believed that our partnership would add substantial value to the prosecution of this action and benefit the Class.

6.      To this end, OKCERS and St. Louis Police determined to communicate with each other to explore whether it would be in their and the Class' best interests to seek appointment as Lead Plaintiff together.  After additional diligence and subsequent discussions with representatives of each fund, OKCERS and St. Louis Police each independently determined that our funds could best achieve our shared goals of securing the maximum potential recovery for Pivotal investors by seeking joint appointment as Lead Plaintiff, and that our partnership would ensure the Class was represented by highly-qualified counsel.

7.      Further, and as part of an effort to further formalize our proposed leadership over the above-captioned actions, we participated in a joint conference call on August 19, 2019 to discuss OKCERS' and St. Louis Police's losses arising from defendants' misconduct, the

entirety of claims alleged against Pivotal, and jointly prosecuting the case. During this call, we also discussed: the benefits the Class would receive from the leadership of committed institutions with standing to pursue all claims asserted; our desire to maximize the recovery for the Class; our interests in prosecuting the case in a collaborative fashion; the measures we would employ to ensure that representatives of OKCERS and St. Louis Police could discuss the prosecution of this matter either with or without counsel; and ensuring that the Class' claims will be efficiently and zealously prosecuted through our oversight of our proposed Lead Counsel, Labaton Sucharow LLP ("Labaton Sucharow").

8. We understand that the PSLRA and courts throughout the country endorse the appointment of small groups of institutional investors to serve as lead plaintiff when they are able to effectively oversee proposed Lead Counsel in an independent manner. We intend to prosecute this action in such an independent and vigorous manner.

9. In addition to discussing our goals for the litigation, OKCERS and St. Louis Police recognized the importance of selecting a qualified law firm to prosecute the litigation, and that they do so in a cost-effective manner. With respect to our selected counsel, we believe that the Class will benefit from having Labaton Sucharow serve as Lead Counsel. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, Labaton Sucharow, and are aware that it is an accomplished law firm with a history of achieving significant recoveries in securities class actions.

10. Through our oversight of our proposed Lead Counsel, we are confident that Labaton Sucharow will prosecute this litigation in a zealous and efficient manner. Indeed, we understand that Labaton Sucharow has a demonstrated track record of achieving significant recoveries for investors while working efficiently and in a cost-effective manner.

11. Finally, we discussed how OKCERS and St. Louis Police are highly motivated to recover their respective substantial losses and intend to share our perspectives, experiences, and resources to direct this litigation. To this end, we have discussed with each other the importance of joint decision-making, open communication and the ability to confer, with or without counsel, via telephone and/or email on short notice to ensure that we are able to make timely decisions.

Among other things, OKCERS and St. Louis Police each have experienced and qualified staff who will oversee this matter and are available to confer via telephone and/or email to ensure that the funds are able to make timely decisions.

12.    OKCERS and St. Louis, by virtue of their collective experience, resources, and ability to engage in joint decision-making, believe serving jointly as Lead Plaintiff will materially benefit and advance the interests of the Class in this case.  On this point, OKCERS and St. Louis Police are committed to a zealous, yet efficient, prosecution of this case and if appointed as Lead Plaintiff, will be actively involved in this litigation.  Further, in order to ensure that OKCERS and St. Louis Police operate efficiently and in the best interest of maximizing the recovery for the Class if appointed as Lead Plaintiff, OKCERS and St. Louis Police have agreed to exercise joint decision-making and to work together in this action to fairly and adequately protect the interests of the Class.

13.    OKCERS and St. Louis Police, based on their shared status as municipal retirement funds with standing to pursue all claims, are determined to maximize recovery for the entirety of the Class, and therefore do not anticipate that any material disagreements will arise if appointed as Lead Plaintiff.  Further, OKCERS and St. Louis are firmly committed in good faith to reach consensus with respect to all litigation decisions, and to that end will consult with Lead Counsel as they deem necessary to fulfill their fiduciary obligations to the Class if appointed as Lead Plaintiff.

14.    Furthermore, in the unlikely event that a disagreement does arise during the course of the litigation which OKCERS and St. Louis Police are unable to resolve through thoughtful and extensive deliberation, or an emergency prevents them from timely consulting to collectively make a decision, OKCERS and St. Louis Police have unanimously agreed to defer to Lead Counsel's recommendation as a contingency in these limited set of circumstances.

15.    OKCERS and St. Louis Police hereby reaffirm their commitment to satisfying the fiduciary obligations that they will assume if appointed Lead Plaintiff, including by conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing

the filing of important litigation documents.  Through these and other measures, OKCERS and St. Louis Police will ensure that the Pivotal securities litigation will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

[**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the United States of America that the foregoing statements relating to the Oklahoma City Employee Retirement System are true to the best of my knowledge.  Executed this 15th day of August 2019.

*Wiley L Williams*

Wiley L. Williams
Deputy Municipal Counselor
Legal Counsel to The Oklahoma City Employee Retirement System

*On behalf of Oklahoma City Employee Retirement System*

JOINT DECLARATION
CASE NO. 3:19-CV-03589-CRB                                                                    6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the United States of America that the foregoing statements relating to the Police Retirement System of St. Louis are true to the best of my knowledge.  Executed this 19th day of August 2019.

*Stephen G. Olish*

Stephen G. Olish
Executive Director
Police Retirement System of St. Louis

*On behalf of Police Retirement System of St. Louis*