# Exhibit F

# James M. Wagstaffe
Partner

E-Mail: wagstaffe@wvbrlaw.com

James (Jim) M. Wagstaffe, partner and co-founder of Wagstaffe, von Loewenfeldt, Busch & Radwick LLP, handles a diverse range of litigation matters and also leads the firm's successful Federal Practice Group. His practice focuses on complex litigation, professional and governmental representation, will and trust disputes, legal ethics, and First Amendment matters. Jim is also the author of *The Wagstaffe Group Practice Guide: Federal Civil Procedure Before Trial*, published by Lexis Nexis. In addition, Jim is recognized as an authority and frequently is consulted by other law firms and clients alike on complicated civil procedure, attorneys' fees and trial practice issues.

In 2017, he was selected as *California Lawyer* Attorney of the Year for his successful representation of The State Bar of California in a high-profile privacy trial. In addition, Jim was recently picked as one of the Top 100 Super Lawyers in Northern California.

Cutting Edge Litigator

Jim's reputation as litigator is exemplified by his frequent retention in high stakes cases where his strategic and procedural expertise is particularly invaluable. Jim has recently tried multiple jury trials resulting in multi-million dollar verdicts for the firm's clients. These include:

- The successful 2017 federal whistleblower jury trial against Bio-Rad producing a $14.6 million judgment. This is the largest Dodd-Frank jury verdict in history.

- A 2017 jury trial verdict in a defamation action filed in San Luis Obispo County. It was the largest verdict of this type in the County for several years.

- Obtaining a $5 million judgment jury verdict in San Francisco for a law firm partner suing for breach of contract.

Jim also has extensive experience trying court trials and arbitrations before retired judges. These include:

- The successful defense of a Trustee sued for over $100 million by disgruntled beneficiaries.

- An across-the-board trial victory for the State Bar of California in the high-profile *Sander* case invoking the rights of Bar applicants to maintain privacy as to demographic and racial data.

100 Pine Street, Suite 725
San Francisco, California 94111
Telephone 415.357.8900
Facsimile 415.357.8910
www.wvbrlaw.com

•       Successfully defending the Golden State Warriors in litigation seeking $55 million arising out of a dispute involving its Arena lease.

•       Obtaining success for plaintiffs on an anti-SLAPP motion in case against City of Vallejo brought by couple who were wrongfully accused of having faked their kidnapping.

Jim's practice includes substantial work on virtual world issues, including electronic discovery, related legal ethics questions, and Wi-Fi technology. He was the successful lead attorney in the seminal e-discovery case, *Qualcomm, Inc. v. Bathchelder et al.*, 327 Fed. Appx. 877 (Fed. Cir. 2008). Several years ago he began representing the Australian government in high profile litigation involving the patent for indoor wireless technology. See *Microsoft Corp. v. Commonwealth Scientific and Indus. Research Organisation*, 297 Fed. Appx. 970 (Fed. Cir. 2008). Jim and the firm continue to represent the Australian government in litigation over its WiFi patents.

The State Bar of California has looked to Jim for over 15 years to handle its most challenging cases, including those raising serious constitutional issues. For example, Jim successfully argued the high-profile *in re Garcia* case before the California Supreme Court. In *Warden v. State Bar of California*, 21 Cal.4th 628 (1999), Jim also represented the Bar in a lawsuit in which the plaintiffs alleged the exemptions from the MCLE (continuing education) program were unconstitutional. The matter went up to the California Supreme Court, which ruled in favor of the Bar.

Jim is considered one of the most sought after First Amendment/defamation lawyers in the country. He has represented broadcasters, newspapers, magazines, celebrities and public officials, as well as a host of others – both as plaintiff and defendant. He has been the lawyer on many of the leading anti-SLAPP cases in California and has tried more defamation cases to trial than perhaps any attorney in the state. Jim's First Amendment and media experience is exemplified by his successful defense of *The New Yorker Magazine* in the libel trial *Masson v. New Yorker*, 832 F. Supp. 1350 (N.D. Cal. 1993), aff'd 85 F.3d 1394 (9th Cir. 1996). More recently, Jim obtained an injunction for airline pilots to exercise their free speech rights to commentate at Midway Airport. *Southwest Airlines Pilots' Association v. City of Chicago*, 186 F.Supp.3d 836 (N.D. Ill. 2016).

