# EXHIBIT A

**Pivotal Software, Inc. (PVTL)**
**Class Period: i) Pursuant/Traceable to IPO; ii) purchased between April 24, 2018 to June 4, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Quantity | Price | Amount | Sale Date | Quantity | Price | Amount | Shares Retained | 73-Day* Mean-Price $10.3587 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **The Tech Trader Fund LP** | **6/4/2019** | **51,114** | **$18.7946** | **($960,665)** | **6/7/2019** | **(51,114)** | **$10.8567** | **$554,928** | **51,114** | **$0** | **($405,738)** |
| Doherty, Steven | 4/20/2018 | 3,000 | $15.3500 | ($46,050) | 4/20/2018 | (1,500) | $15.8300 | $23,745 | | | |
| Doherty, Steven | 4/20/2018 | 1,000 | $15.4600 | ($15,460) | 5/17/2018 | (3,000) | $18.0000 | $54,000 | | | |
| Doherty, Steven | 4/20/2018 | 500 | $15.4500 | ($7,725) | 5/17/2018 | (5,400) | $18.0000 | $97,200 | | | |
| Doherty, Steven | 4/20/2018 | 1,000 | $15.3800 | ($15,380) | 5/22/2018 | (100) | $18.0200 | $1,802 | | | |
| Doherty, Steven | 4/20/2018 | 500 | $15.3800 | ($7,690) | 5/22/2018 | (249) | $18.0300 | $4,489 | | | |
| Doherty, Steven | 4/20/2018 | 500 | $15.3800 | ($7,690) | 5/22/2018 | (800) | $18.0100 | $14,408 | | | |
| Doherty, Steven | 4/23/2018 | 1,350 | $16.6600 | ($22,491) | 5/22/2018 | (2,001) | $18.0000 | $36,018 | | | |
| Doherty, Steven | 4/23/2018 | 450 | $16.7000 | ($7,515) | 5/22/2018 | (4,000) | $18.0000 | $72,000 | | | |
| Doherty, Steven | 4/23/2018 | 400 | $16.6500 | ($6,660) | 6/6/2018 | (3,000) | $19.0000 | $57,000 | | | |
| Doherty, Steven | 4/23/2018 | 200 | $16.6300 | ($3,326) | 6/6/2018 | (10,800) | $19.0000 | $205,200 | | | |
| Doherty, Steven | 4/23/2018 | 100 | $16.6200 | ($1,662) | 6/11/2018 | (50) | $21.5100 | $1,076 | | | |
| Doherty, Steven | 4/23/2018 | 100 | $16.6400 | ($1,664) | 6/11/2018 | (200) | $21.3300 | $4,266 | | | |
| Doherty, Steven | 4/23/2018 | 100 | $16.6700 | ($1,667) | 6/11/2018 | (200) | $21.3800 | $4,276 | | | |
| Doherty, Steven | 4/23/2018 | 100 | $16.6800 | ($1,668) | 6/11/2018 | (200) | $21.4400 | $4,288 | | | |
| Doherty, Steven | 4/23/2018 | 100 | $16.6900 | ($1,669) | 6/11/2018 | (315) | $21.5000 | $6,773 | | | |
| Doherty, Steven | 4/23/2018 | 100 | $16.6900 | ($1,669) | 6/11/2018 | (400) | $21.4100 | $8,564 | | | |
| Doherty, Steven | 4/23/2018 | 1,400 | $16.6200 | ($23,268) | 6/11/2018 | (435) | $21.3100 | $9,270 | | | |
| Doherty, Steven | 4/24/2018 | 1,300 | $18.1200 | ($23,556) | 6/11/2018 | (500) | $21.3200 | $10,660 | | | |
| Doherty, Steven | 4/24/2018 | 600 | $18.1100 | ($10,866) | 6/11/2018 | (2,200) | $21.4000 | $47,080 | | | |
| Doherty, Steven | 4/24/2018 | 400 | $18.1400 | ($7,256) | 6/11/2018 | (33) | $21.1700 | $699 | | | |
| Doherty, Steven | 4/24/2018 | 100 | $18.1200 | ($1,812) | 6/11/2018 | (100) | $21.1400 | $2,114 | | | |
| Doherty, Steven | 4/25/2018 | 150 | $18.0000 | ($2,700) | 6/11/2018 | (300) | $21.1500 | $6,345 | | | |
| Doherty, Steven | 4/25/2018 | 2,400 | $18.0300 | ($43,272) | 6/11/2018 | (432) | $21.0700 | $9,102 | | | |
