# EXHIBIT B

Case 3:19-cv-03580-CRB Document 30-2 Filed 08/19/19 Page 2 of 3

*Source: Pomerantz LLP*

*June 20, 2019 18:20 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against Pivotal Software, Inc. and Certain Officers – PVTL

NEW YORK, June 20, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Pivotal Software, Inc. ("Pivotal" or the "Company") (NYSE: PVTL) and certain of its officers. The class action, filed in United States District Court, for the Northern District of California, and indexed under 19-cv-03589, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired (1) Pivotal common stock pursuant or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with Pivotal's April 2018 initial public offering (the "Offering" or "IPO"); and/or (2) Pivotal securities between April 24, 2018 and June 4, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act") and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Pivotal securities during the class period, or in connection with the company's IPO, you have until August 19, 2019, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Pivotal was founded in 2013 and is headquartered in San Francisco, California. Pivotal, together with its subsidiaries, provides a cloud-native application platform and services in the United States.

Pivotal's cloud-native platform, Pivotal Cloud Foundry ("PCF"), purportedly accelerates and streamlines software development by reducing the complexity of building, deploying, and operating cloud-native and modern applications. The Company also purportedly enables its customers to accelerate their adoption of a modern software development process and their business success using its platform through its strategic services, Pivotal Labs ("Labs"). Pivotal markets and sells PCF and Labs through its sales force and ecosystem partners.

In April 2018, Pivotal commenced the IPO, issuing over 42 million shares of Pivotal common stock to the investing public at $15.00 per share, all pursuant to the Registration Statement, raising more than $638 million in gross proceeds.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Pivotal was facing major problems with its sales execution and a complex technology landscape; (ii) the foregoing headwinds resulted in deferred sales, lengthening sales cycles, and diminished growth as its customers and the industry's sentiment shifted away from Pivotal's principal products because the Company's products were outdated, inadequate, and incompatible with the industry-standard platform; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On June 4, 2019, post-market, Pivotal reported its financial and operating results for the first quarter of fiscal year 2020, advising investors that "sales execution and a complex technology landscape impacted

the quarter." Wedbush Securities analyst Daniel Ives called the quarter a "train wreck" and characterized the Company's operating results as "disastrous," asserting that Pivotal's "management team does not have a handle on the underlying issues negatively impacting its sales cycles and the activity in the field which gives us concern that this quarter will be the start of some 'dark days ahead' for Pivotal (and its investors)."

On this news, Pivotal's stock price fell $7.65 per share, or over 40%, to close at $10.89 per share on June 5, 2019, far below the IPO price of $15 per share.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com