# EXHIBIT C

**CERTIFICATION PURSUANT**
**TO FEDERAL SECURITIES LAWS**

1.      I, William Mok, on behalf of The Tech Trader Fund LP ("Tech Trader"), as Investment Manager of Tech Trader, with authority to bind Tech Trader and enter into litigation on Tech Trader's behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Pivotal Software, Inc. ("Pivotal" or the "Company") and authorize the filing of a motion for appointment as lead plaintiff on behalf of Tech Trader.

3.      Tech Trader did not purchase or acquire Pivotal securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Tech Trader is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Pivotal securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of Tech Trader's transactions in Pivotal securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, Tech Trader has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      Tech Trader agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed June 13, 2019
           **(Date)**

           **(Signature)**

William Mok
      **(Type or Print Name)**

Investment Manager,
The Tech Trader Fund LP

**Pivotal Software, Inc. (PVTL)**                                          **The Tech Trader Fund LP**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 6/4/2019 | Purchase | 51,114 | $18.7946 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, <u>Steven J. Doherty</u>, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Pivotal Software, Inc. ("Pivotal" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Pivotal securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Pivotal securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Pivotal securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.


Executed _____
(Date)

_____
(Signature)

_____
(Type or Print Name)

**Pivotal Software, Inc. (PVTL)**                                             **Doherty, Steven**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/20/2018 | Purchase | 3,000 | $15.3500 |
| 4/20/2018 | Purchase | 1,000 | $15.4600 |
| 4/20/2018 | Purchase | 500 | $15.4500 |
| 4/20/2018 | Purchase | 1,000 | $15.3800 |
| 4/20/2018 | Purchase | 500 | $15.3800 |
| 4/20/2018 | Purchase | 500 | $15.3800 |
| 4/23/2018 | Purchase | 1,350 | $16.6600 |
| 4/23/2018 | Purchase | 450 | $16.7000 |
| 4/23/2018 | Purchase | 400 | $16.6500 |
| 4/23/2018 | Purchase | 200 | $16.6300 |
| 4/23/2018 | Purchase | 100 | $16.6200 |
| 4/23/2018 | Purchase | 100 | $16.6400 |
| 4/23/2018 | Purchase | 100 | $16.6700 |
| 4/23/2018 | Purchase | 100 | $16.6800 |
| 4/23/2018 | Purchase | 100 | $16.6900 |
| 4/23/2018 | Purchase | 100 | $16.6900 |
| 4/23/2018 | Purchase | 1,400 | $16.6200 |
| 4/24/2018 | Purchase | 1,300 | $18.1200 |
| 4/24/2018 | Purchase | 600 | $18.1100 |
| 4/24/2018 | Purchase | 400 | $18.1400 |
| 4/24/2018 | Purchase | 100 | $18.1200 |
| 4/25/2018 | Purchase | 150 | $18.0000 |
| 4/25/2018 | Purchase | 2,400 | $18.0300 |
| 4/26/2018 | Purchase | 3,000 | $18.8400 |
| 4/30/2018 | Purchase | 4,000 | $18.4400 |
| 5/1/2018 | Purchase | 1,000 | $18.1500 |
| 5/17/2018 | Purchase | 2,900 | $17.9200 |
| 5/17/2018 | Purchase | 1,100 | $17.9200 |
| 5/30/2018 | Purchase | 1,799 | $18.4700 |
| 5/30/2018 | Purchase | 900 | $18.4300 |
| 5/30/2018 | Purchase | 100 | $18.4400 |
| 5/30/2018 | Purchase | 100 | $18.4600 |
| 5/30/2018 | Purchase | 100 | $18.4100 |
| 5/30/2018 | Purchase | 1 | $18.4500 |
| 6/6/2018 | Purchase | 600 | $20.7400 |
| 6/6/2018 | Purchase | 500 | $20.7100 |
| 6/6/2018 | Purchase | 500 | $20.7400 |
| 6/6/2018 | Purchase | 400 | $20.7500 |
| 6/6/2018 | Purchase | 4,000 | $20.2900 |
| 6/6/2018 | Purchase | 3,000 | $20.7600 |
| 6/6/2018 | Purchase | 1,000 | $20.7600 |
| 6/6/2018 | Purchase | 7,400 | $20.3800 |
| 6/6/2018 | Purchase | 400 | $20.3300 |
| 6/6/2018 | Purchase | 200 | $20.3600 |
| 6/11/2018 | Purchase | 4,000 | $21.4800 |
| 6/11/2018 | Purchase | 2,500 | $21.8100 |
| 6/11/2018 | Purchase | 4,200 | $21.6200 |
| 6/11/2018 | Purchase | 1,800 | $21.6400 |
| 6/11/2018 | Purchase | 1,500 | $21.4100 |
| 6/11/2018 | Purchase | 200 | $21.6100 |
| 6/11/2018 | Purchase | 200 | $21.6400 |
| 6/11/2018 | Purchase | 100 | $21.6100 |
| 6/11/2018 | Purchase | 7,000 | $21.4600 |
| 6/11/2018 | Purchase | 1,900 | $21.3300 |

