# EXHIBIT A

**JOINT DECLARATION IN SUPPORT OF MOTION OF THE TECH TRADER FUND LP AND STEVEN DOHERTY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, William Mok, on behalf of the Tech Trader Fund LP, and Steven Doherty, respectfully submit this Joint Declaration in support of our motion for consolidation, appointment as Lead Plaintiffs and approval of our selection of Pomerantz LLP ("Pomerantz") as counsel in the instant litigation on behalf of investors in the securities of Pivotal Software, Inc. ("Pivotal" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.      I, William Mok, live in San Francisco, California. I am an investment manager by profession and hold an undergraduate degree in business. I am 28 years old and have been investing in the securities markets for approximately ten years. As reflected in my Certification, I purchased Pivotal securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I, Steven Doherty, live in Framingham, Massachusetts. I am a technical program manager and hold a master's degree in business administration. I am 63 years old and have been investing in the securities markets for over thirty years. As reflected in my Certification, I purchased Pivotal securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.      We believe that the securities class action against Pivotal is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class. Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter;

1

(b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Pomerantz as our designated lead counsel; and (d) we were aware each other and approved the filing of a Lead Plaintiff motion as a group seeking appointment jointly as lead plaintiffs.

5.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equivalent to our losses incurred in connection with our Class Period purchases of Pivotal securities, calculated in terms of U.S. dollars.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

6.      We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz to serve as Lead Counsel.  Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 23 day of August, 2019.

Steven Doherty

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 22nd day of August, 2019.

William Mok, on behalf of the Tech Trader Fund LP

4