James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff*
*Oklahoma City Employee Retirement System and*
*Police Retirement System of St. Louis and*
*Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DOHERTY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PIVOTAL SOFTWARE, INC., ROBERT MEE, and CYNTHIA GAYLOR, <br><br> Defendants., | Case No. 3:19-cv-03589-CRB <br><br> Judge Charles R. Breyer <br><br> **CLASS ACTION** <br><br> **DECLARATION OF JAMES M. WAGSTAFFE IN FURTHER SUPPORT OF THE MOTION OF OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM AND POLICE RETIREMENT SYSTEM OF ST. LOUIS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

*Caption continues on following page…*

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 3:19-CV-03589-CRB

MIKEBEB M. ABERA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, LLC; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO.; LLC; and WILLIAMS CAPITAL GROUP, L.P.,

Defendants.

Case No. 4:19-cv-03601-HSG

Judge Haywood S. Gilliam, Jr.

PETER KLEINMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.

PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED.; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, L.L.C.;

Case No. 3:19-cv-03605-RS

Judge Richard Seeborg

MISCHLER FINANCIAL GROUP, INC.;
SAMUEL A. RAMIREZ & COMPANY, INC.;
SIEBERT CISNEROS SHANK & CO., L.L.C.;
and WILLIAMS CAPITAL GROUP, L.P.,

Defendants.

I, James M. Wagstaffe, declare as follows:

I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner at Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP ("WVBR LLP"), proposed Liaison Counsel for the Class. I submit this declaration in further support of the motion filed by Oklahoma City Employee Retirement System ("OKCERS") and Police Retirement System of St. Louis ("St. Louis Police"), for the entry of an Order: (1) consolidating the above-captioned actions pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing OKCERS and St. Louis Police as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*; (3) approving their selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel and WVBR LLP as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Analysis of Steven J. Doherty's Class Period Pivotal holdings;

EXHIBIT B:   Movant loss analysis;

EXHIBIT C:   Trading data from *Bloomberg* reporting largest single transactions in Pivotal shares on June 4, 2019;

EXHIBIT D:   Lead Plaintiff Order, *In re Intercloud Sys., Inc. Sec. Litig.*, No. 14-cv-01982 (D.N.J. Nov. 4, 2014), ECF No. 36; and

EXHIBIT E:   Trading data from *Bloomberg* showing pre- and post-market trading ranges of Pivotal shares on September 12, 2018 and December 12, 2018.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: September 3, 2019                    */s/ James M. Wagstaffe*
                                             James M. Wagstaffe

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2019, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *James M. Wagstaffe*
James M. Wagstaffe