# Exhibit A

# Steven J. Doherty's Class Period Pivotal Holdings

Total Shares Purchased: 352,727

Net Shares Purchased: 3,575



| Purchased | Sold Out | Notes |
|---|---|---|
| April 20, 2018 | June 12, 2018 | |
| June 13, 2018 | June 13, 2018 | |
| June 14, 2018 | November 2, 2018 | No longer holds IPO traceable shares |
| November 6, 2018 | November 8, 2018 | |
| November 20, 2018 | December 13, 2018 | |
| December 26, 2018 | January 8, 2019 | |
| January 9, 2019 | January 11, 2019 | |
| January 14, 2019 | February 22, 2019 | |
| February 25, 2019 | March 8, 2019 | |
| March 11, 2019 | March 25, 2019 | |
| March 26, 2019 | May 1, 2019 | Only losses on subsequent purchases recoverable under *Dura* |
| May 8, 2019 | N/A | |