**Exhibit B**

### Pivotal Software Inc. Lead Plaintiff Movant Analysis

| Movant | Section 10(b) LIFO (Loss)/Gain[1] | *Dura* LIFO Loss[2] | Section 11 Standing[3] |
|---|---|---|---|
| ~~The Tech Trader Fund~~ | ~~($405,738)~~ | ~~($405,738)~~ | |
| ~~Steven J. Doherty~~ | ~~($186,903)~~ | ~~($131,255)~~ | |
| *inadequate and atypical* | | | |
| ~~**Total:**~~ | ~~**($592,641)**~~ | ~~($536,993)~~ | ~~**NO**~~ |
| *lawyer-driven group* | | | |
| Oklahoma City Employee Retirement System | ($163,921) | ($163,921) | |
| Police Retirement System of St. Louis | ($89,627) | ($89,627) | |
| **Total:** | **($253,548)** | **($253,548)** | **YES** |
| ~~Vasant Punjabi~~ | ~~($145,569)~~ | ~~($145,569)~~ | ~~YES~~ |
| *motion withdrawn* | | | |
| ~~Mary Anderson~~ | ~~($135,268)~~ | ~~($135,268)~~ | ~~YES~~ |
| *motion withdrawn* | | | |
| ~~Dana Penza~~ | ~~($74,064)~~ | ~~($74,064)~~ | ~~YES~~ |
| *motion withdrawn* | | | |

[1] LIFO losses as reported by respective movants.

[2] *Dura* LIFO losses exclude any losses/gains on shares sold prior to the corrective disclosure on 06.04.2019 after the close of trading.

[3] Section 11 purchase traceability cutoff date is 11.05.2018, the day before The General Electric Company's sale of unregistered securities.