# Exhibit C



| Date | Time | Volume | Price | Exch | Date | Time | Volume | Price | Exch |
|---|---|---|---|---|---|---|---|---|---|
| 06/04 | 14:40:14 | 50,000 | 18.575 | UD | 06/04 | 16:55:29 | 19,350 | 13.50 | UP |
| | 14:40:28 | 50,000 | 18.575 | UD | | 16:35:09 | 19,200 | 13.50 | UP |
| | 14:40:41 | 50,000 | 18.575 | UD | | 10:52:24 | 13,300 | 18.80 | UD |
| | 14:40:53 | 50,000 | 18.575 | UD | | 15:09:44 | 8,800 | 18.25 | UD |
| | 14:41:27 | 50,000 | 18.575 | UD | | 13:42:55 | 8,606 | 18.55 | VF |
| | 14:39:54 | 50,000 | 18.565 | UD | | 13:29:30 | 8,012 | 18.70 | UD |
| | 14:40:03 | 50,000 | 18.565 | UD | | 12:53:21 | 7,900 | 18.80 | VF |
| | 13:37:47 | 44,500 | 18.65 | UD | | 16:26:07 | 9,800 | 14.60 | UP |
| | 16:02:01 | 44,738 | 18.54 | UN | | 13:34:19 | 7,044 | 18.61 | UF |
| | 09:57:28 | 35,200 | 18.80 | UD | | 17:59:15 | 10,000 | 13.07 | UD |
| | 12:52:48 | 25,000 | 18.80 | UD | | 09:30:00 | 6,778 | 18.89 | UN |
| | 10:18:40 | 25,000 | 18.625 | UD | | 16:50:05 | 9,459 | 13.50 | UT |
| | 16:26:20 | 27,146 | 14.55 | UP | | 16:49:04 | 9,458 | 13.30 | UP |
| | 10:08:47 | 16,500 | 18.80 | UD | | 15:36:22 | 6,700 | 18.45 | UD |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2019 Bloomberg Finance L.P.
SN 549908 G453-1241-2 23-Aug-19  9:03:01 EDT  GMT-4:00