POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movants*
*and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN DOHERTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL SOFTWARE, INC., ROBERT MEE, and CYNTHIA GAYLOR,<br><br>Defendants. | Case No.: 3:19-cv-03589-CRB<br><br>REPLY DECLARATION OF JENNIFER PAFITI, ESQ. IN FURTHER SUPPORT OF MOTION OF THE TECH TRADER FUND LP AND STEVEN DOHERTY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br>CLASS ACTION<br><br>Date:  October 11, 2019<br>Time:  10:00 a.m.<br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

| MIKEBEB M. ABERA, Individually and on Behalf of All Others Similarly Situated, | Case No.: 4:19-cv-03601-HSG |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | |
| PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, LLC; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO.; LLC; and WILLIAMS CAPITAL GROUP, L.P., | |
| Defendants. | |

REPLY DECLARATION IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS - 3:19-cv-03589-CRB; 4:19-cv-03601-HSG; 3:19-cv-03605-RS

| | |
|---|---|
| PETER KLEINMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>        v.<br><br>PIVOTAL SOFTWARE, INC.; ROBERT MEE; CYNTHIA GAYLOR; PAUL MARITZ; MICHAEL S. DELL; ZANE ROWE; EGON DURBAN; WILLIAM D. GREEN; MARCY S. KLEVORN; KHOZEMA Z. SHIPCHANDLER; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; CITIGROUP GLOBAL MARKETS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED.; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBC CAPITAL MARKETS, LLC; UBS SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KEYBANC CAPITAL MARKETS INC.; WILLIAM BLAIR & COMPANY, L.L.C.; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT CISNEROS SHANK & CO., L.L.C.; and WILLIAMS CAPITAL GROUP, L.P.,<br><br>        Defendants. | Case No.: 3:19-cv-03605-RS<br><br>CLASS ACTION |

REPLY DECLARATION IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS - 3:19-cv-03589-CRB; 4:19-cv-03601-HSG; 3:19-cv-03605-RS

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of The Tech Trader Fund LP ("Tech Trader") and Steven Doherty (collectively, the "Pivotal Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration in further support of the Pivotal Investor Group's motion for consolidation, appointment as Lead Plaintiff for the Class, and approval of the Pivotal Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a copy of Tech Trader's Interactive Brokers account activity statement reflecting its transactions in Pivotal Software, Inc. securities during the relevant class period in this litigation, with Tech Trader's transactions in other unrelated securities redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on September 10, 2019, at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

REPLY DECLARATION IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL - 3:19-cv-03589-CRB; 4:19-cv-03601-HSG; 3:19-cv-03605-RS

PROOF OF SERVICE

I hereby certify that on September 10, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

REPLY DECLARATION IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL - 3:19-cv-03589-CRB; 4:19-cv-03601-HSG; 3:19-cv-03605-RS