# EXHIBIT A

## Trades

(redacted)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PVTL | 2019-06-04, 09:53:32 | | 51,114 | 18.7945657 | 18.5400 | -960,665.43 | -434.47 | 961,099.90 | 129,376.13 | -13,011.87 | O;P |
| **Total PVTL** | | | **51,114** | | | **-960,665.43** | **-434.47** | **961,099.90** | **129,376.13** | **-13,011.87** | |

(redacted)

(redacted)

## Trades

(redacted)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PVTL | 2019-06-07, 15:52:20 | | -51,114 | 10.6700471 | 10.8200 | 545,388.79 | -178.70 | -1,090,476.03 | -545,265.94 | -7,664.69 | C;P |
| **Total PVTL** | | | **-51,114** | | | **545,388.79** | **-178.70** | **-1,090,476.03** | **-545,265.94** | **-7,664.69** | |

(redacted)

(redacted)