JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
KAREN LEUNG (CA SBN 323029)
KLeung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants Pivotal Software, Inc.,
Cynthia Gaylor, Egon Durban, Khozema Z.
Shipchandler, Marcy S. Klevorn, Michael Dell,
Paul Maritz, Robert Mee,    and William D. Green

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PIVOTAL SECURITIES LITIGATION | Master File No. 3:19-cv-03589-CRB |
| | DECLARATION OF ROBERT L. CORTEZ WEBB IN SUPPORT OF PIVOTAL DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |
| | Date:      July 17, 2020<br>Time:      10:00 a.m.<br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6—17th Floor |

I, ROBERT L. CORTEZ WEBB, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate with the law firm of Morrison & Foerster LLP, counsel for the Pivotal Defendants.  I have personal knowledge of the matters stated in this declaration.  I could and would testify competently about the following if called to do so.

2.    Attached as **Exhibit 1** is a true and correct copy of Pivotal Software's Registration Statement dated April 20, 2018, filed on SEC Form 424B4.  Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

3.    Attached as **Exhibit 2** is a true and correct copy of Pivotal Software's Quarterly Report for the fiscal quarter ended May 4, 2018, filed on SEC Form 10-Q on June 14, 2018.

4.    Attached as **Exhibit 3** is a true and correct copy of Pivotal Software's Quarterly Report for the fiscal quarter ended August 3, 2018, filed on SEC Form 10-Q on September 13, 2018.

5.    Attached as **Exhibit 4** is a true and correct copy of Pivotal Software's Quarterly Report for the fiscal quarter ended November 2, 2018, filed on SEC Form 10-Q on December 10, 2018.

6.    Attached as **Exhibit 5** is a true and correct copy of Pivotal Software's Annual Report for the fiscal year ended February 1, 2019, filed on SEC Form 10-K on March 29, 2019. Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

7.    Attached as **Exhibit 6** is a true and correct copy of Pivotal Software's Quarterly Report for the fiscal quarter ended May 3, 2019, filed on SEC Form 10-Q on June 10, 2019.

8.    Attached as **Exhibit 7** is a true and correct copy of Pivotal Software's Quarterly Report for the fiscal quarter ended August 2, 2019, filed on SEC Form 10-Q on September 5, 2019.

9.      Attached as **Exhibit 8** is a true and correct copy of Pivotal Software's Quarterly Report for the fiscal quarter ended November 1, 2019, filed on SEC Form 10-Q on December 6, 2019.

10.      Attached as **Exhibit 9** is a true and correct copy of Pivotal Software's Current Report, filed on SEC Form 8-K on June 12, 2018.

11.      Attached as **Exhibit 10** is a true and correct copy of Pivotal Software's Current Report, filed on SEC Form 8-K on September 12, 2018.

12.      Attached as **Exhibit 11** is a true and correct copy of Pivotal Software's Current Report, filed on SEC Form 8-K on December 11, 2018.

13.      Attached as **Exhibit 12** is a true and correct copy of Pivotal Software's Current Report, filed on SEC Form 8-K on March 14, 2019.  Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

14.      Attached as **Exhibit 13** is a true and correct copy of Pivotal Software's Current Report, filed on SEC Form 8-K on June 4, 2019.

15.      Attached as **Exhibit 14** is a true and correct copy of Pivotal Software's Current Report, filed on SEC Form 8-K on September 4, 2019.

16.      Attached as **Exhibit 15** is a true and correct copy of the transcript of Pivotal Software's first quarter 2019 investor conference call, dated June 12, 2018.  Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

17.      Attached as **Exhibit 16** is a true and correct copy of the transcript of Pivotal Software's second quarter 2019 investor conference call, dated September 12, 2018.  Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

18.      Attached as **Exhibit 17** is a true and correct copy of the transcript of Pivotal Software's third quarter 2019 investor conference call, dated December 11, 2018.  Statements that

Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

19.     Attached as **Exhibit 18** is a true and correct copy of the transcript of Pivotal's presentation at the Citigroup TMT West Conference, dated January 8, 2019.  Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

20.     Attached as **Exhibit 19** is a true and correct copy of the transcript of Pivotal Software's fourth quarter 2019 investor conference call, dated March 14, 2019.  Statements that Plaintiffs allege to be materially false and misleading have been highlighted and identified with the corresponding paragraph number in the Consolidated Complaint.

21.     Attached as **Exhibit 20** is a true and correct copy of the transcript of Pivotal Software's first quarter 2020 investor conference call, dated June 4, 2019.

