# Exhibit 11

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **December 11, 2018**

# Pivotal Software, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38460** | **94-3094578** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**875 Howard Street, Fifth Floor**
**San Francisco, California**　　　　　　　　　　　**94103**
(Address of principal executive offices)　　　　　　　(Zip Code)

Registrant's telephone number, including area code: **(415) 777-4868**

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 2.02 Results of Operations and Financial Condition.**

On December 11, 2018, Pivotal Software, Inc. (the "Company") issued a press release announcing its financial results for its fiscal quarter ended November 2, 2018, which is the Company's third quarter of fiscal 2019. A copy of the press release is attached as Exhibit 99.1 to this report.

The information in this Item 2.02 and the exhibit attached hereto is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

The following document is furnished as an exhibit to this report:

| Exhibit Number | Description of Exhibit |
|---|---|
| 99.1 | Press Release dated December 11, 2018 |

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Pivotal Software, Inc.

Date: December 11, 2018                          /s/ Cynthia Gaylor
                                                 _____
                                                 Cynthia Gaylor
                                                 Senior Vice President and Chief Financial Officer

3



**Exhibit 99.1**

**Pivotal Reports Third Quarter Fiscal Year 2019 Financial Results**

- *Subscription revenue grew 53% year over year; Total revenue grew 30% year over year*
- *Subscription customers increased to 368; 17% growth year over year*
- *Dollar-based net expansion rate of 150%*

**SAN FRANCISCO** — December 11, 2018 — Pivotal Software, Inc. (NYSE: PVTL), a leading cloud-native platform provider, today reported results for the fiscal 2019 third quarter ended November 2, 2018.

"We generated strong revenue growth in our third quarter and continued to deliver innovative products across our portfolio. We also saw meaningful transactions with both new and existing customers as organizations across industries continue to choose Pivotal as their strategic partner for digital transformation," said Rob Mee, CEO of Pivotal Software. "While enterprises face a fast moving market environment and a complex technology landscape, we remain confident that our unique combination of Pivotal Cloud Foundry and Labs provide customers with a proven model to innovate and modernize at scale."

**Third Quarter Fiscal Year 2019 Financial Results**

**Revenue**: Subscription revenue was $100.8 million, an increase of 53% year over year. Total revenue was $168.1 million, an increase of 30% year over year.

**Operating Loss**: GAAP operating loss was $35.9 million, or 21% of total revenue, compared to a loss of $36.5 million in Q3 of last year. Non-GAAP operating loss was $14.8 million, or 9% of total revenue, compared to a loss of $25.0 million year over year.

**Net Loss**: GAAP net loss was $34.9 million, compared to a loss of $39.3 million year over year. GAAP net loss per share was $0.13, compared to a loss of $0.57 in Q3 of last year. Non-GAAP net loss was $13.8 million, compared to a loss of $27.9 million year over year. Non-GAAP net loss per share was $0.05, compared to a loss of $0.13 in Q3 of last year.

**Cash Flow**: Operating cash flow for the quarter was negative $36.2 million compared to negative operating cash flow of $39.8 million in Q3 of last year.

**Cash and cash equivalents** were $664.8 million as of November 2, 2018.

**Recent Business Highlights**

- Subscription customers grew 17% year over year to 368 in Q3
- Dollar-based net expansion rate was 150%
- Released new features to Pivotal Cloud Foundry to help enterprises achieve meaningful business outcomes through the continuous delivery of high-quality software and simplification of operations including:
  - PAS 2.3 added greater support for the .NET Framework and simplifies how development teams securely share data across microservices
  - PKS 1.2 expanded multi-cloud support to include AWS and includes the latest Kubernetes release maintaining constant compatibility with Google Kubernetes Engine
- PKS winner of CRN's 2018 Tech Innovator award

**Financial Outlook**

For the fourth quarter of fiscal 2019, Pivotal currently expects:

- Subscription revenue of $109.5 to $110.5 million
- Total revenue of $169 to $171 million
- Non-GAAP loss from operations of $26 to $25 million
- Non-GAAP net loss per share of 10¢ to 9¢ assuming weighted average shares outstanding of approximately 264 million

For the full fiscal year 2019, Pivotal currently expects:

- Subscription revenue of $398 to $399 million
- Total revenue of $657 to $659 million
- Non-GAAP loss from operations of $76.5 to $75.5 million
- Non-GAAP net loss per share of 32¢ to 31¢, assuming weighted average shares outstanding of approximately 251 million

Pivotal has not reconciled these forward-looking non-GAAP measures to comparable forward-looking GAAP measures because of the potential variability and uncertainty of incurring these costs and expenses in the future. Accordingly, a reconciliation is not available without unreasonable effort.

