Exhibit 13

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

_____

# FORM 8-K

_____

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **June 4, 2019**

_____

# Pivotal Software, Inc.

(Exact name of registrant as specified in its charter)

_____

| **Delaware** | **001-38460** | **94-3094578** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **875 Howard Street, Fifth Floor** | |
|---|---|
| **San Francisco, California** | **94103** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(415) 777-4868**

**Not Applicable**
(Former name or former address, if changed since last report)

_____

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 2.02**          **Results of Operations and Financial Condition.**

On June 4, 2019, Pivotal Software, Inc. (the "Company") issued a press release announcing its financial results for its fiscal quarter ended May 3, 2019, which is the Company's first quarter of fiscal 2020. A copy of the press release is attached as Exhibit 99.1 to this report.

The information in this Item 2.02 and the exhibit attached hereto is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01**          **Financial Statements and Exhibits.**

(d) Exhibits

The following document is furnished as an exhibit to this report:

| Exhibit Number | Description of Exhibit |
|---|---|
| 99.1 | Press Release dated June 4, 2019 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: June 4, 2019

Pivotal Software, Inc.

/s/ Cynthia Gaylor

Cynthia Gaylor
Senior Vice President and Chief Financial Officer

**Exhibit 99.1**



**Pivotal Reports First Quarter Fiscal Year 2020 Financial Results**

- *Subscription revenue grew 43% year over year*
- *Total revenue grew 19% year over year*
- *Subscription customers increased 13% year over year to 383*
- *Dollar-based net expansion rate of 143%*

**SAN FRANCISCO** - June 4, 2019, - Pivotal Software, Inc. (NYSE: PVTL), a leading cloud-native platform provider, today reported results for the first quarter fiscal year 2020 ended May 3, 2019.

"We had a solid start to the year with 43% subscription growth and customer expansions continued to fuel our strong net expansion rate of 143%. However, sales execution and a complex technology landscape impacted the quarter," said Rob Mee, CEO of Pivotal Software. "We have taken steps to improve our execution, and remain confident in our strategy and market opportunity for the long term. Pivotal continues to be the best partner for organizations that want to modernize their most important applications."

**First Quarter Fiscal 2020 Financial Results**
**Revenue**: Subscription revenue was $128.9 million, an increase of 43% year over year. Total revenue was $185.7 million, an increase of 19% year over year.

**Operating Loss**: GAAP operating loss was $34.9 million, or 19% of total revenue, compared to a loss of $33.5 million in Q1 of last year. Non-GAAP operating loss was $11.8 million, or 6% of total revenue, compared to a loss of $21.0 million in Q1 of last year.

**Net Loss**: GAAP net loss was $31.7 million, compared to a loss of $32.5 million in Q1 of last year. GAAP net loss per share was $0.12, compared to a loss of $0.31 in Q1 of last year. Non-GAAP net loss was $8.6 million, compared to a loss of $23.3 million in Q1 of last year. Non-GAAP net loss per share was $0.03, compared to a loss of $0.10 in Q1 of last year.

**Cash Flow**: Operating cash flow was $122.2 million compared to operating cash flow of $4.5 million in Q1 of last year.

**Cash and cash equivalents** were $854.2 million as of May 3, 2019.

**Recent Business Highlights**
- Subscription customers grew 13% year over year to 383
- Dollar-based net expansion rate was 143%

Pivotal

- New features released to Pivotal Cloud Foundry through the continuous delivery of high-quality software and simplified operations to help organizations achieve meaningful business outcomes include:
    - Pivotal Application Service 2.5 harnesses the power of Istio, Envoy, Kubernetes, and Spring Cloud to make developers more productive
    - Greenplum for Kubernetes, also available for Pivotal Container Service, helps automate self-service deployment, management, and upgrades for a multitude of Greenplum nodes, so data professionals and application developers can focus on higher-level business needs
    - Spring Runtime 2.5 delivers support for OpenJDK via Pivotal Spring Runtime, our comprehensive support for all Java environments
- Awarded Wipro's Digital Transformation Partner of the year

**Financial Outlook**

For the second quarter of fiscal 2020, Pivotal currently expects:
- Subscription revenue of $131 to $133 million
- Total revenue of $185 to $189 million
- Non-GAAP loss from operations of $11 to $9 million
- Non-GAAP net loss per share of 4¢ to 3¢, assuming weighted average shares outstanding of approximately 274 million

