# Exhibit 15

**S&P Global**
Market Intelligence

# Pivotal Software, Inc. NYSE:PVTL
# FQ1 2019 Earnings Call Transcripts

## Tuesday, June 12, 2018 9:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.13) | (0.10) | NM | (0.10) | (0.45) | (0.23) |
| **Revenue (mm)** | 140.41 | 155.74 | ▲10.92 | 152.81 | 622.03 | 776.62 |

Currency: USD
Consensus as of  Jun-12-2018 4:00 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2019** | (0.13) | (0.10) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................................................... | 3 |
| Presentation | ..................................................................................... | 4 |
| Question and Answer | ..................................................................................... | 9 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

2

# Call Participants

## EXECUTIVES

**Cynthia Gaylor**
*Senior VP & CFO*

**Helyn Corcos**
*Vice President of Investors Relations*

**Robert C. Mee**
*CEO & Director*

## ANALYSTS

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

**Brad Alan Zelnick**
*Crédit Suisse AG, Research Division*

**Heather Anne Bellini**
*Goldman Sachs Group Inc., Research Division*

**Jennifer Alexandra Swanson Lowe**
*UBS Investment Bank, Research Division*

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

**Nikolay Ivanov Beliov**
*BofA Merrill Lynch, Research Division*

**Raimo Lenschow**
*Barclays Bank PLC, Research Division*

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

**Sarah Ann Shizas**
*William Blair & Company L.L.C., Research Division*

**Sitikantha Panigrahi**
*Wells Fargo Securities, LLC, Research Division*

**Walter H Pritchard**
*Citigroup Inc, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Jesse, and I'll be your conference operator today. At this time, I'd like to welcome everyone to the Pivotal's First Quarter 2019 Earnings Call. [Operator Instructions]

As a reminder, this conference is being recorded today, June 12, 2018.

I'd now like to turn the conference over to Ms. Helyn Corcos, Vice President, Investor Relations. Please go ahead.

**Helyn Corcos**
*Vice President of Investors Relations*

Thank you. Good afternoon, and welcome to Pivotal's First Quarter Fiscal 2019 Earnings Call. We will be discussing the results reported in our press release issued after close of market, which is posted on the Investor Relations website where this call is being simultaneously webcast and where a replay of the call will be available. Also posted on the website are our prepared remarks and supplemental tables.

With me today are Rob Mee, our CEO; and Cynthia Gaylor, our CFO.

During the call, we will make forward-looking statements related to our business. These statements may include our financial results, trends and guidance for the second quarter and fiscal year 2019, the benefits of our platform and products, industry and market trends, our market opportunity and ability to expand our leadership position, expected margin and profitability, our go-to-market, customer, and partner growth strategy, our ability to maintain and expand existing customers, and our ability to acquire new customers.

Pivotal has based these forward-looking statements largely on our current expectations and assumptions and information available as of today, and we assume no obligation to update any forward-looking statements as a result of new information or future events, except as required by law. These forward-looking statements are subject to a variety of risks, uncertainties and assumptions that may cause actual results to differ materially from the statements made today. As a result, we caution you against placing undue reliance on these forward-looking statements. Please refer to the press release, the final IPO offering prospectus and other periodic filings with the SEC for a complete discussion of these risk factors that may affect our future results.

In addition, during today's call, unless otherwise stated, references to our expenses and operating results are provided as non-GAAP financial measures and are reconciled to our GAAP results in the earnings release that was posted on our Investor Relations website before the call.

With that, let me hand it over to Rob.

**Robert C. Mee**
*CEO & Director*

Thanks, Helyn, and thank you to everyone for joining us for Pivotal's first earning call as a public company. It's been a great start to our fiscal year. Completing our IPO in April was a major company milestone, and I'm pleased to share that we delivered strong results for the first quarter of fiscal 2019.

We generated total revenue of $155.7 million, up 28% compared to Q1 last year, driven by strong subscription revenue growth of 69% year-over-year to $90.1 million. In addition, we saw continued customer momentum in Q1, ending the quarter with 339 subscription customers, up 20% year-over-year. The strength of Q1 is a result of our compelling product strategy, focus on customer success, accelerating go-to-market initiatives, and a large and growing partner ecosystem.

I'd like to provide some brief background on Pivotal's business, since some of you are new to our story and so you can more fully understand what is driving our financial results. Fundamentally, we are a cloud-native platform company. Our unique advantage is our software platform, Pivotal Cloud Foundry or PCF, a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cloud-native application platform that enables developers to create and deploy software rapidly and helps IT operations' personnel efficiently manage their infrastructure.

PCF is multi-cloud. It runs on Azure, Google Cloud, AWS, OpenStack and vSphere. Enterprises use PCF as one platform to run many different workloads in what is increasingly becoming a multi-cloud world, that means on premises as well as public and private cloud environments.