Appellate Lawyer

In addition to his leadership as a trial lawyer, Jim is highly active in the firm's appellate practice. He handles appeals in both state and federal courts, representing clients seeking to affirm a favorable trial court decision as well as those whose goal it is to obtain a reversal. Jim has established an enviable track record on appeal and has led the way in a number of groundbreaking decisions. For example, Jim has successfully argued many cases in the California Supreme Court including the recent anti-SLAPP statute victory in *Baral v. Schnitt* (2016) and *In re Garcia* (2014).

1 0 0   P i n e   S t r e e t ,   S u i t e   7 2 5
S a n   F r a n c i s c o ,   C a l i f o r n i a   9 4 1 1 1
T e l e p h o n e   4 1 5 . 3 5 7 . 8 9 0 0
F a c s i m i l e   4 1 5 . 3 5 7 . 8 9 1 0
w w w . w v b r l a w . c o m

In addition, Jim has numerous recent appellate victories for governmental parties including achieving a total victory in a multimillion dollar takings case for the City of San Rafael *MHC v. San Rafael*, 714 F.3d 1118 (9th Cir. 2013) obtaining an affirmance of a civil rights dismissal, *Douglas v. Town of Portola Valley*, (9th Cir. 2012) 468 Fed. Appx. 728, and a CEQA victory for the City of Redwood City in *Wilson & Wilson v. City Council of Redwood City*, (2011) 191 Cal. App. 4th 1559.

In *Kremen v. Cohen*, 337 F 3d 1024 (9th Cir. 2003), Jim secured a sweeping victory from the Ninth Circuit Court of Appeals in a landmark decision with far reaching implications in all areas of domain name registration and Internet infrastructure. Similarly, in *Theofel v. Farey Jones*, 359 F.3d 1066 (9th Cir. 2003), *cert. denied*, 543 U.S. 813 (2004), Jim succeeded in obtaining a reversal of the district court's dismissal of his clients' lawsuit in a published decision that established new boundaries on subpoenas aimed at email communications.

Businesses, individual, and government entities and agencies, and notably, other lawyers, are among the many clients who seek out Jim to represent them at trial and on appeal. *See, e.g., Lintz v. Lintz*, 222 Cal.App.4th 1346 (2014) (leading case in state on testamentary capacity); *In re Apple, Device Address Book Litigation* (2014) (appointed lead attorney in nationwide class action); *In re Cathode Ray Tube Antitrust* litigation (2013) (attorneys for Dell Computer in national class action). In his almost three decades of appellate experience, Jim has represented parties and amici on appeal in matters involving constitutional and civil rights claims, defamation cases, environmental/CEQA, probate disputes, securities fraud, and consumer rights, just to name a few. A listing of Jim's appellate cases is set forth below.

Author, Speaker, Professor

In addition to Jim's courtroom experience, Jim has authored and co-authored a number of publications, including *The Wagstaffe Group Practice Guide: Federal Civil Procedure Before Trial*, published by Lexis Nexis in 2017. Selected other legal publications are listed below. Jim also authored *Romancing the Room* (Random House) — a spirited step-by-step guide to effective public speaking — and was a contributing author with Arthur Sulzberger Jr., Larry King, and Ira Glass, among others, to *The Expert's Guide to 100 Things Everyone Should Know How to Do*(Clarkson Potter 2004).