| Doherty, Steven | 4/26/2018 | 3,000 | $18.8400 | ($56,520) | 6/11/2018 | (500) | $21.0500 | $10,525 | | | |
| Doherty, Steven | 4/30/2018 | 4,000 | $18.4400 | ($73,760) | 6/11/2018 | (1,000) | $21.0600 | $21,060 | | | |
| Doherty, Steven | 5/1/2018 | 1,000 | $18.1500 | ($18,150) | 6/11/2018 | (5,635) | $21.1600 | $119,237 | | | |
| Doherty, Steven | 5/17/2018 | 2,900 | $17.9200 | ($51,968) | 6/11/2018 | (20) | $21.2000 | $424 | | | |
| Doherty, Steven | 5/17/2018 | 1,100 | $17.9200 | ($19,712) | 6/11/2018 | (31) | $21.3000 | $660 | | | |
| Doherty, Steven | 5/30/2018 | 1,799 | $18.4700 | ($33,228) | 6/11/2018 | (100) | $21.2500 | $2,125 | | | |
| Doherty, Steven | 5/30/2018 | 900 | $18.4300 | ($16,587) | 6/11/2018 | (100) | $21.2600 | $2,126 | | | |
| Doherty, Steven | 5/30/2018 | 100 | $18.4400 | ($1,844) | 6/11/2018 | (300) | $21.2300 | $6,369 | | | |
| Doherty, Steven | 5/30/2018 | 100 | $18.4600 | ($1,846) | 6/11/2018 | (365) | $21.3100 | $7,778 | | | |
| Doherty, Steven | 5/30/2018 | 100 | $18.4100 | ($1,841) | 6/11/2018 | (377) | $21.2100 | $7,996 | | | |
| Doherty, Steven | 5/30/2018 | 1 | $18.4500 | ($18) | 6/11/2018 | (540) | $21.2500 | $11,475 | | | |
| Doherty, Steven | 6/6/2018 | 600 | $20.7400 | ($12,444) | 6/11/2018 | (567) | $21.1700 | $12,003 | | | |
| Doherty, Steven | 6/6/2018 | 500 | $20.7100 | ($10,355) | 6/11/2018 | (800) | $21.2200 | $16,976 | | | |
| Doherty, Steven | 6/6/2018 | 500 | $20.7400 | ($10,370) | 6/11/2018 | (1,300) | $21.1800 | $27,534 | | | |
| Doherty, Steven | 6/6/2018 | 400 | $20.7500 | ($8,300) | 6/11/2018 | (1,600) | $21.1900 | $33,904 | | | |
| Doherty, Steven | 6/6/2018 | 4,000 | $20.2900 | ($81,160) | 6/11/2018 | (1,900) | $21.1600 | $40,204 | | | |
| Doherty, Steven | 6/6/2018 | 3,000 | $20.7600 | ($62,280) | 6/12/2018 | (4,000) | $22.1000 | $88,400 | | | |
| Doherty, Steven | 6/6/2018 | 1,000 | $20.7600 | ($20,760) | 6/12/2018 | (12) | $20.9400 | $251 | | | |
| Doherty, Steven | 6/6/2018 | 7,400 | $20.3800 | ($150,812) | 6/12/2018 | (200) | $20.9100 | $4,182 | | | |
| Doherty, Steven | 6/6/2018 | 400 | $20.3300 | ($8,132) | 6/12/2018 | (337) | $20.9000 | $7,043 | | | |
| Doherty, Steven | 6/6/2018 | 200 | $20.3600 | ($4,072) | 6/12/2018 | (1,803) | $20.9500 | $37,773 | | | |
| Doherty, Steven | 6/11/2018 | 4,000 | $21.4800 | ($85,920) | 6/12/2018 | (2,000) | $21.0000 | $42,000 | | | |
| Doherty, Steven | 6/11/2018 | 2,500 | $21.8100 | ($54,525) | 6/12/2018 | (3,648) | $21.0000 | $76,608 | | | |
| Doherty, Steven | 6/11/2018 | 4,200 | $21.6200 | ($90,804) | 6/12/2018 | (200) | $22.4500 | $4,490 | | | |
| Doherty, Steven | 6/11/2018 | 1,800 | $21.6400 | ($38,952) | 6/12/2018 | (700) | $22.5000 | $15,750 | | | |
| Doherty, Steven | 6/11/2018 | 1,500 | $21.4100 | ($32,115) | 6/12/2018 | (8,000) | $22.3000 | $178,400 | | | |
| Doherty, Steven | 6/11/2018 | 200 | $21.6100 | ($4,322) | 6/13/2018 | (200) | $26.8200 | $5,364 | | | |
| Doherty, Steven | 6/11/2018 | 200 | $21.6400 | ($4,328) | 6/13/2018 | (300) | $26.7700 | $8,031 | | | |
| Doherty, Steven | 6/11/2018 | 100 | $21.6100 | ($2,161) | 6/13/2018 | (700) | $26.8000 | $18,760 | | | |