**Pivotal Software, Inc. (PVTL)**                                                                        **Doherty, Steven**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 6/13/2018 | Purchase | 4,800 | $23.4000 |
| 6/13/2018 | Purchase | 4,500 | $26.7400 |
| 6/13/2018 | Purchase | 3,400 | $27.4200 |
| 6/13/2018 | Purchase | 500 | $27.4200 |
| 6/13/2018 | Purchase | 345 | $27.3800 |
| 6/13/2018 | Purchase | 100 | $27.3700 |
| 6/13/2018 | Purchase | 100 | $27.4000 |
| 6/13/2018 | Purchase | 55 | $27.4300 |
| 6/13/2018 | Purchase | 7,500 | $23.4000 |
| 6/13/2018 | Purchase | 6,000 | $27.0900 |
| 6/13/2018 | Purchase | 500 | $23.3900 |
| 6/13/2018 | Purchase | 8,000 | $23.4000 |
| 6/13/2018 | Purchase | 7,000 | $27.3400 |
| 6/13/2018 | Purchase | 1,035 | $23.2000 |
| 6/14/2018 | Purchase | 3,500 | $29.2000 |
| 6/14/2018 | Purchase | 350 | $29.2000 |
| 6/14/2018 | Purchase | 8,000 | $29.2800 |
| 6/15/2018 | Purchase | 5,000 | $28.4200 |
| 6/19/2018 | Purchase | 800 | $26.1200 |
| 6/19/2018 | Purchase | 100 | $26.1200 |
| 6/19/2018 | Purchase | 3,000 | $26.1500 |
| 7/24/2018 | Purchase | 565 | $27.1000 |
| 10/31/2018 | Purchase | 6,984 | $19.7700 |
| 11/6/2018 | Purchase | 4,623 | $19.2500 |
| 11/6/2018 | Purchase | 6,995 | $19.4000 |
| 11/6/2018 | Purchase | 8,603 | $19.3100 |
| 11/20/2018 | Purchase | 4,825 | $17.1800 |
| 11/20/2018 | Purchase | 7,000 | $17.2800 |
| 11/20/2018 | Purchase | 300 | $17.1700 |
| 11/20/2018 | Purchase | 300 | $17.1700 |
| 11/20/2018 | Purchase | 200 | $17.1700 |
| 11/20/2018 | Purchase | 200 | $17.1700 |
| 11/20/2018 | Purchase | 100 | $17.1700 |
| 11/20/2018 | Purchase | 100 | $17.1700 |
| 11/20/2018 | Purchase | 100 | $17.1700 |
| 11/20/2018 | Purchase | 100 | $17.1700 |
| 11/20/2018 | Purchase | 100 | $17.1700 |
| 11/20/2018 | Purchase | 100 | $17.1700 |
| 12/26/2018 | Purchase | 5,000 | $14.8600 |
| 12/26/2018 | Purchase | 2,886 | $15.4600 |
| 12/26/2018 | Purchase | 2,414 | $15.3600 |
| 12/26/2018 | Purchase | 700 | $15.3000 |
| 1/8/2019 | Purchase | 5,333 | $18.7500 |
| 1/9/2019 | Purchase | 3,251 | $17.9000 |
| 1/9/2019 | Purchase | 1,950 | $17.7500 |
| 1/9/2019 | Purchase | 100 | $17.8900 |
| 1/9/2019 | Purchase | 4,486 | $17.8300 |
| 1/9/2019 | Purchase | 5,614 | $17.8100 |
| 1/14/2019 | Purchase | 5,000 | $17.5500 |
| 1/14/2019 | Purchase | 5,000 | $17.5500 |
| 1/14/2019 | Purchase | 5,000 | $17.5500 |
| 1/18/2019 | Purchase | 2,400 | $16.9400 |
| 1/18/2019 | Purchase | 1,700 | $16.9600 |
| 1/18/2019 | Purchase | 400 | $16.9100 |