22.     Attached as **Exhibit 21** is a true and correct copy of the RBC Capital Markets Analyst Report, titled *Pivotal Software Inc., These Are Pivotal Times; Initiate at Sector Perform with $21 Price Target*, dated May 15, 2018.

23.     Page 2 of the Pivotal Defendants' motion to dismiss contains two charts, Figure 1 and Figure 2.  These charts were prepared by me with the assistance of staff working at my direction.

24.     Figure 1 was created using Microsoft Excel and is based on publicly-reported figures from Pivotal SEC filings.  The left vertical axis and shaded bars show Pivotal's customer numbers during the period shown in the graph.  The right vertical axis and blue line show Pivotal's Net Expansion Rate ("NER") during this period.

- For the quarter ending February 3, 2017 (4Q 2017), Pivotal reported a total of 275 customers and an NER of 163%.  (Ex. 1 at 78.)
- For the quarter ending May 5, 2017 (1Q 2018), Pivotal reported a total of 282 customers and an NER of 168%.  (Ex. 1 at 78.)
- For the quarter ending August 4, 2017 (2Q 2018), Pivotal reported a total of 297 customers and an NER of 168%.  (Ex. 1 at 78.)

- For the quarter ending November 3, 2017 (3Q 2018), Pivotal reported a total of 314 customers and an NER of 165%. (Ex. 1 at 78.)

- For the quarter ending February 2, 2018 (4Q 2018), Pivotal reported a total of 319 customers and an NER of 158%. (Ex. 1 at 78.)

- For the quarter ending May 4, 2018 (1Q 2019), Pivotal reported a total of 339 customers and an NER of 156%. (Ex. 2 at 18.)

- For the quarter ending August 3, 2018 (2Q 2019), Pivotal reported a total of 354 customers and an NER of 150%. (Ex. 3 at 16.)

- For the quarter ending November 2, 2018 (3Q 2019), Pivotal reported a total of 368 customers and an NER of 150%. (Ex. 4 at 17.)

- For the quarter ending February 1, 2019 (4Q 2019), Pivotal reported a total of 377 customers and an NER of 149%. (Ex. 5 at 43.)

- For the quarter ending May 3, 2019 (1Q 2020), Pivotal reported a total of 383 customers and an NER of 143%. (Ex. 6 at 19.)

- For the quarter ending August 2, 2019 (2Q 2020), Pivotal reported a total of 397 customers and an NER of 139%. (Ex. 7 at 20.)

- For the quarter ending November 1, 2019 (3Q 2020), Pivotal reported a total of 412 customers and an NER of 135%. (Ex. 8 at 21.)

25. Figure 2 shows Pivotal's reported revenue guidance and actual revenue for the quarters ending May 4, 2018 (1Q 2019) through August 2, 2019 (2Q 2020).

- For the quarter ending May 4, 2018 (1Q 2019), Pivotal did not provide revenue guidance. After that quarter closed, Pivotal reported revenue of $155.7 million. (Ex. 9 at 4.)

- For the quarter ending August 3, 2018 (2Q 2019), Pivotal guided to a revenue range of $157 million to $159 million. (Ex. 9 at 5.) After that quarter closed, Pivotal reported revenue of $164.4 million. (Ex. 10 at 4.)

- For the quarter ending November 2, 2018 (3Q 2019), Pivotal guided to a revenue range of $163 million to $165 million.  (Ex. 10 at 5.)  After that quarter closed, Pivotal reported revenue of $168.1 million.  (Ex. 11 at 4.)
- For the quarter ending February 1, 2019 (4Q 2019), Pivotal guided to a revenue range of $169 million to $171 million.  (Ex. 11 at 5.)  After that quarter closed, Pivotal reported revenue of $169.2 million.  (Ex. 12 at 4.)
- For the quarter ending May 3, 2019 (1Q 2020), Pivotal guided to a revenue range of $183 million to $185 million.  (Ex. 12 at 5.)  After that quarter closed, Pivotal reported revenue of $185.7 million.  (Ex. 13 at 4.)
- For the quarter ending August 2, 2019 (2Q 2020), Pivotal guided to a revenue range of $185 million to $189 million.  (Ex. 13 at 5.)  After that quarter closed, Pivotal reported revenue of $193.0 million.  (Ex. 14 at 4.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California, on the 27th day of March, 2020.

*/s/ Robert L. Cortez Webb*
Robert L. Cortez Webb

## ATTESTATION (CIVIL LOCAL RULE 5-1(I)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated:  March 27, 2020

*/s/ Mark R.S. Foster*
Mark R.S. Foster