**Conference Call and Webcast Information**

Pivotal will host a conference call at 2:00pm PDT (5:00pm EDT) today to discuss our financial results. A live audio webcast of the conference call will be accessible on Pivotal's investor relations web page at https://pivotal.io/investors. A replay of the webcast will be available following the conference call.

**About Pivotal**

Pivotal combines our cloud-native platform, developer tools, and unique methodology to help the world's largest companies transform the way they build and run their most important applications. Our technology is used by Global 2000 companies to achieve strategic advantages in software development and IT operations. Learn more at pivotal.io.

**Non-GAAP Financial Measures**

Reconciliations of non-GAAP financial measures to the most directly comparable financial results as determined in accordance with GAAP are included at the end of this press release following the accompanying financial data. For a description of these non-GAAP financial measures, including the reasons management uses each measure, please see the section of the tables titled "About Non-GAAP Financial Measures."

**Key Metric Definitions**

*Subscription Customers*: Pivotal defines the number of subscription customers as the organizations that have a subscription contract for Pivotal's software resulting in at least $50,000 of annual revenue in that period.

*Dollar-Based Net Expansion Rate*: Pivotal's dollar-based net expansion rate compares its subscription revenue from a common group of customers across comparable periods. Pivotal calculates its dollar-based net expansion rate for all periods on a trailing four-quarter basis.

**Forward-Looking Statements**

This press release contains statements relating to Pivotal's expectations, projections, beliefs, and prospects (including statements regarding Pivotal's financial outlook), which are "forward-looking statements" within the meaning of the federal securities laws and by their nature are uncertain. Words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "plans," and similar expressions are intended to identify forward-looking statements. Such forward-looking statements are not guarantees of future performance, and you are cautioned not to place undue reliance on these forward-looking statements. Actual results could differ materially from those projected in the forward-looking statements as a result of many factors, including but not limited to: (i) Pivotal's limited operating history as an independent company, which makes it difficult to evaluate Pivotal's prospects; (ii) the substantial losses Pivotal has incurred and the risks of not being able to generate sufficient revenue to achieve and sustain profitability; (iii) Pivotal's future success depending in large part on the growth of Pivotal's target markets; (iv) Pivotal's future growth depending largely on Pivotal Cloud Foundry and Pivotal's platform-related services; (v) Pivotal's subscription revenue growth rate not being indicative of Pivotal's future performance or ability to grow; (vi) Pivotal's business and prospects being harmed if customers do not renew their subscriptions or expand their use of Pivotal's platform; (vii) any failure by Pivotal to compete effectively; (viii) Pivotal's long and unpredictable sales cycles that vary seasonally and which can cause significant variation in the number and size of transactions that can close in a particular quarter; (ix) Pivotal's lack of control of and inability to predict the future course of open-source technologies, including those used in Pivotal Cloud Foundry; and (x) any security or privacy breaches. All information set forth in this release is current as of the date of this release. These forward-looking statements are based on current expectations and are subject to uncertainties, risks, assumptions, and changes in condition, significance, value and effect as well as other risks disclosed previously and from time to time in documents filed by us with the U.S. Securities and Exchange Commission (SEC), including Pivotal's prospectus dated April 19, 2018, and filed pursuant to Rule 424(b) under the U.S. Securities Act of 1933, as amended. Additional information will be made available in Pivotal's quarterly report on Form 10-Q and other future reports that Pivotal may file with the SEC, which could cause actual results to vary from expectations. Pivotal disclaims any obligation to, and does not currently intend to, update any such forward-looking statements, whether written or oral, that may be made from time to time except as required by law.