For the full fiscal year 2020, Pivotal currently expects:
- Subscription revenue of $530 to $538 million
- Total revenue of $756 to $767 million
- Non-GAAP loss from operations of $49 to $44 million
- Non-GAAP net loss per share of 15¢ to 13¢, assuming weighted average shares outstanding of approximately 275 million

Pivotal has not reconciled these forward-looking non-GAAP measures to comparable forward-looking GAAP measures because of the potential variability and uncertainty of incurring these costs and expenses in the future. Accordingly, a reconciliation is not available without unreasonable effort.

**Conference Call and Webcast Information**

Pivotal will host a conference call at 2:00pm PT (5:00pm ET) today to discuss our financial results. A live audio webcast of the conference call will be accessible on Pivotal's investor relations web page at pivotal.io/investors. A replay of the webcast will be available following the conference call.



**About Pivotal**

Pivotal combines our cloud-native platform, developer tools, and unique methodology to help the world's largest companies transform the way they build and run their most important applications. Our technology is used by Global 2000 companies to achieve strategic advantages in software development and IT operations. Learn more at pivotal.io.

**Non-GAAP Financial Measures**

Reconciliations of non-GAAP financial measures to the most directly comparable financial results as determined in accordance with GAAP are included at the end of this press release following the accompanying financial data. For a description of these non-GAAP financial measures, including the reasons management uses each measure, please see the section of the tables titled "About Non-GAAP Financial Measures."

**Key Metric Definitions**

*Subscription Customers*: Pivotal defines the number of subscription customers as the organizations that have a subscription contract for Pivotal's software resulting in at least $50,000 of annual revenue in that period.

*Dollar-Based Net Expansion Rate*: Pivotal's dollar-based net expansion rate compares its subscription revenue from a common group of customers across comparable periods. Pivotal calculates its dollar-based net expansion rate for all periods on a trailing four-quarter basis.

**Forward-Looking Statements**

This press release contains statements relating to Pivotal's expectations, projections, beliefs, and prospects (including statements regarding Pivotal's product strategy, long-term market opportunity and financial outlook), which are "forward-looking statements" within the meaning of the federal securities laws and by their nature are uncertain. Words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "plans," and similar expressions are intended to identify forward-looking statements. Such forward-looking statements are not guarantees of future performance, and you are cautioned not to place undue reliance on these forward-looking statements. Actual results could differ materially from those projected in the forward-looking statements as a result of many factors, including but not limited to: (i) Pivotal's limited operating history as an independent company, which makes it difficult to evaluate Pivotal's prospects; (ii) the substantial losses Pivotal has incurred and the risks of not being able to generate sufficient revenue to achieve and sustain profitability; (iii) Pivotal's future success depending in large part on the growth of Pivotal's target markets; (iv) Pivotal's future growth depending largely on Pivotal Cloud Foundry and Pivotal's platform-related services; (v) Pivotal's subscription revenue growth rate not being indicative of Pivotal's future performance or ability to grow; (vi) Pivotal's business and prospects being harmed if customers do not renew their subscriptions or expand their use of Pivotal's platform; (vii) any failure by Pivotal to compete effectively; (viii) Pivotal's long and unpredictable sales cycles that vary seasonally and which can cause significant variation in the number and size of transactions that can close in a particular quarter; (ix) Pivotal's lack of control of and inability to predict the future course of open-source technologies, including Kubernetes and those used in Pivotal Cloud Foundry; and (x) any security or privacy breaches. All information set forth in this release is current as of the date of this release. These forward-looking statements are based on current expectations and are subject to uncertainties, risks, assumptions, and changes in condition, significance, value and effect as well as other risks disclosed previously and from time to time in documents filed by us with the U.S. Securities and Exchange Commission (SEC). Additional information will be made available in Pivotal's annual report on Form 10-K and other future reports that Pivotal may file with the SEC, which could cause actual results to vary from expectations. Pivotal disclaims any obligation to, and does not currently intend to, update any such forward-looking statements, whether written or oral, that may be made from time to time except as required by law.

Pivotal.