We offer a set of differentiated services together with our cloud-native platform that enable the world's largest companies to transform the way they build software and securely run their most strategic applications. As software development becomes a strategic imperative, we enable Global 2000 companies across industry sectors to make software development and IT operations a strategic advantage and thus help them deliver more value to their customers.

With that, I'd like to spend a few minutes discussing our product portfolio. Pivotal Cloud Foundry is a powerful platform that enables customers to run applications on any cloud while empowering development teams to focus on delivering software that impacts business outcomes. PCF includes these offerings: Pivotal Application Service, or PAS, which takes a developers' latest changes and within seconds has them running securely in a production environment. Pivotal Container Service, or PKS, this is a joint collaboration between Pivotal, VMware and Google Cloud to deliver enterprise-grade Kubernetes. PKS enables operators to reliably deploy and run containerized workloads across private and public clouds. The Pivotal marketplace, this features products built by Pivotal and more than 75 ISV partners. These products are made to work seamlessly with PCF, enhancing the value of the platform. For example, Pivotal Cloud Cache, or PCC, is a high-performance data caching solution designed to support cloud-native applications.

Moving on to our product strategy. We believe in shipping frequent updates of our products to customers. We've engineered the platform so that upgrades are easy and customers can confidently move to new versions of our software quickly. I'd like to highlight 3 important product releases that occurred in Q1. PAS 2.1 includes a number of enhancements, and most importantly, we've delivered a world-class experience for .NET developers and added support for Windows Server 2016. We see a large and underserved market opportunity to help enterprises bring their portfolio of .NET applications to the cloud-native world. PKS 1.0 was released in February.

Demand for PKS is growing quickly, particularly among VMware customers looking to add container management to their private clouds. We're very excited at the early momentum we're seeing with this new product.

Spring Boot 2.0 is a major update to the framework that's become synonymous with microservice applications. We've added support for reactive programming models, which will enable companies to develop their next generation of event-driven cloud-native applications. We believe compelling product capabilities will continue to create meaningful outcomes for customers and support our business strategy, which includes the addition of new customers and expansions from existing customers.

During Q1, we saw strong customer momentum, adding new customers such as StubHub, Dick's Sporting Goods and others in the technology, retail, telecom, supermarket, medical equipment and mobile gaming sectors. We also saw strong demand from our existing customers such as West Corp and Garmin, who both expanded their usage of PCF.

We'd like to highlight 2 customers to better articulate how our platform is being used and the benefits our customers are seeing. The first is a new customer for us, StubHub. As you may know, StubHub is the world's largest ticket marketplace, operating in 48 countries and selling a ticket every 1.3 seconds. StubHub is working with Pivotal and Google Cloud to pioneer their next generation of digital products and inspiring event experiences. StubHub is leveraging Pivotal Cloud Foundry to build applications faster and reduce operating costs while leveraging the benefits of Google's cloud services to innovate faster than ever before and to meet the demands of its growth around the world. StubHub is also using Pivotal's strategic services to accelerate their application and modernization efforts.

The second is West Corp, an Omaha-based provider of telecommunications that operates the backbone for over half of the country's 911 services. In Q1, West Corp expanded their subscription of PCF as they

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

continued to modernize their software portfolio and migrate to 2 public clouds. West Corp expanded their subscription footprint with us to include PKS and PCC. They've also engaged Pivotal's strategic services to enable a globally distributed team of West Corp developers to move key business applications to PCF. As a result, West Corp is realizing significant operational cost savings and faster delivery of new features. West Corp is now deploying applications to PCF environments running on multiple public clouds as well as their own private cloud.

Our go-to-market strategy is focused on working with enterprise customers as they modernize their businesses and seek to use software for competitive advantage. We are investing in our direct sales force to acquire new customers and support existing customers' successful adoption of our products. We've expanded our account coverage in North America, adding new direct sales teams to feed international growth in our EMEA and APJ regions and increased focus on the U.S. Federal Government.

We also believe the developer community is an important and strategic partner of our go-to-market. We're the primary contributors to some of the most popular open-source projects. For example, Spring Boot is now downloaded over 35 million times per month. This approach means that many prospective customers are already using elements of Pivotal technology within their organizations before we ever make a sales call.

Related to this, many of our enterprise customers are now active participants in the open-source communities that have formed around our products. The Cloud Foundry Foundation Summit in April showcased many of Pivotal's customers such as T-Mobile, Allstate, HCSC, Comcast, CSAA Insurance, and Garmin. These companies shared the success they've achieved using Pivotal Cloud Foundry.