Jim is committed to sharing his knowledge and experience with judges, lawyers and students alike. Jim has served as an instructor at the Federal Judicial Center's annual "New Judges Workshop" since 1990, educating newly-appointed federal judges on all aspects of federal procedure. Throughout the year, Jim has been asked to present, moderate and participate in panel discussions and seminars throughout the country with other judges and lawyers on current topics of interest to the legal community. In conjunction with the Practising Law Institute, Jim was the Chair of the 2013 California Trial Evidence program in October, 2013. The program was a day-long legal educational program focusing on the recent case law and statutory developments in the law of trial evidence.

100 Pine Street, Suite 725
San Francisco, California 94111
Telephone 415.357.8900
Facsimile 415.357.8910
www.wvbrlaw.com

In addition, Jim is an adjunct professor in constitutional law and civil procedure at Hastings College of the Law and in Media Law at San Francisco State University. He has also taught the Practical Speech Communication course at Stanford University for over 35 years.

*Professional Memberships*

- American Bar Association

- California Bar Association

- Bar Association of San Francisco

- Federal Bar Association

*Education*

- Stanford University, B.A. 1977 (with distinction in Communications)
- University of California, Hastings College of the Law, J.D. 1980

*Awards and Recognition*

- California Lawyer Attorney of the Year (2017)

- Federal Judicial Center Foundation Board, Chair, appointed by the Chief Justice of the United States Supreme Court

- Selected by Super Lawyers (a designation reserved for the top 5% of attorneys in Northern California) (Top 100 attorneys 2017)

- Alumnus of the Year, Hastings College of the Law, selected by students (2016)

- Judge John R. Brown Award for Judicial Scholarship and Education, Federal Judicial Center (recognition as the top teacher of federal judges in the country) (2011)

- Teacher of the Year, Hastings College of the Law, selected by students (2009, 2011)

- Commencement Speaker, Hastings College of Law (2009, 2011)

- Peabody Award for legal counsel on the documentary "The DNA Project" (2005)

- Top Twenty Lawyers of the Year, California Lawyer (December 1999)

- James Madison Freedom of Information Award, The Society of Professional Journalists (1991)

*Publication and Speaking*

- The Wagstaffe Group Practice Guide: Federal Civil Procedure Before Trial (Lexis Nexis) (2017)

- Lexis Nexis Litigation Practice Videos (2017)

- Hastings College of the Law, Adjunct Professor (Constitutional Law and Civil Procedure)

- San Francisco State University, Lecturer (Media Law)

- Stanford University, Teacher (Practical Speech Communication)

- Federal Judicial Center's annual "New Judges Workshop," Instructor since 1990

- California Trial Evidence (Practising Law Institute; Litigation and Administrative Practice Course Handbook Series, 2013)

- California Trial Evidence program, Practising Law Institute, Chair, 2013

- Game Changers: New Federal Rule Amendments (Thomson Reuters, 2011)

- The Expert's Guide to 100 Things Everyone Should Know How to Do (Clarkson Potter, 2004), Contributing Author

- Romancing the Room (Random House, 2002)

- California Legal Ethics (The Rutter Group, 1999)

- Commencing and Removing Actions to Federal Court (The Rutter Group, 1986)

- "Much Ado About Doe Defendants," 5 Cal. Lawyer, No. 9

- "Life After Remand," Federal Litigation

*Selected Cases*

- ZL Technologies, Inc. v. Does 1–7, 13 Cal. App. 5th 603 (July 19, 2017)

- Huskins v. City of Vallejo, Case No. 2:16-cv-00603-TLN-EFB (E.D.CA June 30, 2017)

- Barry v. State Bar of California, 2 Cal. 5th 318 (January 5, 2017)

- Baral v. Schnitt, 1 Cal. 5th 376 (2016)

- Heal the Bay, Inc. v. McCarthy, 671 Fed. Appx. 466 (9th Cir. Cal. November 28, 2016)

- In re Rearden LLC, 841 F.3d 1327 (Fed. Cir. November 17, 2016)

- Dell Inc. v. Hitachi, Ltd. (In re Cathode Ray Tube (CRT) Antitrust Litig.), 2016 U.S. Dist. LEXIS 182512 (N.D. Cal. October 3, 2016)