| Doherty, Steven | 6/11/2018 | 7,000 | $21.4600 | ($150,220) | 6/13/2018 | (3,300) | $26.7500 | $88,275 | | | |
| Doherty, Steven | 6/11/2018 | 1,900 | $21.3300 | ($40,527) | 6/13/2018 | (4,500) | $28.2000 | $126,900 | | | |
| Doherty, Steven | 6/13/2018 | 4,800 | $23.4000 | ($112,320) | 6/13/2018 | (4,800) | $25.9300 | $124,464 | | | |
| Doherty, Steven | 6/13/2018 | 4,500 | $26.7400 | ($120,330) | 6/13/2018 | (6,000) | $28.2000 | $169,200 | | | |

**Pivotal Software, Inc. (PVTL)**
**Class Period: i) Pursuant/Traceable to IPO; ii) purchased between April 24, 2018 to June 4, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase | | | | Sale | | | | Shares Retained | 73-Day* Mean-Price $10.3587 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Client | Date | Quantity | Price | Amount | Date | Quantity | Price | Amount | | | |
| Doherty, Steven | 6/13/2018 | 3,400 | $27.4200 | ($93,228) | 6/13/2018 | (8,000) | $25.8800 | $207,040 | | | |
| Doherty, Steven | 6/13/2018 | 500 | $27.4200 | ($13,710) | 6/13/2018 | (7,000) | $28.2000 | $197,400 | | | |
| Doherty, Steven | 6/13/2018 | 345 | $27.3800 | ($9,446) | 6/13/2018 | (9,035) | $25.8500 | $233,555 | | | |
| Doherty, Steven | 6/13/2018 | 100 | $27.3700 | ($2,737) | 7/23/2018 | (192) | $26.6600 | $5,119 | | | |
| Doherty, Steven | 6/13/2018 | 100 | $27.4000 | ($2,740) | 7/23/2018 | (300) | $26.7000 | $8,010 | | | |
| Doherty, Steven | 6/13/2018 | 55 | $27.4300 | ($1,509) | 10/5/2018 | (7,700) | $19.2000 | $147,840 | | | |
| Doherty, Steven | 6/13/2018 | 7,500 | $23.4000 | ($175,500) | 10/31/2018 | (21) | $19.5500 | $411 | | | |
| Doherty, Steven | 6/13/2018 | 6,000 | $27.0900 | ($162,540) | 10/31/2018 | (300) | $19.5900 | $5,877 | | | |
| Doherty, Steven | 6/13/2018 | 500 | $23.3900 | ($11,695) | 10/31/2018 | (479) | $19.5900 | $9,384 | | | |
| Doherty, Steven | 6/13/2018 | 8,000 | $23.4000 | ($187,200) | 10/31/2018 | (3,758) | $19.5600 | $73,506 | | | |
| Doherty, Steven | 6/13/2018 | 7,000 | $27.3400 | ($191,380) | 11/2/2018 | (6,984) | $19.4800 | $136,048 | | | |
| Doherty, Steven | 6/13/2018 | 1,035 | $23.2000 | ($24,012) | 11/2/2018 | (16) | $19.4000 | $310 | | | |
| Doherty, Steven | 6/14/2018 | 3,500 | $29.2000 | ($102,200) | 11/2/2018 | (100) | $19.3700 | $1,937 | | | |
| Doherty, Steven | 6/14/2018 | 350 | $29.2000 | ($10,220) | 11/2/2018 | (200) | $19.3800 | $3,876 | | | |
| Doherty, Steven | 6/14/2018 | 8,000 | $29.2800 | ($234,240) | 11/2/2018 | (200) | $19.3900 | $3,878 | | | |
| Doherty, Steven | 6/15/2018 | 5,000 | $28.4200 | ($142,100) | 11/2/2018 | (8,049) | $19.3800 | $155,990 | | | |
| Doherty, Steven | 6/19/2018 | 800 | $26.1200 | ($20,896) | 11/8/2018 | (200) | $18.0200 | $3,604 | | | |
| Doherty, Steven | 6/19/2018 | 100 | $26.1200 | ($2,612) | 11/8/2018 | (435) | $18.0600 | $7,856 | | | |
| Doherty, Steven | 6/19/2018 | 3,000 | $26.1500 | ($78,450) | 11/8/2018 | (773) | $18.0600 | $13,960 | | | |
| Doherty, Steven | 7/24/2018 | 565 | $27.1000 | ($15,312) | 11/8/2018 | (1,115) | $18.0100 | $20,081 | | | |