**Pivotal Software, Inc. (PVTL)**                                        **Doherty, Steven**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 1/18/2019 | Purchase | 300 | $16.9500 |
| 1/18/2019 | Purchase | 100 | $16.9400 |
| 1/18/2019 | Purchase | 100 | $16.9500 |
| 2/14/2019 | Purchase | 1,800 | $19.8500 |
| 2/14/2019 | Purchase | 400 | $19.8400 |
| 2/20/2019 | Purchase | 4,900 | $20.0200 |
| 2/20/2019 | Purchase | 100 | $20.0200 |
| 2/20/2019 | Purchase | 7,500 | $20.0100 |
| 2/20/2019 | Purchase | 6,000 | $20.0200 |
| 2/20/2019 | Purchase | 1,700 | $20.0300 |
| 2/20/2019 | Purchase | 1,200 | $20.0300 |
| 2/20/2019 | Purchase | 900 | $20.0200 |
| 2/20/2019 | Purchase | 200 | $20.0100 |
| 2/25/2019 | Purchase | 4,700 | $21.5000 |
| 2/25/2019 | Purchase | 7,000 | $21.5000 |
| 2/25/2019 | Purchase | 9,500 | $21.6000 |
| 3/7/2019 | Purchase | 2,442 | $20.7800 |
| 3/7/2019 | Purchase | 900 | $20.7800 |
| 3/7/2019 | Purchase | 479 | $20.7800 |
| 3/7/2019 | Purchase | 400 | $20.7800 |
| 3/7/2019 | Purchase | 300 | $20.7800 |
| 3/7/2019 | Purchase | 200 | $20.7700 |
| 3/7/2019 | Purchase | 100 | $20.7700 |
| 3/7/2019 | Purchase | 2,915 | $20.7900 |
| 3/7/2019 | Purchase | 1,800 | $20.7900 |
| 3/7/2019 | Purchase | 1,000 | $20.7900 |
| 3/7/2019 | Purchase | 700 | $20.7900 |
| 3/7/2019 | Purchase | 300 | $20.7900 |
| 3/7/2019 | Purchase | 200 | $20.7900 |
| 3/7/2019 | Purchase | 100 | $20.7800 |
| 3/7/2019 | Purchase | 100 | $20.7800 |
| 3/7/2019 | Purchase | 100 | $20.7700 |
| 3/11/2019 | Purchase | 4,403 | $21.1200 |
| 3/11/2019 | Purchase | 5,139 | $21.8700 |
| 3/11/2019 | Purchase | 1,300 | $21.8600 |
| 3/11/2019 | Purchase | 300 | $21.8600 |
| 3/11/2019 | Purchase | 100 | $21.8500 |
| 3/12/2019 | Purchase | 5,914 | $21.9700 |
| 3/12/2019 | Purchase | 500 | $21.9200 |
| 3/12/2019 | Purchase | 404 | $21.9400 |
| 3/14/2019 | Purchase | 4,440 | $22.4400 |
| 3/14/2019 | Purchase | 6,631 | $22.6300 |
| 3/14/2019 | Purchase | 8,853 | $22.6100 |
| 3/15/2019 | Purchase | 1,500 | $21.6900 |
| 3/15/2019 | Purchase | 1,000 | $21.6200 |
| 3/15/2019 | Purchase | 700 | $21.6100 |
| 3/15/2019 | Purchase | 100 | $21.6000 |
| 3/15/2019 | Purchase | 100 | $21.6000 |
| 3/15/2019 | Purchase | 100 | $21.6500 |
| 3/15/2019 | Purchase | 8,155 | $22.0700 |
| 3/26/2019 | Purchase | 810 | $20.9300 |
| 4/1/2019 | Purchase | 1,800 | $21.1700 |
| 4/1/2019 | Purchase | 308 | $21.1900 |
| 4/1/2019 | Purchase | 251 | $21.1500 |