**Pivotal Software, Inc.**
**Condensed Consolidated Statements of Operations**
(in thousands, except per share amounts); (unaudited)

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | November 2, 2018 | November 3, 2017 | November 2, 2018 | November 3, 2017 |
| **Revenue:** | | | | |
| Subscription | $ 100,775 | $ 66,050 | $ 288,390 | $ 184,039 |
| Services | 67,368 | 62,922 | 199,896 | 192,153 |
| **Total revenue** | 168,143 | 128,972 | 488,286 | 376,192 |
| **Cost of revenue:** | | | | |
| Subscription | 7,813 | 7,627 | 24,047 | 22,743 |
| Services | 53,179 | 47,875 | 157,470 | 148,136 |
| **Total cost of revenue** | 60,992 | 55,502 | 181,517 | 170,879 |
| **Gross profit** | 107,151 | 73,470 | 306,769 | 205,313 |
| **Operating expenses:** | | | | |
| Sales and marketing | 70,620 | 54,295 | 210,308 | 159,327 |
| Research and development | 51,880 | 40,232 | 143,309 | 119,911 |
| General and administrative | 20,546 | 15,405 | 57,979 | 49,182 |
| **Total operating expenses** | 143,046 | 109,932 | 411,596 | 328,420 |
| **Loss from operations** | (35,895) | (36,462) | (104,827) | (123,107) |
| Other income (expense), net | 1,866 | (2,101) | 2,412 | 530 |
| **Loss before provision for income taxes** | (34,029) | (38,563) | (102,415) | (122,577) |
| Provision for income taxes | 776 | 786 | 549 | 3,618 |
| **Net loss** | (34,805) | (39,349) | (102,964) | (126,195) |
| Less: Net loss (income) attributable to non-controlling interest | (45) | — | (8) | (84) |
| **Net loss attributable to Pivotal** | $ (34,850) | $ (39,349) | $ (102,972) | $ (126,279) |
| **Net loss per share attributable to common stockholders, basic and diluted** | $ (0.13) | $ (0.57) | $ (0.50) | $ (1.85) |
| Weighted average shares outstanding used in computing net loss per share attributable to common stockholders, basic and diluted | 258,408 | 68,753 | 207,072 | 68,345 |

**Pivotal Software, Inc.**
**Condensed Consolidated Balance Sheets**
(in thousands); (unaudited)

| | | November 2, 2018 | | February 2, 2018 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 664,804 | $ | 73,012 |
| Accounts receivable, less allowance for doubtful accounts of $4,920 and $3,264 as of November 2, 2018 and February 2, 2018, respectively | | 163,848 | | 210,677 |
| Due from Parent | | 1,459 | | 31,096 |
| Deferred sales commissions, current | | 32,891 | | 38,937 |
| Other assets, current | | 16,498 | | 13,012 |
| **Total current assets** | | 879,500 | | 366,734 |
| Property, plant and equipment, net | | 28,799 | | 31,985 |
| Intangible assets, net | | 20,120 | | 26,651 |
| Goodwill | | 696,226 | | 696,226 |
| Deferred income taxes | | 255 | | 463 |
| Deferred sales commissions, noncurrent | | 24,238 | | 24,890 |
| Other assets, noncurrent | | 4,416 | | 6,448 |
| **Total assets** | $ | 1,653,554 | $ | 1,153,397 |
| **Liabilities, Redeemable Convertible Preferred Stock and Stockholders' Equity (Deficit)** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 15,344 | $ | 17,214 |
| Due to Parent | | 11,172 | | 15,451 |
| Accrued expenses | | 46,860 | | 64,251 |
| Income taxes payable | | 1,396 | | 1,748 |
| Deferred revenue, current | | 246,136 | | 260,341 |
| Other liabilities, current | | 10,274 | | 1,109 |
| **Total current liabilities** | | 331,182 | | 360,114 |
| Deferred revenue, noncurrent | | 60,946 | | 57,126 |
| Deferred income taxes | | 111 | | 427 |
| Debt, noncurrent | | — | | 20,000 |
| Other liabilities, noncurrent | | 8,980 | | 7,931 |
| **Total liabilities** | | 401,219 | | 445,598 |
| Redeemable convertible preferred stock | | — | | 1,248,327 |
| **Stockholders' equity (deficit):** | | | | |
| Class A common stock | | 867 | | 43 |
| Class B common stock | | 1,755 | | 650 |
| Additional paid-in capital | | 2,489,039 | | 595,113 |
| Accumulated deficit | | (1,245,572) | | (1,142,600) |
| Accumulated other comprehensive income | | 5,526 | | 5,554 |
| Total Pivotal stockholders' equity (deficit) | | 1,251,615 | | (541,240) |
| Non-controlling interest | | 720 | | 712 |
| **Total stockholders' equity (deficit)** | | 1,252,335 | | (540,528) |
| **Total liabilities, redeemable convertible preferred stock and stockholders' equity (deficit)** | $ | 1,653,554 | $ | 1,153,397 |