**Pivotal Software, Inc.**
**Condensed Consolidated Statements of Operations**
(in thousands, except per share amounts); (unaudited)

| | Three Months Ended | |
|---|---|---|
| | **May 3, 2019** | **May 4, 2018** |
| **Revenue:** | | |
| Subscription | $ 128,856 | $ 90,121 |
| Services | 56,859 | 65,614 |
| **Total revenue** | 185,715 | 155,735 |
| **Cost of revenue:** | | |
| Subscription | 8,556 | 8,129 |
| Services | 52,046 | 51,162 |
| **Total cost of revenue** | 60,602 | 59,291 |
| **Gross profit** | 125,113 | 96,444 |
| **Operating expenses:** | | |
| Sales and marketing | 81,621 | 69,138 |
| Research and development | 56,255 | 44,428 |
| General and administrative | 22,145 | 16,408 |
| **Total operating expenses** | 160,021 | 129,974 |
| **Loss from operations** | (34,908) | (33,530) |
| Other income, net | 3,600 | 309 |
| **Loss before provision for (benefit from) income taxes** | (31,308) | (33,221) |
| Provision for (benefit from) income taxes | 475 | (664) |
| **Net loss** | (31,783) | (32,557) |
| Less: Net loss attributable to non-controlling interest | 46 | 42 |
| **Net loss attributable to Pivotal** | $ (31,737) | $ (32,515) |
| **Net loss per share attributable to common stockholders, basic and diluted** | $ (0.12) | $ (0.31) |
| Weighted average shares outstanding used in computing net loss per share attributable to common stockholders, basic and diluted | 268,514 | 105,569 |

Pivotal.

**Pivotal Software, Inc.**
**Condensed Consolidated Balance Sheets**
(in thousands); (unaudited)

| | | May 3, 2019 | | February 1, 2019 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 854,215 | $ | 701,733 |
| Accounts receivable, net of allowance of $5,953 and $4,266 as of May 3, 2019 and February 1, 2019, respectively | | 117,887 | | 308,492 |
| Due from Parent | | 29,416 | | 951 |
| Deferred sales commissions, current | | 36,090 | | 39,572 |
| Other assets, current | | 18,272 | | 16,738 |
| **Total current assets** | | 1,055,880 | | 1,067,486 |
| Property, plant and equipment, net | | 27,121 | | 27,879 |
| Operating lease right-of-use assets | | 133,017 | | - |
| Intangible assets, net | | 17,495 | | 18,680 |
| Goodwill | | 696,226 | | 696,226 |
| Deferred income taxes | | 340 | | 258 |
| Deferred sales commissions, noncurrent | | 32,551 | | 35,522 |
| Other assets, noncurrent | | 3,318 | | 4,417 |
| **Total assets** | $ | 1,965,948 | $ | 1,850,468 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 16,382 | $ | 18,421 |
| Due to Parent | | 13,683 | | 20,241 |
| Accrued expenses | | 46,859 | | 64,723 |
| Income taxes payable | | 1,184 | | 1,232 |
| Deferred revenue, current | | 350,970 | | 376,985 |
| Operating lease liabilities, current | | 20,381 | | - |
| Other liabilities, current | | 10,956 | | 4,373 |
| **Total current liabilities** | | 460,415 | | 485,975 |
| Deferred revenue, noncurrent | | 66,101 | | 89,603 |
| Operating lease liabilities, noncurrent | | 125,314 | | - |
| Other liabilities, noncurrent | | 2,131 | | 9,412 |
| **Total liabilities** | | 653,961 | | 584,990 |
| **Stockholders' equity:** | | | | |
| Class A common stock | | 963 | | 901 |
| Class B common stock | | 1,755 | | 1,755 |
| Additional paid-in capital | | 2,619,343 | | 2,540,921 |
| Accumulated deficit | | (1,316,240) | | (1,284,503) |
| Accumulated other comprehensive income | | 5,495 | | 5,687 |
| Total Pivotal stockholders' equity | | 1,311,316 | | 1,264,761 |
| Non-controlling interest | | 671 | | 717 |
| **Total stockholders' equity** | | 1,311,987 | | 1,265,478 |
| **Total liabilities and stockholders' equity** | $ | 1,965,948 | $ | 1,850,468 |