Complementary to our direct sales and grassroots activities, we also partner with Dell and VMware to market and sell our products and services as partners. In Q1, their field sales teams began receiving compensation for Pivotal products and are actively generating new opportunities for us. We think this is a compelling opportunity to accelerate our penetration in the Global 2000. Specifically, with PKS, we have started to see the VMware sales force extend our account coverage and accelerate our sales cycles. We expect PKS will feed cross-selling opportunities for other products across our portfolio over time. para. 230

In addition to our direct sales force, we have a large and growing partner ecosystem. We work with many of the large SIs as well as boutique, regional and vertical specialists. Among the highlights of our first quarter was the opening of the first innovation hub by Accenture's Pivotal Business Group in Columbus, Ohio, adding 200 jobs to the city's tech community. This collaboration will help leading organizations accelerate digital transformation programs, modernize legacy applications, leverage disruptive technologies and take advantage of the latest IT delivery techniques.

We also launched an expanded relationship with Perficient, a leading digital transformation consulting firm. Perficient is making significant investments in its Pivotal Cloud Foundry practice and in 2018 intends to enable over 300 cloud-native developers and architects through Pivotal's Platform Acceleration Lab.

We also saw continued expansion of our ISV partner ecosystem during the quarter. Our pivotal marketplace, as I mentioned earlier, has over 75 ISVs offering services integrated with our platform, enabling enterprises to quickly realize additional benefits. We added 18 partners to the program and released 5 new product integrations. We're also honored to have received Apigee's Partner of the Year Award in 2018. Pivotal and Apigee have been working together for a number of years and now have a significant number of joint customers.

In summary, I'd like to thank our customers, partners and employees for helping us deliver a strong performance in our first quarter as a public company. As we look ahead, we're excited about Pivotal's ability to penetrate the Global 2000. We believe we are well positioned to disrupt some of the largest areas in IT investment as we help enterprises across industries transform.

With that, let me turn it over to Cynthia to review our financials in more detail.

**Cynthia Gaylor**
*Senior VP & CFO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Thanks, Rob, and hello, everyone. We're excited to have you join us for of our first earnings call as a public company. We enjoyed meeting with many of you during the road show and appreciate your support during the IPO process. For those of you who are new to the Pivotal story, welcome.

We are very pleased with the company's financial performance in the first quarter, highlighted by the continued strong growth at scale. The primary indicator of the growing market adoption of our platform is our subscription revenue, which grew 69% to $90.1 million year-over-year. Subscription performance was driven by strong expansion of existing customers, demonstrated by our dollar-based net expansion rate of 156%, coupled with 20% growth in our customer base relative to Q1 of last year, finishing the quarter with 339 subscription customers.

Before discussing the details of our results, I want to provide context on our financial model. We are fundamentally a platform software company. We have a subscription-based business model for our software with PCF at the core of our offering. This provides us with a high level of visibility into future revenue. Our subscription revenue is recognized ratably over the term of our contracts, which are typically between 1 and 3 years. We price our software primarily on the number of application workloads or instances a customer expects to deploy on the platform. This means that our revenue grows as existing customers expand the use of our platform and as we add new customers. We generally bill our customers annually in advance, although for our multiyear contracts some customers pay the full contract amount upfront.

Our strategic services have been a critical driver of our rapid subscription growth as we use labs to acquire new customers who have PCF affinity while helping existing customers get more out of the platform, leading to the expansion of their overall software spend. We typically price our strategic services on a time and materials' basis.

With that, let me transition to the specifics of our first quarter results. We had a strong first quarter and great start to our fiscal year. As Rob mentioned, total revenue for the first quarter was $155.7 million, growing 28% year-over-year, driven by strong expansion of existing customers along with continued growth in our customer base.

Subscription revenue grew 69% and represented 58% of total revenue, up 44% in Q1 of last year. Growth in subscription is the driving force behind our revenue mix shift and subsequent margin improvement. As we execute on our strategy of landing new customers and expanding the footprint of existing customers on our platform, we expect to continue to drive growth and operating leverage over time.

RPO, or remaining performance obligation, represents the estimated value of our billed and unbilled subscriptions and services and demonstrates the visibility associated with our revenue model. RPO was $800 million at the end of Q1, with approximately 50% expected to be realized in the next 12 months. We expect quarterly seasonality in RPO with variability from the peak in Q4 relative to the subsequent quarters.

Services represented 42% of total revenue, generating $65.6 million, down 3% over last year. This decrease was primarily driven by the continued decline of maintenance revenue associated with our legacy products, which was less than 2% of total revenue in Q1. Our services revenue is now at scale, and we are leveraging partners and system integrators to build virtual services' capacity to ensure customer success on PCF and subscription growth over time. As such, service revenue is not a growth driver on its own.

Our subscription gross margin was 92%, up 3 points from Q1 of last year. We expect subscription gross margin to generally remain in this range. Services gross margin was 26%, consistent with Q1 of last year, and we expect it to vary quarter-to-quarter with the seasonality of projects and timing of engagements. Total gross margin for Q1 was 64%, up 10 points compared to 54% in the year ago period, driven by a higher subscription revenue mix combined with slightly higher subscription margins. We are encouraged by the operating leverage we are seeing across our business as we invest to drive future growth.