- Rose v. Stephens Institute, 2016 U.S. Dist. LEXIS 128269, 2016 WL 5076214 (N.D. Cal. September 20, 2016)

- Southwest Airlines Pilots' Association v. City of Chicago, 186 F. Supp. 3d 836 (N.D. Ill. May 14, 2016)

- Abbey v. Sheputis, 2016 Cal. Super., LEXIS 2603 (March 08, 2016)

- Abbey v. Sheputis, 2015 Cal. Super. LEXIS 9943 (December 14, 2015)

- Southern California Institute of Law, Inc. v. State Bar of California, 2016 Cal. App. Unpub. LEXIS 2657 (Cal. App. 2d Dist. April 13, 2016)

- Southern California Institute of Law v. State Bar of California, 613 Fed. Appx. 659, 2015 U.S. App. LEXIS 14896 (9th Cir. Cal. Aug. 24, 2015)

- In re Optical Disk Drive Antitrust Litigation, 801 F.3d 1072 (9th Cir. Cal. September 10, 2015)

- Tenborg v. Calcoastnews, 2015 Cal. App. Unpub. LEXIS 5273 (Cal. App. 2d Dist. July 28, 2015)

- Gabbert v. Kathleen, 2015 Cal. Super. LEXIS 8295 (July 22, 2015)

- Galligan & Biscay v. Galligan, 2015 Cal. Super. LEXIS 9874 (February 20, 2015)

- Cohen v. ZL Techs., Inc., 2015 U.S. Dist. LEXIS 1362, 2015 WL 93732 (W.D.N.C. Jan. 7, 2015)

- Roe v. Estate of White, 2015 U.S. Dist. LEXIS 446 (N.D. Cal. January 5, 2015)

- In re Hume, 2014 Cal. Sup. LEXIS 2768 (August 1, 2014)

- In re Hume, 2014 Cal. Sup. LEXIS 2769 (August 1, 2014)

- Roe v. White, 2014 U.S. Dist. LEXIS 101205 (N.D. Cal. July 14, 2014)

- Danko v. Milgrom (In re O'Reilly & Collins), 2014 U.S. App. LEXIS 24787 (9th Cir. Cal. November 14, 2014)

- Componex Corp. v. Electronics for Imaging, Inc., 58 F. Supp. 3d 912 (W.D. Wis. November 4, 2014)

- Componex Corp. v. Electronics for Imaging, Inc., 2014 U.S. Dist. LEXIS 97690, 2014 WL 3556064 (W.D. Wis. July 18, 2014)

- Componex Corp. v. Electronics for Imaging, Inc., 2014 U.S. Dist. LEXIS 149767, 2014 WL 5361946 (W.D. Wis. Oct. 21, 2014)

- Commonwealth Science & Industrial Research Organisation v. Mediatek Inc., 2014 U.S. Dist. LEXIS 194384 (E.D. Tex. August 5, 2014)

- Commonwealth Science & Industrial Research Organisation v. Mediatek Inc., 2014 U.S. Dist. LEXIS 194383 (E.D. Tex. Aug. 5, 2014)

- Commonwealth Science & Industrial Research Organisation v. Mediatek Inc., 2014 U.S. Dist. LEXIS 65382 (E.D. Tex. May 12, 2014)

- Commonwealth Science & Industrial Research Organisation v. Mediatek Inc., 2014 U.S. Dist. LEXIS 194381 (E.D. Tex. Aug. 5, 2014)

- Commonwealth Science & Industrial Research Organisation v. Mediatek Inc., 2014 U.S. Dist. LEXIS 194379 (E.D. Tex. Aug. 4, 2014)

- Commonwealth Science & Industrial Research Organisation v. Cisco Systems, 809 F.3d 1295, 2015 U.S. App. LEXIS 20942, 117 U.S.P.Q.2D (BNA) 1527 (Fed. Cir. Dec. 3, 2015)