| Doherty, Steven | 10/31/2018 | 6,984 | $19.7700 | ($138,074) | 11/8/2018 | (2,100) | $18.0100 | $37,821 | | | |
| Doherty, Steven | 11/6/2018 | 4,623 | $19.2500 | ($88,993) | 11/8/2018 | (15) | $18.0800 | $271 | | | |
| Doherty, Steven | 11/6/2018 | 6,995 | $19.4000 | ($135,703) | 11/8/2018 | (300) | $18.0200 | $5,406 | | | |
| Doherty, Steven | 11/6/2018 | 8,603 | $19.3100 | ($166,124) | 11/8/2018 | (400) | $18.0600 | $7,224 | | | |
| Doherty, Steven | 11/20/2018 | 4,825 | $17.1800 | ($82,894) | 11/8/2018 | (800) | $18.0400 | $14,432 | | | |
| Doherty, Steven | 11/20/2018 | 7,000 | $17.2800 | ($120,960) | 11/8/2018 | (1,300) | $18.0500 | $23,465 | | | |
| Doherty, Steven | 11/20/2018 | 300 | $17.1700 | ($5,151) | 11/8/2018 | (4,180) | $18.0100 | $75,282 | | | |
| Doherty, Steven | 11/20/2018 | 300 | $17.1700 | ($5,151) | 11/8/2018 | (8,603) | $18.1000 | $155,714 | | | |
| Doherty, Steven | 11/20/2018 | 200 | $17.1700 | ($3,434) | 11/26/2018 | (112) | $17.8700 | $2,001 | | | |
| Doherty, Steven | 11/20/2018 | 200 | $17.1700 | ($3,434) | 12/13/2018 | (400) | $17.7300 | $7,092 | | | |
| Doherty, Steven | 11/20/2018 | 100 | $17.1700 | ($1,717) | 12/13/2018 | (2,100) | $17.7700 | $37,317 | | | |
| Doherty, Steven | 11/20/2018 | 100 | $17.1700 | ($1,717) | 12/13/2018 | (2,213) | $17.7100 | $39,192 | | | |
| Doherty, Steven | 11/20/2018 | 100 | $17.1700 | ($1,717) | 12/13/2018 | (200) | $17.7200 | $3,544 | | | |
| Doherty, Steven | 11/20/2018 | 100 | $17.1700 | ($1,717) | 12/13/2018 | (1,405) | $17.7500 | $24,939 | | | |
| Doherty, Steven | 11/20/2018 | 100 | $17.1700 | ($1,717) | 12/13/2018 | (2,600) | $17.7800 | $46,228 | | | |
| Doherty, Steven | 11/20/2018 | 100 | $17.1700 | ($1,717) | 12/13/2018 | (2,795) | $17.7100 | $49,499 | | | |
| Doherty, Steven | 12/26/2018 | 5,000 | $14.8600 | ($74,300) | 12/13/2018 | (1,600) | $17.7600 | $28,416 | | | |
| Doherty, Steven | 12/26/2018 | 2,886 | $15.4600 | ($44,618) | 1/8/2019 | (300) | $18.6400 | $5,592 | | | |
| Doherty, Steven | 12/26/2018 | 2,414 | $15.3600 | ($37,079) | 1/8/2019 | (1,200) | $18.6200 | $22,344 | | | |
| Doherty, Steven | 12/26/2018 | 700 | $15.3000 | ($10,710) | 1/8/2019 | (3,500) | $18.6600 | $65,310 | | | |
| Doherty, Steven | 1/8/2019 | 5,333 | $18.7500 | ($99,994) | 1/8/2019 | (5) | $18.6700 | $93 | | | |
| Doherty, Steven | 1/9/2019 | 3,251 | $17.9000 | ($58,193) | 1/8/2019 | (5,995) | $18.6600 | $111,867 | | | |
| Doherty, Steven | 1/9/2019 | 1,950 | $17.7500 | ($34,613) | 1/8/2019 | (100) | $18.6900 | $1,869 | | | |
| Doherty, Steven | 1/9/2019 | 100 | $17.8900 | ($1,789) | 1/8/2019 | (300) | $18.6800 | $5,604 | | | |
| Doherty, Steven | 1/9/2019 | 4,486 | $17.8300 | ($79,985) | 1/8/2019 | (1,249) | $18.6700 | $23,319 | | | |
| Doherty, Steven | 1/9/2019 | 5,614 | $17.8100 | ($99,985) | 1/8/2019 | (3,684) | $18.6600 | $68,743 | | | |
| Doherty, Steven | 1/14/2019 | 5,000 | $17.5500 | ($87,750) | 1/11/2019 | (100) | $17.1200 | $1,712 | | | |
| Doherty, Steven | 1/14/2019 | 5,000 | $17.5500 | ($87,750) | 1/11/2019 | (701) | $17.1100 | $11,994 | | | |