**Pivotal Software, Inc. (PVTL)**                              **Doherty, Steven**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/1/2019 | Purchase | 1 | $21.1000 |
| 4/1/2019 | Purchase | 2,360 | $21.1700 |
| 4/24/2019 | Purchase | 4,967 | $20.2000 |
| 4/26/2019 | Purchase | 1,205 | $20.7500 |
| 4/26/2019 | Purchase | 361 | $20.8000 |
| 4/26/2019 | Purchase | 1,250 | $20.8800 |
| 5/8/2019 | Purchase | 1,486 | $21.1600 |
| 5/8/2019 | Purchase | 900 | $21.1600 |
| 5/8/2019 | Purchase | 1,891 | $21.1600 |
| 5/15/2019 | Purchase | 2,461 | $20.3000 |
| 6/3/2019 | Purchase | 1,004 | $20.1300 |
| 6/3/2019 | Purchase | 747 | $20.0800 |
| 6/3/2019 | Purchase | 4,486 | $20.0600 |
| 4/20/2018 | Sale | (1,500) | $15.8300 |
| 5/17/2018 | Sale | (3,000) | $18.0000 |
| 5/17/2018 | Sale | (5,400) | $18.0000 |
| 5/22/2018 | Sale | (100) | $18.0200 |
| 5/22/2018 | Sale | (249) | $18.0300 |
| 5/22/2018 | Sale | (800) | $18.0100 |
| 5/22/2018 | Sale | (2,001) | $18.0000 |
| 5/22/2018 | Sale | (4,000) | $18.0000 |
| 6/6/2018 | Sale | (3,000) | $19.0000 |
| 6/6/2018 | Sale | (10,800) | $19.0000 |
| 6/11/2018 | Sale | (50) | $21.5100 |
| 6/11/2018 | Sale | (200) | $21.3300 |
| 6/11/2018 | Sale | (200) | $21.3800 |
| 6/11/2018 | Sale | (200) | $21.4400 |
| 6/11/2018 | Sale | (315) | $21.5000 |
| 6/11/2018 | Sale | (400) | $21.4100 |
| 6/11/2018 | Sale | (435) | $21.3100 |
| 6/11/2018 | Sale | (500) | $21.3200 |
| 6/11/2018 | Sale | (2,200) | $21.4000 |
| 6/11/2018 | Sale | (33) | $21.1700 |
| 6/11/2018 | Sale | (100) | $21.1400 |
| 6/11/2018 | Sale | (300) | $21.1500 |
| 6/11/2018 | Sale | (432) | $21.0700 |
| 6/11/2018 | Sale | (500) | $21.0500 |
| 6/11/2018 | Sale | (1,000) | $21.0600 |
| 6/11/2018 | Sale | (5,635) | $21.1600 |
| 6/11/2018 | Sale | (20) | $21.2000 |
| 6/11/2018 | Sale | (31) | $21.3000 |
| 6/11/2018 | Sale | (100) | $21.2500 |
| 6/11/2018 | Sale | (100) | $21.2600 |
| 6/11/2018 | Sale | (300) | $21.2300 |
| 6/11/2018 | Sale | (365) | $21.3100 |
| 6/11/2018 | Sale | (377) | $21.2100 |
| 6/11/2018 | Sale | (540) | $21.2500 |
| 6/11/2018 | Sale | (567) | $21.1700 |
| 6/11/2018 | Sale | (800) | $21.2200 |
| 6/11/2018 | Sale | (1,300) | $21.1800 |
| 6/11/2018 | Sale | (1,600) | $21.1900 |
| 6/11/2018 | Sale | (1,900) | $21.1600 |
| 6/12/2018 | Sale | (4,000) | $22.1000 |
| 6/12/2018 | Sale | (12) | $20.9400 |