**Pivotal Software, Inc.**
**Condensed Consolidated Statements of Cash Flows**
(in thousands); (unaudited)

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | November 2, 2018 | November 3, 2017 | November 2, 2018 | November 3, 2017 |
| **Cash flows from operating activities:** | | | | |
| Net loss | $ (34,805) $ | (39,349) $ | (102,964) $ | (126,195) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | | | |
| Depreciation and amortization | 4,470 | 5,659 | 13,824 | 16,732 |
| Stock-based compensation expense | 19,428 | 8,525 | 49,233 | 19,934 |
| Provision for doubtful accounts | 1,742 | 80 | 2,361 | 80 |
| Deferred income taxes | 258 | 106 | (147) | 315 |
| Gain on sale of investment | — | — | (3,234) | — |
| Other | 30 | (5) | 1,491 | 850 |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | (32,445) | 438 | 43,895 | 14,202 |
| Due from Parent | 273 | (658) | 37 | (658) |
| Deferred sales commissions | 2,425 | 782 | 6,697 | 3,806 |
| Other assets | (301) | 3,404 | (2,758) | (342) |
| Accounts payable | (1,494) | 9,301 | (2,041) | 13,941 |
| Due to Parent | (152) | (10,896) | (3,337) | (34,024) |
| Deferred revenue | 365 | (7,826) | (10,189) | (15,600) |
| Accrued expenses | 27 | (9,458) | (16,186) | 4,010 |
| Other liabilities | 4,011 | 95 | 9,970 | 2,181 |
| **Net cash provided by (used in) operating activities** | (36,168) | (39,802) | (13,348) | (100,768) |
| **Cash flows from investing activities:** | | | | |
| Additions to property, plant and equipment | (2,877) | (2,591) | (6,929) | (11,049) |
| Proceeds from sale of investment | — | — | 3,234 | — |
| **Net cash used in investing activities** | (2,877) | (2,591) | (3,695) | (11,049) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from the initial public offering, net of issuance costs paid | — | — | 544,674 | — |
| Proceeds from the issuance of common stock | 32,428 | 2,615 | 41,852 | 6,550 |
| Contribution from DellEMC | — | — | 41,277 | 25,800 |
| Borrowings on credit facility | — | (855) | 15,000 | (855) |
| Repayments on credit facility | — | — | (35,000) | — |
| **Net cash provided by financing activities** | 32,428 | 1,760 | 607,803 | 31,495 |
| Effect of exchange rate changes on cash and cash equivalents | (287) | 476 | 1,032 | (1,322) |
| Net increase (decrease) in cash and cash equivalents | (6,904) | (40,157) | 591,792 | (81,644) |
| Cash and cash equivalents at beginning of period | 671,708 | 92,386 | 73,012 | 133,873 |
| **Cash and cash equivalents at end of period** | $ 664,804 $ | 52,229 $ | 664,804 $ | 52,229 |

**Pivotal Software, Inc.**
**GAAP to Non-GAAP Reconciliation**
(in thousands, except percentages and per share amounts); (unaudited)

| | Three Months Ended November 2, 2018 | | | | |
|---|---|---|---|---|---|
| | GAAP | Stock-based compensation expense | Amortization of acquired intangibles | Gain on sale of investment | Non-GAAP |
| Cost of subscription revenue | $ 7,813 | $ (404) | $ (340) | $ — | $ 7,069 |
| Subscription gross margin | 92.2% | 0.4% | 0.3% | —% | 93.0% |
| Cost of services revenue | 53,179 | (4,248) | — | — | 48,931 |
| Services gross margin | 21.1% | 6.3% | —% | —% | 27.4% |
| Gross profit | 107,151 | 4,652 | 340 | — | 112,143 |
| Gross margin | 63.7% | 2.8% | 0.2% | —% | 66.7% |
| Sales and marketing | 70,620 | (5,854) | (909) | — | 63,857 |
| Research and development | 51,880 | (5,521) | — | — | 46,359 |
| General and administrative | 20,546 | (3,401) | (383) | — | 16,762 |
| Total operating expenses | 143,046 | (14,776) | (1,292) | — | 126,978 |
| Loss from operations | (35,895) | 19,428 | 1,632 | — | (14,835) |
| Operating margin | (21.3)% | 11.6% | 1.0% | —% | (8.8)% |
| Other income (expense), net | 1,866 | — | — | — | 1,866 |
| Net loss attributable to Pivotal | $ (34,850) | $ 19,428 | $ 1,632 | $ — | $ (13,790) |
| Net loss per share, basic and diluted [1] | $ (0.13) | | | | $ (0.05) |