**Pivotal.**

**Pivotal Software, Inc.**
**Condensed Consolidated Statements of Cash Flows**
(in thousands); (unaudited)

| | Three Months Ended | |
| --- | --- | --- |
| | May 3, 2019 | May 4, 2018 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (31,783) | $ (32,557) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization of intangible assets | 4,098 | 4,755 |
| Amortization of lease right-of-use assets and other expense | 7,613 | - |
| Stock-based compensation expense | 21,970 | 10,761 |
| Provision for doubtful accounts | 60 | 231 |
| Deferred income taxes | (91) | (469) |
| Gain on sale of investment | (746) | (3,234) |
| Other | 513 | 12 |
| Changes in assets and liabilities: | | |
| Accounts receivable | 190,569 | 29,886 |
| Due from Parent | (1,965) | (229) |
| Deferred sales commissions | 6,453 | 1,197 |
| Other assets | 1,713 | 1,463 |
| Accounts payable | (2,202) | (4,531) |
| Due to Parent | (6,466) | (1,055) |
| Deferred revenue | (49,609) | 20,664 |
| Accrued expenses | (16,801) | (21,905) |
| Operating lease liabilities | (7,787) | - |
| Other liabilities | 6,668 | (538) |
| **Net cash provided by operating activities** | 122,207 | 4,451 |
| **Cash flows from investing activities:** | | |
| Additions to property, plant and equipment | (2,204) | (1,879) |
| Proceeds from sale of investment | 1,929 | 3,234 |
| **Net cash provided by (used in) investing activities** | (275) | 1,355 |
| **Cash flows from financing activities:** | | |
| Proceeds from the initial public offering, net of issuance costs paid | - | 547,254 |
| Proceeds from the issuance of common stock | 30,580 | 6,610 |
| Contribution from Dell | - | 31,977 |
| Borrowings on credit facility | - | 15,000 |
| Repayments on credit facility | - | (35,000) |
| **Net cash provided by financing activities** | 30,580 | 565,841 |
| Effect of exchange rate changes on cash and cash equivalents | (30) | 807 |
| Net increase in cash and cash equivalents | 152,482 | 572,454 |
| Cash and cash equivalents at beginning of period | 701,733 | 73,012 |
| **Cash and cash equivalents at end of period** | $ 854,215 | $ 645,466 |

**Pivotal**

**Pivotal Software, Inc.**
**GAAP to Non-GAAP Reconciliation**
(in thousands, except percentages and per share amounts); (unaudited)

| | GAAP | Stock-based compensation expense | Amortization of acquired intangibles | Gain on sale of investment | Non-GAAP |
|---|---|---|---|---|---|
| | | | **Three Months Ended May 3, 2019** | | |
| Cost of subscription revenue | $ 8,556 | $ (506) | $ (69) | $ - | $ 7,981 |
| Subscription gross margin | 93.4% | 0.4% | 0.1% | -% | 93.8% |
| Cost of services revenue | 52,046 | (4,678) | - | - | 47,368 |
| Services gross margin | 8.5% | 8.2% | -% | -% | 16.7% |
| Gross profit | 125,113 | 5,184 | 69 | - | 130,366 |
| Gross margin | 67.4% | 2.8% | 0.0% | -% | 70.2% |
| Sales and marketing | 81,621 | (6,811) | (760) | - | 74,050 |
| Research and development | 56,255 | (6,474) | - | - | 49,781 |
| General and administrative | 22,145 | (3,501) | (356) | - | 18,288 |
| Total operating expenses | 160,021 | (16,786) | (1,116) | - | 142,119 |
| Loss from operations | (34,908) | 21,970 | 1,185 | - | (11,753) |
| Operating margin | (18.8%) | 11.8% | 0.6% | -% | (6.3%) |
| Other income, net | 3,600 | - | - | - | 3,600 |
| Net loss attributable to Pivotal | $ (31,737) | $ 21,970 | $ 1,185 | $ - | $ (8,582) |
| Net loss per share, basic and diluted [1] | $ (0.12) | | | | $ (0.03) |

(1) GAAP and Non-GAAP net loss per common share calculated based upon 268,514 basic and diluted weighted average shares outstanding of common stock.