Sales and marketing expenses were $64.7 million for the first quarter or 42% of total revenue. We continue to invest in our field sales and our land-and-expand priorities while improving sales productivity

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and efficiency. We will continue to focus on increasing our customer count, renewing existing customers and expanding customers' footprint on the platform.

Research and development expenses were $41.6 million or 27% of total revenue in the first quarter. Innovation remains a top priority for us. We will continue to invest in R&D to expand our market leadership and platform capabilities to drive greater adoption of our PCF platform.

G&A expenses were $14.2 million or 9% of total revenue in the first quarter. Operating loss for the quarter was $21 million resulting in an operating loss margin of 14%, improving 19 points from Q1 of last year. Strong subscription revenue growth drove operating leverage while we continued to invest strategically in sales and marketing and R&D.

Net loss per share was $0.10 based on 224.2 million weighted average shares outstanding compared to a loss of $0.20 per share and 215.8 million shares year-over-year. These non-GAAP share count numbers assume conversion of our preferred stock to common for the full quarter in both periods.

Now turning to the balance sheet and cash flow. We exited Q1 with $645.5 million in cash and cash equivalents. Cash flow from operations was $4.5 million, primarily driven by Q4 collections. Free cash flow was a positive $2.6 million. This is our first quarter of positive free cash flow. We expect continued progress towards sustainable, positive free cash flow; however, it may not be linear given seasonality trends. In addition, we received a tax sharing payment from Dell for $32 million which added to our total cash inflows. We expect these payments to be significantly lower going forward. Overall, we are very pleased with our first quarter performance.

I will conclude by providing our non-GAAP guidance for Q2 and for the fiscal year 2019. Please note that growth rates are based on the midpoint of the guidance range compared to Q2 or to fiscal year 2018. Based on the visibility of our subscription model and customer traction, our guidance is as follows. For the second quarter, we expect subscription revenue to be between $92 million and $93 million, representing growth of 43%. We expect total revenue to be between $157 million and $159 million, representing growth of 25%. We expect operating loss to be between $23 million and $22 million, representing improvement of 25%. We expect net loss per share of $0.10 to $0.09 based on weighted average shares outstanding of approximately 249 million.

For the fiscal year, we expect subscription revenue to be between $380 million and $384 million, representing growth of approximately 47%. We currently expect total revenue to be in the range of $642 million and $649 million, representing growth of 27%. We expect operating loss to be between $96 million and $91 million, representing improvement of 27%. We expect net loss per share of $0.39 to $0.37 based on weighted shares outstanding of approximately 244 million.

In closing, we are pleased with our strong first quarter results as we establish our track record as a public company. Pivotal is addressing a very large market, and we have a differentiated multi-cloud platform. We generate strong growth at scale and will continue to focus on adding new customers and expanding existing customers across sectors.    para. 228

Thank you, again, for joining the call. We will now turn it back to the operator to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Sanjit Singh with Morgan Stanley.

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

Congrats, and welcome to the public markets. Very nice quarter, very nice start to the year. I guess my question is around the product portfolio, specifically around Pivotal Cloud Foundry and the positioning of Pivotal Cloud Foundry versus Pivotal Container Service, which Rob, I think you mentioned in your comments that you're seeing some early traction. Can you give us a better sense of the right type of customer for Pivotal Cloud Foundry versus a customer that would be more interested in Pivotal Container Service?

**Robert C. Mee**
*CEO & Director*

Sure. Thanks for joining us, and thanks for the congrats. So I think really it's-- we don't see them as sort of separate customers. Really, PAS and PKS, or Pivotal Application Service and Pivotal Container Service, are really part of the overall PCF platform and essentially both inherit the same underpinnings and the same underlying security, day 2 operations, and other advantages that they have. What we believe is that different workloads can run on each. And PKS really expands the number and kind of workloads that we can run on the platform; in other words, workloads that are directly containerized by our customers as opposed to PAS, which takes source code from developers and containerizes it and then runs it on the platform.

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

Very helpful. And then maybe, Cynthia, for you, in terms of -- I think in terms of thinking about how the rest of the year might progress, I know last year was a very strong expansion year in Q1, looks to be following some of the trends that we saw last year. As we think about the balance between new customer acquisition and new customer revenue versus expansion, how do you see that progressing for the balance of the year?

**Cynthia Gaylor**
*Senior VP & CFO*

I think we need to do both, clearly. And we had a very strong Q1, and that was driven by both a net expansion rate of 156% as well as adding 20 new customers in the quarter over Q4, and so we're really pleased with that. But at the end of the day, we really need to execute against the land-and-expand strategy for both in-quarter revenue and then as we grow customer footprints over time, those new customers become the expansion customers, and so we're really focused on doing both.