- Commonwealth Science & Industrial Research Organisation v. Cisco Systems, 2014 U.S. Dist. LEXIS 107612 (E.D. Tex. July 23, 2014)

- Harper v. Lugbauer, 577 Fed. Appx. 663 (9th Cir. Cal. May 30, 2014)

- Radware Ltd. v. A10 Networks, Inc., __ F.Supp.2d __ 2014 WL 1572644 (N.D. Cal. April 18, 2014)

- In re White, __ Fed. Appx. __, 2014 WL 1101304 (March 21, 2014)

- Radware, Ltd. v. A10 Networks, Inc., 2014 WL 631537 (N.D. Cal. February 14, 2014)

- Opperman v. Path, Inc., 2014 WL 246972 (N.D. Cal. January 22, 2014)

- Lintz v. Lintz, 222 Cal.App.4th 1346 (Cal.App. 6th Dist. January 14, 2014)

- Radware, Ltd. v. A10 Networks, Inc., __ F.Supp. 2d __, 2014 WL 116428 (N.D. Cal. January 10, 2014)

- In re Garcia, 58 Cal. 4th 440 (Supreme Court of CA 2014)

- Graham-Sult v. Clainos, 738 F.3d 1131 (9th Cir. 2013)

- Sander v. State Bar of Cal, 58 Cal.4th 300 (2013)

- Pagtakhan v. Doe, __ F.Supp. 2d __, 2013 WL 639639 (N.D. Cal. November 21, 2013)

- Harper v. Lugbauer, __ F.Supp.2d __, 2013 WL 5978321 (N.D. Cal. November 8, 2013)

- Nahat v. Ballet San Jose, Inc., 2013 WL 5934705 (N.D. Cal. November 1, 2013)

- Opperman v. Path, Inc., __ F.Supp.2d __, 2013 WL 5643334 (N.D. Cal. October 15, 2013)

- Lintz v. Bank of America, N.A., 2013 WL 5432873 (N.D. Cal. September 27, 2013)

- Abbey v. Fortune Drive Associates, LLC, 2013 WL 393462 (Cal.App. 1st Dist. July 29, 2013)

- MHC Financing Ltd. Partnership v. City of San Rafael, 714 F.3d 1118 2013 WL 1633067 (9th Cir. 2013)

- Graham-Sult v. Clainos, 2013 WL 1190294 (N.D. Cal. March 21, 2013)

- Bigler v. Harker School, 213 Cal.App.4th 727 (Cal.App. 6th Dist. February 6, 2013)

- Harper v. Lugbauer, 2012 WL 1499174 (N.D. Cal. April 9, 2012)

- Douglas v. Town of Portola Valley, 468 Fed. Appx. 728 (9th Cir. 2012)

- Doe v. University of Pacific, 467 Fed. Appx. 685 (9th Cir. 2012)

- Ricciardi v. California, 2011 WL 6413766 (S.D. N.Y. December 13, 2011)

- Wilson & Wilson v. City Council of Redwood City, 191 Cal.App.4th 1559 (2011)

- Sander v. State Bar of California, 196 Cal.App.4th 614 (2011)

- Elder v. National Conference of Bar Examiners, 2011 WL 4079623 (N.D. Cal. September 12, 2011)

- Herson v. City of Richmond, 2011 WL 3516162 (N.D. Cal. August 11, 2011)

- Cho v. UCBH Holdings, Inc., 2011 WL 3809903 (N.D. Cal. May 17, 2011)

- Adetuyi v. City and County of San Francisco, 2011 WL 1878853 (Cal App. 1st Dist. May 17, 2011)

- ZL Technologies, Inc. v. Gartner Group, Inc., 2011 WL 1831704 (9th Cir. May 13, 2011)

- Digital Video Systems, Inc. v. Sun, 2011 WL 1134662 (Cal.App. 6th Dist. March 29, 2011)

- In re Mercury Interactive Corp. Securities Litigation, 2011 WL 826797 (N.D. Cal. March 3, 2011)