| Doherty, Steven | 1/14/2019 | 5,000 | $17.5500 | ($87,750) | 1/11/2019 | (4,500) | $17.1100 | $76,995 | | | |
| Doherty, Steven | 1/18/2019 | 2,400 | $16.9400 | ($40,656) | 1/11/2019 | (200) | $17.1000 | $3,420 | | | |
| Doherty, Steven | 1/18/2019 | 1,700 | $16.9600 | ($28,832) | 1/11/2019 | (900) | $17.1100 | $15,399 | | | |
| Doherty, Steven | 1/18/2019 | 400 | $16.9100 | ($6,764) | 1/11/2019 | (1,086) | $17.0800 | $18,549 | | | |
| Doherty, Steven | 1/18/2019 | 300 | $16.9500 | ($5,085) | 1/11/2019 | (2,300) | $17.1100 | $39,353 | | | |
| Doherty, Steven | 1/18/2019 | 100 | $16.9400 | ($1,694) | 1/11/2019 | (200) | $17.1100 | $3,422 | | | |
| Doherty, Steven | 1/18/2019 | 100 | $16.9500 | ($1,695) | 1/11/2019 | (5,414) | $17.1000 | $92,579 | | | |
| Doherty, Steven | 2/14/2019 | 1,800 | $19.8500 | ($35,730) | 2/20/2019 | (100) | $20.1800 | $2,018 | | | |
| Doherty, Steven | 2/14/2019 | 400 | $19.8400 | ($7,936) | 2/20/2019 | (212) | $20.1500 | $4,272 | | | |
| Doherty, Steven | 2/20/2019 | 4,900 | $20.0200 | ($98,098) | 2/20/2019 | (400) | $20.1300 | $8,052 | | | |
| Doherty, Steven | 2/20/2019 | 100 | $20.0200 | ($2,002) | 2/20/2019 | (400) | $20.1700 | $8,068 | | | |
| Doherty, Steven | 2/20/2019 | 7,500 | $20.0100 | ($150,075) | 2/20/2019 | (3,888) | $20.1200 | $78,227 | | | |

**Pivotal Software, Inc. (PVTL)**
**Class Period: i) Pursuant/Traceable to IPO; ii) purchased between April 24, 2018 to June 4, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Quantity | Price | Amount | Sale Date | Quantity | Price | Amount | Shares Retained | 73-Day* Mean-Price $10.3587 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Doherty, Steven | 2/20/2019 | 6,000 | $20.0200 | ($120,120) | 2/20/2019 | (50) | $20.2000 | $1,010 | | | |
| Doherty, Steven | 2/20/2019 | 1,700 | $20.0300 | ($34,051) | 2/20/2019 | (400) | $20.1400 | $8,056 | | | |
| Doherty, Steven | 2/20/2019 | 1,200 | $20.0300 | ($24,036) | 2/20/2019 | (400) | $20.1600 | $8,064 | | | |
| Doherty, Steven | 2/20/2019 | 900 | $20.0200 | ($18,018) | 2/20/2019 | (6,350) | $20.1300 | $127,826 | | | |
| Doherty, Steven | 2/20/2019 | 200 | $20.0100 | ($4,002) | 2/20/2019 | (200) | $19.9600 | $3,992 | | | |
| Doherty, Steven | 2/25/2019 | 4,700 | $21.5000 | ($101,050) | 2/20/2019 | (200) | $20.0300 | $4,006 | | | |
| Doherty, Steven | 2/25/2019 | 7,000 | $21.5000 | ($150,500) | 2/20/2019 | (225) | $19.9700 | $4,493 | | | |
| Doherty, Steven | 2/25/2019 | 9,500 | $21.6000 | ($205,200) | 2/20/2019 | (500) | $20.0100 | $10,005 | | | |
| Doherty, Steven | 3/7/2019 | 2,442 | $20.7800 | ($50,745) | 2/20/2019 | (1,630) | $20.0000 | $32,600 | | | |
| Doherty, Steven | 3/7/2019 | 900 | $20.7800 | ($18,702) | 2/20/2019 | (7,245) | $19.9500 | $144,538 | | | |
| Doherty, Steven | 3/7/2019 | 479 | $20.7800 | ($9,954) | 2/22/2019 | (247) | $20.7400 | $5,123 | | | |
| Doherty, Steven | 3/7/2019 | 400 | $20.7800 | ($8,312) | 2/22/2019 | (800) | $20.6900 | $16,552 | | | |
| Doherty, Steven | 3/7/2019 | 300 | $20.7800 | ($6,234) | 2/22/2019 | (847) | $20.7300 | $17,558 | | | |