**Pivotal Software, Inc. (PVTL)**                                                      **Doherty, Steven**

List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 6/12/2018 | Sale | (200) | $20.9100 |
| 6/12/2018 | Sale | (337) | $20.9000 |
| 6/12/2018 | Sale | (1,803) | $20.9500 |
| 6/12/2018 | Sale | (2,000) | $21.0000 |
| 6/12/2018 | Sale | (3,648) | $21.0000 |
| 6/12/2018 | Sale | (200) | $22.4500 |
| 6/12/2018 | Sale | (700) | $22.5000 |
| 6/12/2018 | Sale | (8,000) | $22.3000 |
| 6/13/2018 | Sale | (200) | $26.8200 |
| 6/13/2018 | Sale | (300) | $26.7700 |
| 6/13/2018 | Sale | (700) | $26.8000 |
| 6/13/2018 | Sale | (3,300) | $26.7500 |
| 6/13/2018 | Sale | (4,500) | $28.2000 |
| 6/13/2018 | Sale | (4,800) | $25.9300 |
| 6/13/2018 | Sale | (6,000) | $28.2000 |
| 6/13/2018 | Sale | (8,000) | $25.8800 |
| 6/13/2018 | Sale | (7,000) | $28.2000 |
| 6/13/2018 | Sale | (9,035) | $25.8500 |
| 7/23/2018 | Sale | (192) | $26.6600 |
| 7/23/2018 | Sale | (300) | $26.7000 |
| 10/5/2018 | Sale | (7,700) | $19.2000 |
| 10/31/2018 | Sale | (21) | $19.5500 |
| 10/31/2018 | Sale | (300) | $19.5900 |
| 10/31/2018 | Sale | (479) | $19.5900 |
| 10/31/2018 | Sale | (3,758) | $19.5600 |
| 11/2/2018 | Sale | (6,984) | $19.4800 |
| 11/2/2018 | Sale | (16) | $19.4000 |
| 11/2/2018 | Sale | (100) | $19.3700 |
| 11/2/2018 | Sale | (200) | $19.3800 |
| 11/2/2018 | Sale | (200) | $19.3900 |
| 11/2/2018 | Sale | (8,049) | $19.3800 |
| 11/8/2018 | Sale | (200) | $18.0200 |
| 11/8/2018 | Sale | (435) | $18.0600 |
| 11/8/2018 | Sale | (773) | $18.0600 |
| 11/8/2018 | Sale | (1,115) | $18.0100 |
| 11/8/2018 | Sale | (2,100) | $18.0100 |
| 11/8/2018 | Sale | (15) | $18.0800 |
| 11/8/2018 | Sale | (300) | $18.0200 |
| 11/8/2018 | Sale | (400) | $18.0600 |
| 11/8/2018 | Sale | (800) | $18.0400 |
| 11/8/2018 | Sale | (1,300) | $18.0500 |
| 11/8/2018 | Sale | (4,180) | $18.0100 |
| 11/8/2018 | Sale | (8,603) | $18.1000 |
| 11/26/2018 | Sale | (112) | $17.8700 |
| 12/13/2018 | Sale | (400) | $17.7300 |
| 12/13/2018 | Sale | (2,100) | $17.7700 |
| 12/13/2018 | Sale | (2,213) | $17.7100 |
| 12/13/2018 | Sale | (200) | $17.7200 |
| 12/13/2018 | Sale | (1,405) | $17.7500 |
| 12/13/2018 | Sale | (2,600) | $17.7800 |
| 12/13/2018 | Sale | (2,795) | $17.7100 |
| 12/13/2018 | Sale | (1,600) | $17.7600 |
| 1/8/2019 | Sale | (300) | $18.6400 |
| 1/8/2019 | Sale | (1,200) | $18.6200 |