[1] GAAP and Non-GAAP net loss per common share calculated based upon 258,408 basic and diluted weighted average shares outstanding of common stock.

| | Three Months Ended November 3, 2017 | | | | |
|---|---|---|---|---|---|
| | GAAP | Stock-based compensation expense | Amortization of acquired intangibles | Gain on sale of investment | Non-GAAP |
| Cost of subscription revenue | $ 7,627 | $ (162) | $ (1,318) | $ — | $ 6,147 |
| Subscription gross margin | 88.5% | 0.2% | 2.0% | —% | 90.7% |
| Cost of services revenue | 47,875 | (2,055) | — | — | 45,820 |
| Services gross margin | 23.9% | 3.3% | —% | —% | 27.2% |
| Gross profit | 73,470 | 2,217 | 1,318 | — | 77,005 |
| Gross margin | 57.0% | 1.7% | 1.0% | —% | 59.7% |
| Sales and marketing | 54,295 | (2,574) | (1,232) | — | 50,489 |
| Research and development | 40,232 | (2,355) | — | — | 37,877 |
| General and administrative | 15,405 | (1,379) | (359) | — | 13,667 |
| Total operating expenses | 109,932 | (6,308) | (1,591) | — | 102,033 |
| Loss from operations | (36,462) | 8,525 | 2,909 | — | (25,028) |
| Operating margin | (28.3)% | 6.6% | 2.3% | —% | (19.4)% |
| Other income (expense), net | (2,101) | — | — | — | (2,101) |
| Net loss attributable to Pivotal | $ (39,349) | $ 8,525 | $ 2,909 | $ — | $ (27,915) |
| Net loss per share, basic and diluted [1] | $ (0.57) | | | | $ (0.13) |

[1] GAAP net loss per common share calculated based upon 68,753 basic and diluted weighted average shares outstanding of common stock. Non-GAAP net loss per common share calculated based upon 216,632 basic and diluted weighted average shares outstanding of common stock.

| | GAAP | | Stock-based compensation expense | | Amortization of acquired intangibles | | Gain on sale of investment | | Non-GAAP | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Nine Months Ended November 2, 2018** | | | | | | | | | | |
| Cost of subscription revenue | $ | 24,047 | $ | (1,042) | $ | (1,204) | $ | — | $ | 21,801 | |
| Subscription gross margin | | 91.7% | | 0.4% | | 0.4% | | —% | | 92.4% | |
| Cost of services revenue | | 157,470 | | (10,726) | | — | | — | | 146,744 | |
| Services gross margin | | 21.2% | | 5.4% | | —% | | —% | | 26.6% | |
| Gross profit | | 306,769 | | 11,768 | | 1,204 | | — | | 319,741 | |
| Gross margin | | 62.8% | | 2.4% | | 0.2% | | —% | | 65.5% | |
| Sales and marketing | | 210,308 | | (15,112) | | (2,724) | | — | | 192,472 | |
| Research and development | | 143,309 | | (13,771) | | — | | — | | 129,538 | |
| General and administrative | | 57,979 | | (8,582) | | (1,149) | | — | | 48,248 | |
| Total operating expenses | | 411,596 | | (37,465) | | (3,873) | | — | | 370,258 | |
| Loss from operations | | (104,827) | | 49,233 | | 5,077 | | — | | (50,517) | |
| Operating margin | | (21.5)% | | 10.1% | | 1.0% | | —% | | (10.3)% | |
| Other income (expense), net | | 2,412 | | — | | — | | (3,234) | | (822) | |
| Net loss attributable to Pivotal | $ | (102,972) | $ | 49,233 | $ | 5,077 | $ | (3,234) | $ | (51,896) | |
| Net loss per share, basic and diluted [1] | $ | (0.50) | | | | | | | $ | (0.21) | |

[1] GAAP net loss per common share calculated based upon 207,072 basic and diluted weighted average shares outstanding of common stock. Non-GAAP net loss per common share calculated based upon 246,615 basic and diluted weighted average shares outstanding of common stock.