| | GAAP | Stock-based compensation expense | Amortization of acquired intangibles | Gain on sale of investment | Non-GAAP |
|---|---|---|---|---|---|
| | | | **Three Months Ended May 4, 2018** | | |
| Cost of subscription revenue | $ 8,129 | $ (227) | $ (432) | $ - | $ 7,470 |
| Subscription gross margin | 91.0% | 0.3% | 0.5% | -% | 91.7% |
| Cost of services revenue | 51,162 | (2,289) | - | - | 48,873 |
| Services gross margin | 22.0% | 3.5% | -% | -% | 25.5% |
| Gross profit | 96,444 | 2,516 | 432 | - | 99,392 |
| Gross margin | 61.9% | 1.6% | 0.3% | -% | 63.8% |
| Sales and marketing | 69,138 | (3,571) | (906) | - | 64,661 |
| Research and development | 44,428 | (2,864) | - | - | 41,564 |
| General and administrative | 16,408 | (1,810) | (383) | - | 14,215 |
| Total operating expenses | 129,974 | (8,245) | (1,289) | - | 120,440 |
| Loss from operations | (33,530) | 10,761 | 1,721 | - | (21,048) |
| Operating margin | (21.5%) | 6.9% | 1.1% | -% | (13.5%) |
| Other income (expense), net | 309 | - | - | (3,234) | (2,925) |
| Net loss attributable to Pivotal | $ (32,515) | $ 10,761 | $ 1,721 | $ (3,234) | $ (23,267) |
| Net loss per share, basic and diluted [1] | $ (0.31) | | | | $ (0.10) |

(1) GAAP net loss per common share calculated based upon 105,569 basic and diluted weighted average shares outstanding of common stock.
Non-GAAP net loss per common share calculated based upon 224,197 basic and diluted weighted average shares outstanding of common stock

**Pivotal.**

**Pivotal Software, Inc.**
**GAAP to Non-GAAP Weighted Average Shares Outstanding Reconciliation**
(in thousands); (unaudited)

| | Three Months Ended | |
|---|---|---|
| | May 3, 2019 | May 4, 2018 |
| GAAP weighted average shares outstanding, basic and diluted | 268,514 | 105,569 |
| Assumed preferred stock conversion | - | 118,628 |
| Non-GAAP weighted average shares outstanding, basic and diluted | 268,514 | 224,197 |

Pivotal.

**About Non-GAAP Financial Measures**

To supplement Pivotal's consolidated financial statements, which are prepared and presented in accordance with GAAP, Pivotal provides investors with certain non-GAAP financial measures, including but not limited to: non-GAAP cost of subscription, non-GAAP cost of services, non-GAAP gross profit, non-GAAP gross margin, non-GAAP sales and marketing expense, non-GAAP research and development expense, non-GAAP general and administrative expense, non-GAAP operating loss, non-GAAP operating margin, non-GAAP net loss, non-GAAP net loss per share, and non-GAAP weighted average shares outstanding. Certain of these non-GAAP financial measures exclude stock-based compensation, amortization of acquired intangibles and gain on sale of investment. For more information on the comparable GAAP to non-GAAP financial measures, please see the reconciliation table included with this release.

Management believes non-GAAP information is useful in evaluating the operating results, ongoing operations, and for internal planning and forecasting purposes. Management also believes that non-GAAP financial measures provide consistency and comparability with past financial performance and assist investors with comparing Pivotal to other companies some of which use similar non-GAAP financial measures to supplement their GAAP results. Management believes non-GAAP financial measures are presented for supplemental informational purposes only and should not be considered a substitute for financial information presented in accordance with GAAP and may be different from similarly-titled non-GAAP financial measures used by other companies.

Pivotal excludes stock-based compensation because it is non-cash in nature and excludes it in order to facilitate comparisons to other companies' results. Pivotal excludes amortization of acquired intangibles because it is consistent with how management evaluates operating results and prepares financial plans and forecasts. While the purchase accounting for an acquisition reflects the accounting value assigned to intangible assets, management believes the GAAP impact of acquired intangible assets is not representative of long term operating results. Pivotal excludes gains/losses on sales of strategic investments because management believes these are more reflective of discrete events and less reflective of results in a particular period.

Source: Pivotal Investor Relations

Pivotal Software
**Investor Contact:**
Helyn Corcos
hcorcos@pivotal.io
or
**Media Contact:**
Joseph Roualdes
jroualdes@pivotal.io

*©2019 Pivotal Software, Inc. All rights reserved. Pivotal is a trademark and/or registered trademark of Pivotal Software, Inc. in the United States and/or other countries.*