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

Got it. And then the last one for me, maybe Rob. In terms of expansion deals, if you could give us a better sense of how a customer, when they initially start with Pivotal, what are the type of workloads that you see after that initial deal? Is it customers refactoring or replatforming existing applications, or it's still -- or is it more on the net new application front?

**Robert C. Mee**
*CEO & Director*

When we first brought the platform to market 4 or 5 years ago, we definitely saw net new applications as the first things that customers would bring onto the platform. Increasingly, though, they've been moving

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

their -- sometimes their entire estate of applications to the platform. So a lot of application migration and modernization. And sometimes now, that's where we start. And we find that customers getting workloads onto the platform quickly and seeing the benefits is one of the prime drivers of success. So whether it comes from net new or whether it comes from existing applications that are being modernized, it's both good and we see a lot of both.

**Operator**

Your next question comes from Heather Bellini with Goldman Sachs.

**Heather Anne Bellini**
*Goldman Sachs Group Inc., Research Division*

Great. I wanted to follow up on Sanjit's question and then I had another. But just in regards to the fantastic net expansion rate that you guys saw, can you help us think about the split potentially of that net expansion rate and how do we think about it in terms of people adding additional workloads, given they might start small and then get bigger and bigger. And how much of it is also related to adding on additional parts of the platform? And then I had a question on PKS, which I can follow up with.

**Cynthia Gaylor**
*Senior VP & CFO*

Thanks for the question, Heather. So our net expansion rate was strong this quarter. I would say we don't necessarily break out and look at it as like existing workloads versus new workloads. I mean, we're seeing both coming from customers. There is kind of the new application development, and then there's the -- migrating legacy apps on to the platform. But when we look at the expansion rate itself, we don't necessarily break it out between those 2. I mean, we're looking for customers to do both, and we're seeing both in the marketplace.

**Helyn Corcos**
*Vice President of Investors Relations*

Heather, do you have your follow-up question?

**Heather Anne Bellini**
*Goldman Sachs Group Inc., Research Division*

Oh yes, sorry, sorry. I thought you could hear me. Yes, so for PKS, I know it's early days, but can you help us with what's driving the early adoption that you mentioned? Is there anything you could hone in on about the competitive differentiators that you're hearing from customers? And I also was wondering, how helpful is the VMware tie-in with this adoption?    para. 230

**Robert C. Mee**
*CEO & Director*

Sure. Thanks, Heather. We're seeing a lot of adoption from existing customers. A lot of our existing customers are investing in PKS. They have workloads that they want to run that aren't necessarily a great fit for our PAS offering, and so they're really glad that Pivotal is bringing a Kubernetes offering to market and it runs on the same platform as PAS. And so there -- we have a lot of customers that are jumping in and getting their feet wet with that right now. What we think is a real advantage of it is that it enables a very small team of operators to deploy and update dozens or hundreds of Kubernetes clusters with relative ease, and that's something that's differentiated. The VMware connection there is very helpful because we're activating their large sales force to help us go to market there. We're also integrating with their networking capability, NSX-T, and that's something that solves one of the biggest challenges using Kubernetes in a private cloud setting.    para. 15(a), 230

**Operator**

Your next question comes from Walter Pritchard with Citi.

**Walter H Pritchard**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Citigroup Inc, Research Division*

Just -- first a product question. As it relates to the container service, can you talk about how much of the demand there is incremental, maybe even new customers that are interested in that versus your install base? And would be interested as well for the function service that I don't think is out yet, but it's probably -- you're probably talking to customers about at this point.

**Robert C. Mee**
*CEO & Director*                                            para. 231

Yes, we're definitely seeing PKS expanding both the addressable workloads for our existing platforms and also driving a lot of new customers to us. And that's -- some of the customers are customers that haven't considered PCF in the past, so that's good for us. And if you can remind me about the second part of the question, I've driven it out of my mind already. I'm sorry.

**Walter H Pritchard**
*Citigroup Inc, Research Division*

Just on the function service, kind of a similar question. Are you seeing -- in terms of that building in your -- I don't know if it's building in your pipeline at this point, but are you seeing largely existing customers interested there? Or is that sparking conversations with new customers -- potential new customers?

**Robert C. Mee**
*CEO & Director*

I think probably a bit of both. Because it's not available yet, we're generally talking to existing customers. We're not really out pushing it to a new customer or trying to acquire customers because it's something that doesn't -- that we don't support yet, but we definitely see a lot of interest in functions as a service from existing customers.

**Walter H Pritchard**
*Citigroup Inc, Research Division*

Then, for Cynthia, just on the cash flow side and specifically long-term deferred. You had a pretty strong quarter with that as a driver. Can you help us understand what drove that? And as we think about that long-term deferred as a driver of cash flow potentially for the rest of the year, should we expect to continue to see strength there? Or is that more of an anomaly in the quarter?