- Elder v. National Conference of Bar Examiners, 2011 WL 672662 (N.D. Cal. February 16, 2011)

- Roe ex rel. Rodriguez Borrego v. White, 395 Fed.Appx. 470 (9th Cir. 2010)

- In re D.R., 185 Cal.App.4th 852 (2010)

- ZL Technologies, Inc. v. Gartner, Inc., 709 F.Supp.2d 789 (N.D. Cal. 2010)

- In re Estate of Gridley, 2010 WL 4102359 (Cal.App. 1st Dist. October 19, 2010)

- Shingle Springs Band of Miwok Indians v. Sharp Image Gaming, Inc., 2010 WL 4054232 (E.D. Cal. October 15, 2010)

- Sand Hill Advisors, LLC v. Sand Hill Advisors, LLC, 2010 WL 3703029 (N.D. Cal. September 16, 2010)

- Geographic Expeditions Inc. v. Estate of Jason Lhotka, 2010 WL 3516116 (N.D. Cal. September 8, 2010)

- Bay Guardian Co. v. New Times Media LLC, 187 Cal.App.4th 438 (Cal.App. 1st Dist. August 11, 2010)

- Douglas v. Town of Portola Valley, 2010 WL 2898736 (N.D. Cal. July 21, 2010)

- Roe v. White, 2009 WL 4899211 (N.D. Cal. December 11, 2009)

- ZL Technologies, Inc. v. Gartner, Inc., 2009 WL 3706821 (N.D. Cal. November 4, 2009)

- Zurich American Ins. Co. v. Electronics for Imaging, Inc., 2009 WL 2252098 (N.D. Cal. July 28, 2009)

- Konig v. Dal Cerro, 2009 WL 636518 (N.D. Cal. March 11, 2009)

- Commonwealth Scientific and Indust. Research Organisation v. Buffalo Technology (USA), 2009 WL 260953 (E.D. Texas February 3, 2009)

- Kuo v. Sun, 2009 WL 162730 (Cal.App. 6th Dist. January 26, 2009)

- Sutton v. Llewellyn, 288 Fed.Appx. 411 (9th Cir. 2008)

- Commonwealth Scientific & Indus. Research Organisation v. Toshiba America Information Systems, Inc., 297 Fed.Appx. 970 (Fed. Cir. 2008)

- Qualcomm Inc. v. Batchelder, 327 Fed.Appx. 877 (Fed. Cir. 2008)

- Fresenius Medical Care Holdings, Inc. v. Baxter Intern., Inc., 2008 WL 2020533 (N.D. Cal. May 8, 2008)

- Commonwealth Scientific & Indus. Research Organisation v. Toshiba America Information Systems, Inc., 2008 WL 4680559 (Fed Cir. (Tex.) October 23, 2008)

- Konig v. Dal Cerro, 2008 WL 4628038 (N.D. Cal. October 16, 2008)

- Gridley v. Gridley, 166 Cal.App.4th 1562 (2008)

- In re Bay-Delta Programmatic Environmental Impact Report Coordinated Proceedings,43 Cal.4th 1143 (2008)

- Qualcomm Inc. v. Broadcom Corp., 2008 WL 638108 (S.D. Cal. March 5, 2008)

- MHC Financing, Ltd. v. City of San Rafael, 2008 WL 440283 (N.D. Cal. February 12, 2008)

- MHC Financing, Ltd. v. City of San Rafael, 2008 WL 440282 (N.D. Cal. January 29, 2008)

- Arthur J. Gallagher, & Co., Inc. v. Edgewood Partners Ins., 2008 WL 205274 (N.D. Cal. January 23, 2008)

- Levi v. State Bar of California, 2008 WL 53144 (N.D. Cal. January 2, 2008)

- Poon v. Poon, 2007 WL 3360164 (Cal.App. 1st Dist. November 14, 2007)

- O'Lee v. Compuware Corp., 2007 WL 963450 (Cal.App. 1st Dist. April 2, 2007)