| Doherty, Steven | 3/7/2019 | 200 | $20.7700 | ($4,154) | 2/22/2019 | (892) | $20.7500 | $18,509 | | | |
| Doherty, Steven | 3/7/2019 | 100 | $20.7700 | ($2,077) | 2/22/2019 | (2,214) | $20.6800 | $45,786 | | | |
| Doherty, Steven | 3/7/2019 | 2,915 | $20.7900 | ($60,603) | 2/22/2019 | (7,500) | $20.7500 | $155,625 | | | |
| Doherty, Steven | 3/7/2019 | 1,800 | $20.7900 | ($37,422) | 2/22/2019 | (341) | $20.7500 | $7,076 | | | |
| Doherty, Steven | 3/7/2019 | 1,000 | $20.7900 | ($20,790) | 2/22/2019 | (400) | $20.7100 | $8,284 | | | |
| Doherty, Steven | 3/7/2019 | 700 | $20.7900 | ($14,553) | 2/22/2019 | (500) | $20.7400 | $10,370 | | | |
| Doherty, Steven | 3/7/2019 | 300 | $20.7900 | ($6,237) | 2/22/2019 | (8,759) | $20.6800 | $181,136 | | | |
| Doherty, Steven | 3/7/2019 | 200 | $20.7900 | ($4,158) | 3/4/2019 | (100) | $22.0700 | $2,207 | | | |
| Doherty, Steven | 3/7/2019 | 100 | $20.7800 | ($2,078) | 3/4/2019 | (400) | $22.0900 | $8,836 | | | |
| Doherty, Steven | 3/7/2019 | 100 | $20.7800 | ($2,078) | 3/4/2019 | (1,600) | $22.0500 | $35,280 | | | |
| Doherty, Steven | 3/7/2019 | 100 | $20.7700 | ($2,077) | 3/4/2019 | (4,900) | $22.0400 | $107,996 | | | |
| Doherty, Steven | 3/11/2019 | 4,403 | $21.1200 | ($92,991) | 3/4/2019 | (100) | $22.0700 | $2,207 | | | |
| Doherty, Steven | 3/11/2019 | 5,139 | $21.8700 | ($112,390) | 3/4/2019 | (200) | $22.0700 | $4,414 | | | |
| Doherty, Steven | 3/11/2019 | 1,300 | $21.8600 | ($28,418) | 3/4/2019 | (200) | $22.0900 | $4,418 | | | |
| Doherty, Steven | 3/11/2019 | 300 | $21.8600 | ($6,558) | 3/4/2019 | (500) | $22.0800 | $11,040 | | | |
| Doherty, Steven | 3/11/2019 | 100 | $21.8500 | ($2,185) | 3/4/2019 | (1,600) | $22.0600 | $35,296 | | | |
| Doherty, Steven | 3/12/2019 | 5,914 | $21.9700 | ($129,931) | 3/4/2019 | (1,973) | $22.0500 | $43,505 | | | |
| Doherty, Steven | 3/12/2019 | 500 | $21.9200 | ($10,960) | 3/4/2019 | (4,927) | $22.0400 | $108,591 | | | |
| Doherty, Steven | 3/12/2019 | 404 | $21.9400 | ($8,864) | 3/8/2019 | (100) | $19.9700 | $1,997 | | | |
| Doherty, Steven | 3/14/2019 | 4,440 | $22.4400 | ($99,634) | 3/8/2019 | (115) | $19.9600 | $2,295 | | | |
| Doherty, Steven | 3/14/2019 | 6,631 | $22.6300 | ($150,060) | 3/8/2019 | (700) | $19.9100 | $13,937 | | | |
| Doherty, Steven | 3/14/2019 | 8,853 | $22.6100 | ($200,166) | 3/8/2019 | (700) | $19.9400 | $13,958 | | | |
| Doherty, Steven | 3/15/2019 | 1,500 | $21.6900 | ($32,535) | 3/8/2019 | (700) | $19.9500 | $13,965 | | | |
| Doherty, Steven | 3/15/2019 | 1,000 | $21.6200 | ($21,620) | 3/8/2019 | (800) | $19.9300 | $15,944 | | | |
| Doherty, Steven | 3/15/2019 | 700 | $21.6100 | ($15,127) | 3/8/2019 | (1,585) | $19.9000 | $31,542 | | | |
| Doherty, Steven | 3/15/2019 | 100 | $21.6000 | ($2,160) | 3/8/2019 | (40) | $19.8100 | $792 | | | |
| Doherty, Steven | 3/15/2019 | 100 | $21.6000 | ($2,160) | 3/8/2019 | (50) | $19.8400 | $992 | | | |
| Doherty, Steven | 3/15/2019 | 100 | $21.6500 | ($2,165) | 3/8/2019 | (100) | $19.8200 | $1,982 | | | |
| Doherty, Steven | 3/15/2019 | 8,155 | $22.0700 | ($179,981) | 3/8/2019 | (105) | $19.8100 | $2,080 | | | |