**Pivotal Software, Inc. (PVTL)**                                                      **Doherty, Steven**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 1/8/2019 | Sale | (3,500) | $18.6600 |
| 1/8/2019 | Sale | (5) | $18.6700 |
| 1/8/2019 | Sale | (5,995) | $18.6600 |
| 1/8/2019 | Sale | (100) | $18.6900 |
| 1/8/2019 | Sale | (300) | $18.6800 |
| 1/8/2019 | Sale | (1,249) | $18.6700 |
| 1/8/2019 | Sale | (3,684) | $18.6600 |
| 1/11/2019 | Sale | (100) | $17.1200 |
| 1/11/2019 | Sale | (701) | $17.1100 |
| 1/11/2019 | Sale | (4,500) | $17.1100 |
| 1/11/2019 | Sale | (200) | $17.1000 |
| 1/11/2019 | Sale | (900) | $17.1100 |
| 1/11/2019 | Sale | (1,086) | $17.0800 |
| 1/11/2019 | Sale | (2,300) | $17.1100 |
| 1/11/2019 | Sale | (200) | $17.1100 |
| 1/11/2019 | Sale | (5,414) | $17.1000 |
| 2/20/2019 | Sale | (100) | $20.1800 |
| 2/20/2019 | Sale | (212) | $20.1500 |
| 2/20/2019 | Sale | (400) | $20.1300 |
| 2/20/2019 | Sale | (400) | $20.1700 |
| 2/20/2019 | Sale | (3,888) | $20.1200 |
| 2/20/2019 | Sale | (50) | $20.2000 |
| 2/20/2019 | Sale | (400) | $20.1400 |
| 2/20/2019 | Sale | (400) | $20.1600 |
| 2/20/2019 | Sale | (6,350) | $20.1300 |
| 2/20/2019 | Sale | (200) | $19.9600 |
| 2/20/2019 | Sale | (200) | $20.0300 |
| 2/20/2019 | Sale | (225) | $19.9700 |
| 2/20/2019 | Sale | (500) | $20.0100 |
| 2/20/2019 | Sale | (1,630) | $20.0000 |
| 2/20/2019 | Sale | (7,245) | $19.9500 |
| 2/22/2019 | Sale | (247) | $20.7400 |
| 2/22/2019 | Sale | (800) | $20.6900 |
| 2/22/2019 | Sale | (847) | $20.7300 |
| 2/22/2019 | Sale | (892) | $20.7500 |
| 2/22/2019 | Sale | (2,214) | $20.6800 |
| 2/22/2019 | Sale | (7,500) | $20.7500 |
| 2/22/2019 | Sale | (341) | $20.7500 |
| 2/22/2019 | Sale | (400) | $20.7100 |
| 2/22/2019 | Sale | (500) | $20.7400 |
| 2/22/2019 | Sale | (8,759) | $20.6800 |
| 3/4/2019 | Sale | (100) | $22.0700 |
| 3/4/2019 | Sale | (400) | $22.0900 |
| 3/4/2019 | Sale | (1,600) | $22.0500 |
| 3/4/2019 | Sale | (4,900) | $22.0400 |
| 3/4/2019 | Sale | (100) | $22.0700 |
| 3/4/2019 | Sale | (200) | $22.0700 |
| 3/4/2019 | Sale | (200) | $22.0900 |
| 3/4/2019 | Sale | (500) | $22.0800 |
| 3/4/2019 | Sale | (1,600) | $22.0600 |
| 3/4/2019 | Sale | (1,973) | $22.0500 |
| 3/4/2019 | Sale | (4,927) | $22.0400 |
| 3/8/2019 | Sale | (100) | $19.9700 |
| 3/8/2019 | Sale | (115) | $19.9600 |