| | GAAP | | Stock-based compensation expense | | Amortization of acquired intangibles | | Gain on sale of investment | | Non-GAAP | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Nine Months Ended November 3, 2017** | | | | | | | | | | |
| Cost of subscription revenue | $ | 22,743 | $ | (342) | $ | (3,936) | $ | — | $ | 18,465 | |
| Subscription gross margin | | 87.6% | | 0.2% | | 2.1% | | —% | | 90.0% | |
| Cost of services revenue | | 148,136 | | (4,560) | | — | | — | | 143,576 | |
| Services gross margin | | 22.9% | | 2.4% | | —% | | —% | | 25.3% | |
| Gross profit | | 205,313 | | 4,902 | | 3,936 | | — | | 214,151 | |
| Gross margin | | 54.6% | | 1.3% | | 1.0% | | —% | | 56.9% | |
| Sales and marketing | | 159,327 | | (5,926) | | (3,701) | | — | | 149,700 | |
| Research and development | | 119,911 | | (5,439) | | — | | — | | 114,472 | |
| General and administrative | | 49,182 | | (3,667) | | (1,069) | | — | | 44,446 | |
| Total operating expenses | | 328,420 | | (15,032) | | (4,770) | | — | | 308,618 | |
| Loss from operations | | (123,107) | | 19,934 | | 8,706 | | — | | (94,467) | |
| Operating margin | | (32.7)% | | 5.3% | | 2.3% | | —% | | (25.1)% | |
| Other income (expense), net | | 530 | | — | | — | | — | | 530 | |
| Net loss attributable to Pivotal | $ | (126,279) | $ | 19,934 | $ | 8,706 | $ | — | $ | (97,639) | |
| Net loss per share, basic and diluted [1] | $ | (1.85) | | | | | | | $ | (0.45) | |

[1] GAAP net loss per common share calculated based upon 68,345 basic and diluted weighted average shares outstanding of common stock. Non-GAAP net loss per common share calculated based upon 216,224 basic and diluted weighted average shares outstanding of common stock.

**Pivotal Software, Inc.**
**GAAP to Non-GAAP Weighted Average Shares Outstanding Reconciliation**
(in thousands); (unaudited)

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | November 2, 2018 | November 3, 2017 | November 2, 2018 | November 3, 2017 |
| GAAP weighted average shares outstanding, basic and diluted | 258,408 | 68,753 | 207,072 | 68,345 |
| Assumed preferred stock conversion | — | 147,879 | 39,543 | 147,879 |
| Non-GAAP weighted average shares outstanding, basic and diluted | 258,408 | 216,632 | 246,615 | 216,224 |

**About Non-GAAP Financial Measures**

To supplement Pivotal's consolidated financial statements, which are prepared and presented in accordance with GAAP, Pivotal provides investors with certain non-GAAP financial measures, including but not limited to: non-GAAP cost of subscription, non-GAAP cost of services, non-GAAP gross profit, non-GAAP gross margin, non-GAAP sales and marketing expense, non-GAAP research and development expense, non-GAAP general and administrative expense, non-GAAP operating loss, non-GAAP operating margin, non-GAAP net loss, non-GAAP net loss per share, and non-GAAP weighted average shares outstanding. Certain of these non-GAAP financial measures exclude stock-based compensation, amortization of intangible assets and gain on sale of investment. For more information on the comparable GAAP to non-GAAP financial measures, please see the reconciliation table included with this release.

Management believes non-GAAP information is useful in evaluating the operating results, ongoing operations, and for internal planning and forecasting purposes. Management also believes that non-GAAP financial measures provide consistency and comparability with past financial performance and assist investors with comparing Pivotal to other companies some of which use similar non-GAAP financial measures to supplement their GAAP results.

Management believes non-GAAP financial measures are presented for supplemental informational purposes only and should not be considered a substitute for financial information presented in accordance with GAAP and may be different from similarly-titled non-GAAP financial measures used by other companies.

Pivotal excludes stock-based compensation because it is non-cash in nature and excludes it in order to facilitate comparisons to other companies' results. Pivotal excludes amortization of intangible assets because it is consistent with how management evaluates operating results and prepares financial plans and forecasts. While the purchase accounting for an acquisition reflects the accounting value assigned to intangible assets, management believes the GAAP impact of acquired intangible assets is not representative of long term operating results. Pivotal excludes gains/losses on sales of strategic investments because management believes these are more reflective of discrete events and less reflective of results in a particular period.

Source: Pivotal Investor Relations

Pivotal Software

**Investor Contact:**

Helyn Corcos

hcorcos@pivotal.io

or

**Media Contact:**

press@pivotal.io

©2018 Pivotal Software, Inc. All rights reserved. Pivotal is a trademark and/or registered trademark of Pivotal Software, Inc. in the United States and/or other countries.