**Cynthia Gaylor**
*Senior VP & CFO*                                            para. 233

Yes. So I would say a couple of things maybe contributed. Coming off of a strong Q4 on the cash flow side, that definitely leads to kind of cash inflow in Q1. From a deferred perspective, our long-term deferred includes prepayments from some of the subscription customers, so that can tend to be lumpy. If you're looking at short-term deferred, though, that's definitely a closer proxy for subscription growth. And just remember that both short-term and long-term deferred includes services, and services is still a material portion of our revenue. So that can also impact the trend. I would say short term though, the net expansion rate certainly helped. We're at kind of a leading -- industry-leading net expansion rate of 156%. Now that we're at scale, we wouldn't expect to maintain that rate. So you should expect that rate to come down over time, but we also saw strong demand from new customers in the quarter. I would also say that RPO, which is the new 606 metric, shows very strong revenue coverage relative to Q1. So I think those are a few things to think about. You mentioned on billings as well, which is not a metric that we track. But the last thing I would add there is, given when you're looking at the comparisons, depending on when customers are billed, that can impact the comparisons from a seasonality and from a lumpiness perspective in that metric as well.

**Operator**

Your next question comes from Brad Zelnick with Crédit Suisse.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brad Alan Zelnick**
*Crédit Suisse AG, Research Division*

Congratulations as well to a great start to the year. For Rob, Rob, we noticed you recently signed a major new 1-year agreement with the U.S. Air Force. Can you talk about the nature of the deal? And how do you view the opportunity in the federal space more generally?

**Robert C. Mee**
*CEO & Director*

Thanks, Brad. yes, the federal sector is really a large and growing opportunity for us as modernization and innovation have really become a strategic imperative across agencies. It's been an area of investment for us over the last few years. So it's encouraging to us to see these wins. We've had several deals with the Air Force. The Air Operations Center has adopted Pivotal Cloud Foundry and is implementing the Pivotal Labs agile methodology to advance their software development capabilities.

**Brad Alan Zelnick**
*Crédit Suisse AG, Research Division*

Yes, so federal seems to be a huge opportunity. And just one for Cynthia. Cynthia, given the way you report subscription customers, you have more visibility than the net 20 customer ads that you reported. How should we think about customer count through the rest of the year as well as customer churn progressing?

**Cynthia Gaylor**
*Senior VP & CFO*

Sure. So in terms of -- we're not providing guidance on customer count specifically, but we do -- we are investing heavily, as we mentioned, in sales and marketing and -- to drive new customer growth but also to drive expansion, and that our net expansion rate does include churn. And so I think as you look at that number, again, we're at scale, we're expecting it to come down, but it is pretty compelling. That shows kind of our strategy of landing and expanding is working. And we think we're kind of at the leading edge of really the technology to expand with customers. para. 229

**Operator**

Your next question comes from Alex Kurtz with KeyBanc Capital Markets.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

Just on the federal, a follow-up question. That was a very large award. And I just want to make sure, is that already part of the July quarter guidance? Is that how we should think about it?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. So I think the -- we're not going to get into the specifics of specific contract or specific customers and their terms and how that flows through the financials. But we are, as Rob said, from a federal perspective, we do think that's a big opportunity for the company. You should also just be aware that the numbers that the government disclosed, the way that we recognize that revenue is over time, then it also includes both subscription and services, but that's probably the level of specificity we can get into at this point.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

Totally understand. And on the labs opportunity with PKS, how is VMware supporting lab engagement today and sort of moving customers through that model so they're successful with the PKS launch?

**Robert C. Mee**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I think we'll bring to bear all of our strategic services for PKS customers, and that includes innovation and net new application development in collaboration with Pivotal Labs. It includes platform dojos which help customers operate the platform, application migration services to help them successfully move legacy workloads to the platform, and we'll bring those to bear with VMware customers who buy PKS as well.

### Operator

Your next question comes from Jennifer Lowe with UBS.

### Jennifer Alexandra Swanson Lowe
*UBS Investment Bank, Research Division*

Great. I guess, so first looking at the upside in the quarter, obviously, expansion rate came in nicely, new adds came in nicely, but I think the upside looks even greater than we would have expected given that. So I was curious if -- what sort of the trends you saw were in ASPs for new customers and whether there were any outsized deals in the quarter that might have caused that to be a bit higher than typical?

### Cynthia Gaylor
*Senior VP & CFO*

Thanks, Jennifer. That's a great question. So in the quarter, we did execute really well against kind of the land and expand, but we also made some investments going into the second half of last year, mainly focused around sales and marketing efforts between attracting new customers and expanding existing. I would say as well, in Q1, we did see some favorable in-quarter linearity that was associated with the timing of deal, and we would not necessarily expect that to recur at the same level moving forward. And so there were not necessarily larger deals or larger ASPs or ACV-type of contracts, but I would say that there were timing of deals in quarter that benefited to in-quarter revenue on the subscription side.