- People ex rel. Brown v. Tehama County Bd. of Sup'rs, 148 Cal.App.4th 790 (2007)

- Coffee Lane Alliance v. County of Sonoma, 2007 WL 185478 (Cal.App. 1st Dist. January 25, 2007)

- MHC Financial Ltd. Partnership v. City of San Rafael, 2006 WL 3507937 (N.D. Cal. December 5, 2006)

- Sutton v. Llewellyn, 2006 WL 3371623 (N.D. Cal. November 21, 2006)

- IntelCorp. v. Commonwealth Scientific and Indus. Research Organisation, 455 F.3d 1364 (Fed. Cir. 2006)

- Big-D Const. Corp.-California v. Leprino Foods Co., 188 Fed.Appx. 563 (9th Cir 2006)

- Franklin v. Terr, 174 Fed.Appx. 388 (9th Cir. 2006)

- Miniace v. Pacific Martime Ass'n, 2006 WL 335389 (N.D. Cal. February 13, 2006)

- In re Bay-Delta Programmatic Environmental Impact Report Coordinated Proceedings,133 Cal.App.4th 154 (2005)

- Schoenfeld v. Grabisch, 2005 WL 697975 (Cal.App. 1st Dist. March 28, 2005)

- Schoenfeld v. Zwakenberg, 2005 WL 697990 (Cal.App. 1st Dist. March 28, 2005)

- Z-Rock Communications Corp. v. William A. Exline, Inc., 2004 WL 2496158 (N.D. Cal. November 5, 2004)

- Atkinson v. McLaughlin, 343 F. Supp.2d 868 (D.N.D. November 4, 2004)

- Radil v. Sanborn Western Camps, Inc., 384 F.3d 1220 (10th Cir. 2004)

- Central Garden & Pet Co., Inc. v. Scotts Co., 85 Fed.Appx. 633 (9th Cir. 2004)

- Rader v. Sutter, 90 Fed.Appx. 268 (9th Cir. 2004)

- Boylan v. McGeever, 2004 WL 1794484 (N.D. Ill. August 10, 2004)

- Olagues v. Stafford, 316 F.Supp.2d 393 (E.D. La. 2004)

- Zack v. Marin Emergency Radio Authority, 118 Cal.App.4th 617 (2004)

- Chapman v. Enos, 116 Cal.App.4th 920 (2004)

- Martinez v. Marin Sanitary Service, 349 F.Supp.2d 1234, (N.D. Cal. 2004)

100 Pine Street, Suite 725
San Francisco, California 94111
Telephone 415.357.8900
Facsimile 415.357.8910
www.wvbrlaw.com

- Thoefel v. Farey Jones, 359 F.3d 1066 (9th Cir. 2004)

- Hoffman v. State Bar of California, 113 Cal.App.4th 630 (2003)

- Theofel v. Farey Jones, 341 F.3d 978 (9th Cir. 2003)

- Airport Parking Services, Inc. v. City of San Bruno, 2003 WL 21205926 (Cal.App. 1st Dist. May 23, 2003)

- Kremen v. Cohen, 337 F.3d 1024 (9th Cir. 2003)

- Franklin v. Fox, 312 F.3d 423 (9th Cir. 2002)

- Oakland-Alameda County Coliseum Authority v. CC Partners, 101 Cal.App.4th 635 (2002)

- Glenn K. Jackson Inc. v. Roe, 273 F.3d 1192, (9th Cir. 2001)

- Lee v. American Nat. Ins. Co., 260 F.3d 997, (9th Cir. 2001)

- Carnegie Mellon University v. Hoffmann-La Roche, Inc., 148 F.Supp.2d 1004, (N.D. Cal. 2001)

- Fricke-Parks Press, Inc. v. Fang, 149 F.Supp.2d 1175, (N.D. Cal. 2001)

100 Pine Street, Suite 725
San Francisco, California 94111
Telephone 415.357.8900
Facsimile 415.357.8910
www.wvbrlaw.com