| Doherty, Steven | 3/26/2019 | 810 | $20.9300 | ($16,953) | 3/8/2019 | (500) | $19.8700 | $9,935 | | | |
| Doherty, Steven | 4/1/2019 | 1,800 | $21.1700 | ($38,106) | 3/8/2019 | (705) | $19.8200 | $13,973 | | | |
| Doherty, Steven | 4/1/2019 | 308 | $21.1900 | ($6,527) | 3/8/2019 | (893) | $19.8500 | $17,726 | | | |
| Doherty, Steven | 4/1/2019 | 251 | $21.1500 | ($5,309) | 3/8/2019 | (2,428) | $19.8600 | $48,220 | | | |
| Doherty, Steven | 4/1/2019 | 1 | $21.1000 | ($21) | 3/8/2019 | (200) | $19.9700 | $3,994 | | | |
| Doherty, Steven | 4/1/2019 | 2,360 | $21.1700 | ($49,961) | 3/8/2019 | (500) | $19.9600 | $9,980 | | | |
| Doherty, Steven | 4/24/2019 | 4,967 | $20.2000 | ($100,333) | 3/8/2019 | (600) | $19.9800 | $11,988 | | | |
| Doherty, Steven | 4/26/2019 | 1,205 | $20.7500 | ($25,004) | 3/8/2019 | (5,915) | $19.9000 | $117,709 | | | |
| Doherty, Steven | 4/26/2019 | 361 | $20.8000 | ($7,509) | 3/14/2019 | (1) | $21.8400 | $22 | | | |
| Doherty, Steven | 4/26/2019 | 1,250 | $20.8800 | ($26,100) | 3/14/2019 | (100) | $21.6000 | $2,160 | | | |
| Doherty, Steven | 5/8/2019 | 1,486 | $21.1600 | ($31,444) | 3/14/2019 | (200) | $21.5500 | $4,310 | | | |
| Doherty, Steven | 5/8/2019 | 900 | $21.1600 | ($19,044) | 3/14/2019 | (211) | $21.6800 | $4,574 | | | |
| Doherty, Steven | 5/8/2019 | 1,891 | $21.1600 | ($40,014) | 3/14/2019 | (700) | $21.6200 | $15,134 | | | |
| Doherty, Steven | 5/15/2019 | 2,461 | $20.3000 | ($49,958) | 3/14/2019 | (1,289) | $21.6900 | $27,958 | | | |
| Doherty, Steven | 6/3/2019 | 1,004 | $20.1300 | ($20,211) | 3/14/2019 | (1,902) | $21.5400 | $40,969 | | | |
| Doherty, Steven | 6/3/2019 | 747 | $20.0800 | ($15,000) | 3/14/2019 | (150) | $21.8000 | $3,270 | | | |
| Doherty, Steven | 6/3/2019 | 4,486 | $20.0600 | ($89,989) | 3/14/2019 | (557) | $21.7500 | $12,115 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (611) | $21.8200 | $13,332 | | | |

**Pivotal Software, Inc. (PVTL)**
**Class Period: i) Pursuant/Traceable to IPO; ii) purchased between April 24, 2018 to June 4, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Purchase Quantity | Purchase Price | Purchase Amount | Sale Date | Sale Quantity | Sale Price | Sale Amount | Shares Retained | 73-Day* Mean-Price $10.3587 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Doherty, Steven | | | | | 3/14/2019 | (2,000) | $21.7700 | $43,540 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (3,500) | $21.5400 | $75,390 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (168) | $21.7500 | $3,654 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (233) | $21.7300 | $5,063 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (240) | $21.7200 | $5,213 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (300) | $21.7100 | $6,513 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (434) | $21.8200 | $9,470 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (1,000) | $21.6900 | $21,690 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (1,099) | $21.7400 | $23,892 | | | |
| Doherty, Steven | | | | | 3/14/2019 | (3,365) | $21.5400 | $72,482 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (4,440) | $21.2600 | $94,394 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (120) | $21.2000 | $2,544 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (120) | $21.2200 | $2,546 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (195) | $21.2800 | $4,150 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (205) | $21.4200 | $4,391 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (400) | $21.2700 | $8,508 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (800) | $21.2500 | $17,000 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (1,100) | $21.2600 | $23,386 | | | |
| Doherty, Steven | | | | | 3/15/2019 | (5,913) | $21.1000 | $124,764 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (85) | $20.3300 | $1,728 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (700) | $20.2600 | $14,182 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (2,715) | $20.2700 | $55,033 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (40) | $20.2700 | $811 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (100) | $20.2200 | $2,022 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (380) | $20.2600 | $7,699 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (750) | $20.2500 | $15,188 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (800) | $20.2100 | $16,168 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (1,100) | $20.2300 | $22,253 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (3,461) | $20.2000 | $69,912 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (1,100) | $20.2100 | $22,231 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (2,955) | $20.1900 | $59,661 | | | |
| Doherty, Steven | | | | | 3/25/2019 | (4,100) | $20.1700 | $82,697 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (1,765) | $21.4500 | $37,859 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (1,800) | $21.4600 | $38,628 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (100) | $21.3400 | $2,134 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (100) | $21.3800 | $2,138 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (274) | $21.3500 | $5,850 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (847) | $21.3300 | $18,067 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (1,400) | $21.3100 | $29,834 | | | |
| Doherty, Steven | | | | | 5/1/2019 | (7,027) | $21.4500 | $150,729 | | | |
| **Doherty, Steven** | | **363,627** | | **($7,614,963)** | | **(350,652)** | | **$7,293,655** | **12,975** | **$134,404** | **($186,903)** |

**Summary**

| Client | Purchase Quantity | Purchase Amount | Sale Quantity | Sale Amount | Shares Retained | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|
| The Tech Trader Fund LP | 51,114 | ($960,665) | (51,114) | $554,928 | 51,114 | ($405,738) |
| Doherty, Steven | 363,627 | ($7,614,963) | (350,652) | $7,293,655 | 12,975 | ($186,903) |
| **Total** | **414,741** | **($8,575,628)** | **(401,766)** | **$7,848,583** | **64,089** | **($592,641)** |

*Average Closing Prices from June 5 to August 16