**Pivotal Software, Inc. (PVTL)**                                                          **Doherty, Steven**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 3/8/2019 | Sale | (700) | $19.9100 |
| 3/8/2019 | Sale | (700) | $19.9400 |
| 3/8/2019 | Sale | (700) | $19.9500 |
| 3/8/2019 | Sale | (800) | $19.9300 |
| 3/8/2019 | Sale | (1,585) | $19.9000 |
| 3/8/2019 | Sale | (40) | $19.8100 |
| 3/8/2019 | Sale | (50) | $19.8400 |
| 3/8/2019 | Sale | (100) | $19.8200 |
| 3/8/2019 | Sale | (105) | $19.8100 |
| 3/8/2019 | Sale | (500) | $19.8700 |
| 3/8/2019 | Sale | (705) | $19.8200 |
| 3/8/2019 | Sale | (893) | $19.8500 |
| 3/8/2019 | Sale | (2,428) | $19.8600 |
| 3/8/2019 | Sale | (200) | $19.9700 |
| 3/8/2019 | Sale | (500) | $19.9600 |
| 3/8/2019 | Sale | (600) | $19.9800 |
| 3/8/2019 | Sale | (5,915) | $19.9000 |
| 3/14/2019 | Sale | (1) | $21.8400 |
| 3/14/2019 | Sale | (100) | $21.6000 |
| 3/14/2019 | Sale | (200) | $21.5500 |
| 3/14/2019 | Sale | (211) | $21.6800 |
| 3/14/2019 | Sale | (700) | $21.6200 |
| 3/14/2019 | Sale | (1,289) | $21.6900 |
| 3/14/2019 | Sale | (1,902) | $21.5400 |
| 3/14/2019 | Sale | (150) | $21.8000 |
| 3/14/2019 | Sale | (557) | $21.7500 |
| 3/14/2019 | Sale | (611) | $21.8200 |
| 3/14/2019 | Sale | (2,000) | $21.7700 |
| 3/14/2019 | Sale | (3,500) | $21.5400 |
| 3/14/2019 | Sale | (168) | $21.7500 |
| 3/14/2019 | Sale | (233) | $21.7300 |
| 3/14/2019 | Sale | (240) | $21.7200 |
| 3/14/2019 | Sale | (300) | $21.7100 |
| 3/14/2019 | Sale | (434) | $21.8200 |
| 3/14/2019 | Sale | (1,000) | $21.6900 |
| 3/14/2019 | Sale | (1,099) | $21.7400 |
| 3/14/2019 | Sale | (3,365) | $21.5400 |
| 3/15/2019 | Sale | (4,440) | $21.2600 |
| 3/15/2019 | Sale | (120) | $21.2000 |
| 3/15/2019 | Sale | (120) | $21.2200 |
| 3/15/2019 | Sale | (195) | $21.2800 |
| 3/15/2019 | Sale | (205) | $21.4200 |
| 3/15/2019 | Sale | (400) | $21.2700 |
| 3/15/2019 | Sale | (800) | $21.2500 |
| 3/15/2019 | Sale | (1,100) | $21.2600 |
| 3/15/2019 | Sale | (5,913) | $21.1000 |
| 3/25/2019 | Sale | (85) | $20.3300 |
| 3/25/2019 | Sale | (700) | $20.2600 |
| 3/25/2019 | Sale | (2,715) | $20.2700 |
| 3/25/2019 | Sale | (40) | $20.2700 |
| 3/25/2019 | Sale | (100) | $20.2200 |
| 3/25/2019 | Sale | (380) | $20.2600 |
| 3/25/2019 | Sale | (750) | $20.2500 |
| 3/25/2019 | Sale | (800) | $20.2100 |

**Pivotal Software, Inc. (PVTL)**                                                              **Doherty, Steven**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 3/25/2019 | Sale | (1,100) | $20.2300 |
| 3/25/2019 | Sale | (3,461) | $20.2000 |
| 3/25/2019 | Sale | (1,100) | $20.2100 |
| 3/25/2019 | Sale | (2,955) | $20.1900 |
| 3/25/2019 | Sale | (4,100) | $20.1700 |
| 5/1/2019 | Sale | (1,765) | $21.4500 |
| 5/1/2019 | Sale | (1,800) | $21.4600 |
| 5/1/2019 | Sale | (100) | $21.3400 |
| 5/1/2019 | Sale | (100) | $21.3800 |
| 5/1/2019 | Sale | (274) | $21.3500 |
| 5/1/2019 | Sale | (847) | $21.3300 |
| 5/1/2019 | Sale | (1,400) | $21.3100 |
| 5/1/2019 | Sale | (7,027) | $21.4500 |