### Jennifer Alexandra Swanson Lowe
*UBS Investment Bank, Research Division*

Okay, great. And then maybe just a broader question. We've seen digital transformation as a pretty robust theme across the group, and obviously one you benefit from as well. As you go in and talk with your customers about their aspirations and how they want to modernize, are you seeing any increased urgency around these kind of projects, increased budget around these kind of projects? I know that it's been a trend for more than just the most recent quarter, but curious if there's anything incremental given that it seems pretty strong across the spending environment broadly, in addition to your own results.

### Robert C. Mee
*CEO & Director*

I think your implication is completely valid that the urgency is increasing and the activity is increasing sort of in digital transformation generally. More specifically, we really find that customers are trying to increase productivity and getting -- building more applications and getting them to production more quickly, but they're also expecting operational efficiencies. And I think that's something that we're uniquely positioned to bring them with an approach and methodology that we bring of how to develop software in a very modern way as well as enabling technology to get the operational efficiencies and enable people to develop very, very quickly and incrementally. So yes, that's a fortunate trend for us.

### Operator

Your next question comes from Nikolay Beliov with Bank of America Merrill Lynch.

### Nikolay Ivanov Beliov
*BofA Merrill Lynch, Research Division*

The 20 new customers that you added in the quarter is the strongest number in 5, 6 quarters, I believe. If you can just tell us more -- give us more color on the types of customers you added: Fortune 100, Fortune 500 verticals, et cetera, that would be helpful.

### Cynthia Gaylor

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Senior VP & CFO*                                                                          para. 229

Sure. That's a -- it's a great question. And you're right, we haven't had that many net adds since Q4 of fiscal '17. So we were really pleased with the results. And as I mentioned earlier, we did make some pretty significant investments in the back half of last year to really help drive the field on new customer acquisition and making sure that we were both renewing our existing customers and expanding their footprints, but also adding new customers. And so I think what you saw in Q1 is kind of the -- starting to kind of realize the benefits of some of those earlier investments. And then in terms of, I guess, verticals, we rarely saw -- I mean we don't have customer concentration with 1 or 2 customers in terms of our quarterly performance. I mean, that's really the benefit of a subscription model, but we really saw across industries, we don't have any industry concentration as well. And so we were really pleased with just kind of the breadth of, I guess, the performance in Q1.

**Nikolay Ivanov Beliov**
*BofA Merrill Lynch, Research Division*          para. 232

One question we keep on getting from investors is complexity differentiation versus Red Hat OpenShift, and they seem to be doing a renewed push there. Rob, maybe you can just talk about contrast and compare your solutions versus theirs and the change in win rate over time you could see.

**Robert C. Mee**
*CEO & Director*          para. 15(b), 232

Yes. So I think having competition for a platform -- having competition for a platform is a real validation of our market opportunity and how large it is. So we think it's good to have multiple players in the market, and we think there's plenty of room for competition, and that's good for innovation. We're not particularly looking at one competitor or another or looking over our shoulders to figure out who's competing on exact features. That said, we now offer PKS, which is comparable to OpenShift and it's offered within the PCF platform. And the platform allows customers to run those workloads anywhere, in on-prem or off-prem. So we think that in terms of customer acquisition, our average relationship with customers is quite large relative to the competition, and that represents more of a strategic relationship and mission-critical workloads getting on to the platform.

**Operator**

Your next question comes from Raimo Lenschow with Barclays.

**Raimo Lenschow**
*Barclays Bank PLC, Research Division*

Rob, like more a bigger picture question. If your customers are modernizing their infrastructure with you, what are you seeing in terms of where they're running it, in terms of on-premise versus public cloud? And how does [ that shape ] that dynamic in terms of maybe more public cloud going forward, change your positioning with the customers?

**Robert C. Mee**
*CEO & Director*

Yes. We're still seeing the vast majority of workloads running on-premises. We do see increasing use of our platform in the public cloud, and I think one of the things that PCF does really well is it helps smooth the migration for our customers into the public cloud, helps them put workloads there in a consistent manner and provides a very common architecture across -- a consistent common architecture across cloud infrastructures. And it helps them not only with the complexity of managing multiple cloud infrastructures on-premises and off-premises, but it helps them avoid a single source future with all applications locked into a single environment. So we think a multi-cloud platform like PCF is really necessary to effectively and efficiently navigate that complexity of a multi-cloud future, and that's working really well for us.

**Raimo Lenschow**
*Barclays Bank PLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Perfect. And one quick follow-up for Cynthia. Just -- we talked a lot about the second half last year investments into increasing -- increasingly signing more customers. I would assume what we saw this quarter since they were kind of longer-term investments, should be like just the beginning of something rather than just a one-off quarter thing, correct?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. I would say it's just the beginning. And I think -- I would say we don't forecast or give guidance on customer account per quarter. So I would expect different quarters to exhibit different trends there, but it is a focus area for us, and so we would expect those investments to pay off over time. But I wouldn't say we're forecasting that to be every quarter for the remainder of the year.

**Operator**

Your next question comes from Matt Hedberg with RBC Capital Markets.

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

I'll offer my congrats as well on a strong start to the year. Following up on Raimo's question, given that a majority of the workloads today run on-premise, I'm wondering, there was a lot of positive feedback from the channel and in your prepared remarks on PKS, Rob, does advancements there -- I mean, could that be one of the big catalysts then for increased public cloud usage of the platform?

**Robert C. Mee**
*CEO & Director*

Matt, thanks for joining us and thanks for the congrats. Yes, I'm not sure if I can say that PKS is necessarily any different than PAS in terms of being a catalyst for migration to the public cloud. I think it really just expands the addressable workloads, whether they're running on-prem or off. And I would guess that it's much like PAS in that regard. So probably not too much differentiation between those 2 abstractions that run on the platform.

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

That's helpful. And then, in talking to the customers, your feedback on labs was obviously very positive and led to additional Pivotal Cloud Foundry usage. And it's not necessarily a focus for growth in the future. But in your prepared remarks, you talked about successfully enabling partners to deliver additional service. I'm wondering, if you can give us a little bit more color on that particular aspect, lab specific.

**Robert C. Mee**
*CEO & Director*

Yes, sure. I mean, we think there's a large and growing opportunity for systems integrators to help enterprises modernize and replatform their existing application portfolio. So we're working with global systems integrators like Accenture and Cognizant along with other firms like Perficient that I mentioned. They're building focused practices around Pivotal technology implementation, including application migration but also including cloud-native development. So they're very much looking to do modern codevelopments in an enablement kind of mode, just like Pivotal Labs. And from our perspective, we really feel, along with the mission of transforming how the world builds software, that the more people are enabled to build that way and help others build software that way, the better for the world in general.

**Operator**

Your next question comes from Siti Panigrahi with Wells Fargo.

**Sitikantha Panigrahi**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just a follow-up to the earlier question on lab services. You talked about labs, how strategic is it for customer adoption. As you transition labs to partners, how do you ensure that they maintain the standard and quality of the service as you offer it in your Pivotal Labs?

**Robert C. Mee**
*CEO & Director*

I want to make clear that we're not transitioning our lab offering to partners. We're definitely going to continue on modest growth with Pivotal Labs because it is so strategic to us, but we also are really pleased to see other organizations adopting our methods and using those. And when we work with customers to help them adopt methods -- the same methods that we use, we do it in a co-development model, and so we pair with them and we build real software with them in a highly collaborative model, so that over time they can internalize those methods and hopefully do it just as well as we do. And when we're working with partners, we actually follow the same model. So we work with them hand-in-hand, co-located. We build software with them and for our customers and theirs. And in that model, we help them internalize all of these methods and be able to execute oftentimes as well as we do. And we can't really guarantee that ongoing everyone is going to stay up to our standard, but part of our model is ensuring that they have the opportunity to do exactly that.

**Sitikantha Panigrahi**
*Wells Fargo Securities, LLC, Research Division*

And could you also talk about how strategic is the marketplace for your business? How do you plan to expand that marketplace?

**Robert C. Mee**
*CEO & Director*

Yes. Marketplace is definitely strategic for our business. We have a lot of great partnerships. We mentioned 1 or 2 of them. What we're also seeing with PKS is that the interest in building services that integrate with that is -- there's a lot of demand for that as well. So we think we'll see our marketplace expand with PKS as well, and we're going to continue to press on that. We have a lot of great joint go-to-market opportunities with a lot of the ISV providers. para. 230

**Operator**

Your last question comes from Bhavan Suri with William Blair.

**Sarah Ann Shizas**
*William Blair & Company L.L.C., Research Division*

This is Sarah Shizas on for Bhavan. Can you just talk a little bit about general traction with your products outside of PCF, like GemFire and Greenplum?

**Robert C. Mee**
*CEO & Director*

Sure. We're continuing to see customer demand for our data products, particularly as customers want to migrate to open-source-based products and away from proprietary solutions. And the other thing that we're seeing is that customers increasingly want to have as a service or self-service delivery of their data stores. And so we've oriented our product road map to deliver on this, leveraging the technology that we've been building in PCF. So we've seen early success with this strategy with Pivotal Cloud Cache, or PCC. PCC is based on the GemFire code base, but reimagined as a self-service, multi-cloud caching solution.

**Operator**

With that, I'll turn the call back to presenters.

**Helyn Corcos**
*Vice President of Investors Relations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Jesse. We just want to thank everyone for joining us today, and that's the end of our call.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.