Exhibit 18

**S&P Global**
Market Intelligence

# Pivotal Software, Inc. NYSE:PVTL Company Conference Presentation

## Tuesday, January 08, 2019 10:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 3:19-cv-03589-CRB     Document 81-18     Filed 03/27/20     Page 3 of 15

# Table of Contents

Call Participants .................................................................... 3
.........................

Presentation .................................................................... 4
.........................

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Cynthia Gaylor**
*Senior VP & CFO*

## ANALYSTS

**Jacek Rycko**
*Citigroup Inc, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jacek Rycko**
*Citigroup Inc, Research Division*

So my name is Jacek Rycko and I'm part of Walter Pritchard's software equity coverage team here at Citigroup. And we are very happy to have with us today Pivotal. And Pivotal is represented by Cynthia Gaylor, who's the CFO. And we also have Helyn Corcos, who's the VP of Investor Relations. Cynthia joined Pivotal in 2016 and since then she has led the company through its IPO in April of last year, and through 3 quarters as a public company, 3 or 4 quarters. And Helyn, who is over here, make sure to shake her hands after the presentation, has joined Pivotal in April around the time of the IPO. And just a little bit about the format of our presentation today. Cynthia will take about 20 minutes to go through a helpful slide deck on the company and we will follow that up with 20 minutes of Q&A and we will encourage your participation. So please raise your hands if you have questions as we go through that. I should also remind everybody that disclosures are available here in at the registration desk. Now without further ado, Cynthia?

**Cynthia Gaylor**
*Senior VP & CFO*

Perfect. Thank you. Thank you for the kind introduction and great to be here and meet everyone. I thought what I would do is just give a brief overview of the company because I know there's varying levels of understanding of what Pivotal does and where we fit in the landscape. So with that, I'll kick it off. I guess, there's the safe harbor, which we won't read through, but it's posted.

So at the core, Pivotal is a cloud-native software platform and we offer a set of strategic differentiated services. If you think about our platform, what you should think about is where were enterprises run and build their most important applications.

So the largest enterprises around the globe build and run their applications on top of our platform. We have a subscription software business model. We have a large addressable market, it's a $50 billion plus market, which includes kind of the middleware replacement space as well as PAS. We're a rapid enterprise subscription company with broader adoption across verticals. We don't have any vertical concentration and we're focused on the Global 2000, although a lot of our traction to date has been in the Fortune 500. So we have a lot of runway in terms of our market opportunity. And then, the last point here is we have solid revenue growth at scale. We grew our subscription revenue last quarter over 50%. And last year, we did over $500 million of revenue.

So when you think about Pivotal, we are a strategic partner to our customer, it's a very strategic enterprise sale and it's really about tech and process. So it's just not about the technology, it's also about the process and that's where our strategic services come into play. PCF, or Pivotal Cloud Foundry, is what the platform is called and it's really the core of the technology. You can think of that as industrialized open source and we enable enterprises to really take advantage of new emerging technologies on the platform because we offer them in an industrialized way. So things like security are very important to large enterprises, and we enable them to take advantage of these emerging technologies in a way that they would otherwise it would be difficult for them to do on their own. The process piece, as I said, we offer differentiated services that along with our software enable enterprises to really transform the way they build software. So it's not just about the technology, it's about how they implement the technology and then how they think about software development. And so Pivotal Labs, which some of you may have heard of, it's a company that Rob Mee, our CEO, founded 20 years ago, is incorporated into not only the culture of the company, but also the process and the way we develop software. It's based on lean startup, agile methodology and we do pair programming with our customers where they come on site and they program with us, and we really enable them and teach them how to develop in this new way.

Our entire R&D effort also does pair programming and develops in the same way. So again, it's about technology and process, which is a key differentiator for us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Some of the advantages of the platform you can see on this slide in terms of productive developers, efficient operations, multi-cloud, built-in security and enterprise-grade, I'll talk about these a little bit, but what it really boils down to is allowing developers to efficiently and securely build and run software on top of any cloud. We're cloud agnostic. We run on top of all the clouds, including on-prem, vSphere and OpenStack in addition to AWS, Google Cloud and Azure. So being cloud agnostic is really important from that perspective. The power of the platform is that we continuously deploy software and we create operational efficiencies and we do a lot of value stream mapping with our customers that produces high ROI for them and we also do this rapidly, securely and efficiently, which is really important at the enterprise level. Some folks think about us as industrialized open source, and again, the access that we give large enterprises to new and emerging technologies in an enterprise-grade way is a key differentiator. There's very few enterprise software companies that create velocity for customers, which is really the speed to bring new applications to market, and also reduce costs to create savings. And we do both. And so the ability to increase productivity for enterprises as well as create high ROI and save company's money is a differentiator for us.

This gives you a glimpse at some of our customers. We have blue chip customers across most verticals. We don't have any vertical concentration or customer concentration and you can kind of see across auto, transportation, industrials, financial services, health care, technology and media consumer and communications. We don't have federal on here, but this is a growing area for us and an area that we can probably talk about a little bit in the Q&A, but we've made a lot of investments across. So we're really proud of our customer base. We're across most verticals and in some of the largest companies around the globe. Again, our target market is the Global 2000.

In terms of -- maybe to give you some live examples, in terms of some of our customers and we talked about these on the IPO roadshows. So some of you may be familiar, but Boeing is a customer of ours. They've seen quite a bit of traction in many ways. They've been able to deploy their infrastructure 100x faster. They've increased server utilization by 6x and one of the metrics that we track is developer-to-operator ratios within organizations. You may be familiar that most large enterprises have something in like a 2 to 1 developer-to-operator ratio. The reason that's important is large companies want to touch their customers and be delivering applications. So you want to have as many developers as possible, delivering new applications and features and functionalities to the end customer. One of the things our platform enables is operational efficiency and it brings up the developer-to-operation ratio. You can see here for Boeing nearly 1,000 developers delivering hundreds of applications, and we see hundreds of operators -- hundreds of developers to 1 or 2 operators. So we're really increasing that ROI and developer-to-operator ratio.

Boeing is also an interesting customer because they use labs, which is our set of strategic services. They did a bunch of labs engagements with us early on to really learn kind of new development methodologies that made the platform all that more powerful. We find that when customers use labs, they accelerate their expansion at a faster rate than customers who don't use labs. And so really, our strategic services are very important in terms of driving subscription growth and expansion.

T-Mobile is another great example. They have over 500 microservices with daily code releases to production. They've seen tremendous results. They have 37% increase in developer productivity. And over 1,200 developers to just 7 platform operators, and again, that developer-to-operational ratio really drives huge efficiency within enterprises because they can deploy more people and resources to kind of the higher value add type of work and then some of the more commoditized work they can automate through our platform.

Liberty Mutual is another example. It kind of touches on some of the velocity pieces that I was talking about, but they've increased their release velocity by 4x, 60% reduction in infrastructure costs and over 1,500 developers to just 8 platform operators. So again, a lot of operational efficiency and high ROI coming out of Liberty.

This gives you just a sense of the platform and what it is and the way to think about this is, there's an underlying embedded operating system called BOSH and our platform abstractions are on top of that. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

so one of our key components is really building abstractions on these new technologies that enable the automation, enable the security and the efficiency within enterprises.

PAS, or Pivotal Application Service, is our main abstraction where the majority of the subscription revenue is coming from today. This manages for the developers many of the operational pieces. Pivotal Container Service is our new offering, or called PKS. This was a joint development with VMware, a joint R&D development effort and go-to-market effort. It's a containerized abstraction, which enables enterprises to run their own containers and then put them on the platform and gain operational efficiency. And then I can talk about the different types of workloads for each of these.

Pivotal Function Service is a lambda abstraction or server list. If you think about it that way, that's an alpha release right now. It's not generally released. But the idea is Pivotal develops new abstractions as these new emerging technologies come out and we make them in an industrialized way for enterprises to make them more accessible. And then we have our services marketplace, which includes our partner ecosystem and then also some of our data services that are embedded in there. In terms of our go-to-market strategy, we have a land-and-expand strategy and a direct sales force. However, we have partners and some of you may be aware the company is independently run, but we have a majority shareholder, which is Dell Technologies. Dell and VMware are channel partners to us, however, most of our revenue to date has been derived through our direct sales force, but we think that Dell and VMware channel can be very powerful given the global scale and scope of their customer base as well as the number of feet on the street that they have. With PKS, in particular, we have a joint go-to-market with VMware that gives us access to customers that we otherwise wouldn't be focused on, but a great way for us to get new customers over time. And we're also partners with the cloud providers. We've won Consumption Partner of the Year with both Google and Microsoft over the past few years. Again, we're a multi-cloud platform and we're cloud agnostic and what that means is it's a key differentiator. It enables enterprises to run on multiple infrastructures with a single user interface for the developers. So it's a common interface for the developers on our platform. It also enables the portability of apps among infrastructure so avoids vendor lock-in. With each of the cloud providers, we have different initiatives from go-to-market to joint R&D efforts to different partnership efforts.

From an SI perspective, we are partners with Accenture and Cognizant and other SIs and the idea there is, given we have services at scale, we want to build virtual capacity of our services given how strategic they are outside our 4 walls, so that we can really scale services and customer success on the platform. With Accenture, in particular, we -- there is something called the Pivotal Accenture Business Group where Accenture helps large enterprises migrate legacy applications onto our platform. And so it's pretty strategic given the scale of Accenture and kind of the army of folks they have to really help us gain leverage in the broader ecosystem.

And then this kind of just helps visualize the virtual capacity that we're building with our partners. The idea is Pivotal when we provide strategic services we're either helping customers implement the platform or something we called app transformation, which is migrate legacy application to transform onto the platform and we also provide labs, which is a strategic consultative service. But the idea is really enablement, not outsourced services. So we pair with customers in an agile way and pair programming if you're familiar with that. And the idea behind the SI partners is they really enable us to scale beyond our 4 walls that kind of create more of a viral effect within the broader ecosystem that drive subscription expansions and also help us obtain new customers. And so it's very strategic in a way that we're building the ecosystem.

So those are pretty much my opening remarks and kind of overview, a lot of detail we can go into through Q&A.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Thank you. So first question, focusing a little bit more on the Pivotal Cloud Foundry, your main product. When we look at the financials and you've mentioned, you've had quarters and quarters of over 50% growth in subscription, and when we disaggregate that you see 150% expansion rate year-over-year, which means that every customer -- your customer from a year ago, on average has expanded spend

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with you by 50 -- over 50%. And on the other hand, I'm not a driver of your growth, this is the new locus, but we've seen the expansion rate drive a lot more growth. And as we're looking towards the future as we're trying to model things out, trying to understand what PCF is cutting from there. How would you disaggregate the ultimate importance of acquiring new customers versus driving that expansion rate?

**Cynthia Gaylor**
*Senior VP & CFO*

Sure. Yes, it's a great question. I mean, we need to do both and we need to do both well. I mean, today, a lot of the dollars are coming from expansions, just because you get into kind of law of large numbers of when customers are expanding and their dollar footprint and the product is fairly sticky once the customer is deployed on the platform and has more close into production. But acquiring new customers is very important because that will create the expansion opportunities of the future. So we're really focused on both, and we have our field focused on both. We also think things like PKS, in particular, will help over time drive new customers because, again, VMware has hundreds of thousands of customers. We're focused on the Global 2000. So we're happy for them to sell into customer 175,000 or what have you because that's a customer that will take us a long time to touch and if they can sell PKS into that customer and grow the footprint in the same way that will be an opportunity to get new customers onto the platform in a different way.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Right. And maybe so we can help folks understand the difference between the PCF and PKS and the types of customers. PCF traditionally been going and really leading digital transformations like leading -- change -- big changes in the infrastructure of the company. You're using very laborious process and you've been very prescriptive of how you tell people to go about that. And now you're coming up with this new offering called PKS. How is it different from your core offering?

**Cynthia Gaylor**
*Senior VP & CFO*

So PKS really addresses a different set of workloads. So PKS is really primed for a more opinionated customer who may want to containerized workloads, legacy workloads or prepackaged workloads that they don't necessarily want to put in a PAS, they don't want to refactor them, if you will. And so it's really tailored to that type of customer, which addresses a new type of workload. And again, when I showed the different abstractions on the platform, the idea is to develop these abstractions as new technologies emerge to really address all types of workloads. And so PAS is really we have something that's called -- our Head of R&D used to call PCF haiku, which I think you've heard maybe before, but honestly maybe if you've met him, which is basically, a customer would say, "Take my code, run it in the cloud, I do not care how." And something called PCF push where we would push the code onto the platform and into the cloud. PKS, in some ways, is a lower level abstraction where the customer has more control, but it also just addresses a different type of workload. It's a lighter weight type of solution for those legacy workloads that you may not want to refactor in a different way in a PAS type of way. So we think both are important. PAS is where the majority of the revenue is coming from today from a subscription perspective on the platform, whereas PKS is nascent, but we're very encouraged by the traction that we're seeing in the customer base and particularly in the pipeline. From a Pivotal perspective with PKS, we're seeing a lot of that traction with existing customers who are already very successful on PCF and on PAS, and we're seeing nice pipeline developing around new customers in through the VMware go-to-market it's more new customers because they're focused on kind of that longer tail that we don't really have direct coverage of today.

para. 265

**Jacek Rycko**
*Citigroup Inc, Research Division*

This is very interesting because you used to sell something that was prescriptive that cost a lot of money, $0.5 million per year at the time of IPO you made that comment, and now you're selling something that cost less, but it seems to me it should appeal both to smaller, mid businesses -- medium size businesses

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

as well as larger enterprises that may not need such a prescriptive offering. So do you expect to gain traction with both small and larger size businesses?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes, for sure, for sure. I think it is. It does address a broader set of workloads, right, and relative to some of the other offerings, but it also -- it depends on how kind of industrialized a offering that the customer is looking for, right, depending on the workload. So for instance, T-Mobile is an early PKS adopter, an existing customer. They have been experimenting with different ways to use PKS and one thing that they're doing is applications or workloads that are maybe not ready for PAS or that they don't want to refactor yet, they're moving in onto PKS, onto the platform to gain some of the operational efficiencies and using that as like a holding zone until they're ready to move it. In that way, they're getting some of the operational savings, both from an operational perspective with people and systems, but also from a cost-saving perspective in their underlying infrastructure. And so I think that's a really good example. I also think PKS, again, is more -- is maybe more attuned to the longer tail of customers. And I think that's why we're encouraged by some of the early pipeline that we're seeing coming out of VMware.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Got it. And maybe I think I'll be asking you a fairly difficult question because I don't want you to commit to anything, but from our point -- vantage point we're looking at the financials, we know PCF is doing very well, you have great expansion rates, but over time, how should we be assessing performance of your PKS offering, like, what should we be looking for over time?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes, it's a really great question. It's probably too early to tell, right, because it's really very small numbers and it's not contributing a material portion of the dollars to date. So I think it's really early, but we're going to be looking and we measure a lot of different things internally and we're going to be looking for what are the right metrics and what could we potentially give to kind of show, demonstrate that strength. I just think it's really, really early and it's not contributing material dollars, but that doesn't mean that there's not potential there in the future. And again, we're encouraged by the early signs that we're seeing.

**Jacek Rycko**                                    para. 265
*Citigroup Inc, Research Division*

Got it. And I'm going to plug a little bit because I mentioned to you that Walter and I, we initiated VMware, so we can talk about VMware now. And so question for you, we seen VMware acquired Heptio, and they're having a big partnership with you around PKS. Like, can you just illustrate for us more tangibly how those -- your relationship with VMware and Dell help you drive business going forward?

**Cynthia Gaylor**
*Senior VP & CFO*

Sure. But so as I said, when I went through the a few of the slides, we think Dell and VMware are huge potential in terms of our go-to-market opportunity. Most of our sales to date, the vast majority have been driven by our direct sales force. So we think it's a huge opportunity and we're encouraged by some of the early signs we're seeing around PKS, in particular. And so we're looking for that momentum to continue to build and translate to top line growth, but it's just very early days. I would say from a Dell perspective, Michael is a huge supporter, particularly with customers that kind of elevate some of the dialogue within customers from a strategic perspective that he participates in a lot of our CIO roundtables and discussions. I mean, means some of our customers are our best salespeople just given the success that they've seen on the platform, particularly within subsectors or industries. And so we think the Dell, VMware being part of that broader family of companies is helpful, will be helpful in the future, but we are independently run. We have a majority shareholder and we're doing joint PKS development with VMware. And we have a very tangible go-to-market around PKS, but I think it's kind of early innings.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

para. 265

**Jacek Rycko**
*Citigroup Inc, Research Division*

para. 264

And over the past year, as we sort of seen you do your thing with PCF and then Red Hat had its OpenShift offering. And you seem to kind of fulfill 2 different use cases, but now with PKS it seems like you're getting into more direct competition with Red Hat. How would you interpret IBM's acquisition -- announced acquisition of Red Hat?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. I mean, we really don't comment on other people's acquisitions. We think it's not a negative. We think it reinforces our position in the market, the importance of multi-cloud. I would say that the competition in the past hasn't really been direct competition, and probably PKS is more suited towards, like, if you were going to do a head-to-head comparison, we think PKS is very differentiated from that product in terms of a security, the embedded networking, the constantly updated Kubernetes, constant compatibility there. We think there is a lot of differentiation there, but there's also a lot of emerging technologies in the market, and so we think customers and we talked about this quite a bit on the Q3 call are really sorting through the emerging technologies, the consolidation that's going on in the market. With VMware acquiring Heptio, we think that's great for PKS. I think -- we think that will accelerate the product road map around PKS, given that piece of the development effort and where those folks are focused. So we think that's a net positive and we were excited when that happened.

**Jacek Rycko**
*Citigroup Inc, Research Division*

para. 15(g), 264

If I may, because the #1 question that I get on Pivotal is what does the company do? And the second question is that, how is their offering different than OpenShift what Red Hat is offering? And you've mentioned 2 aspects of it, networking and security, would you mind just double clicking on that a little bit?

**Cynthia Gaylor**
*Senior VP & CFO*

para. 264

So I think we -- security is huge across the platform, but we think it's a key differentiator from OpenShift. And particularly, when you think about kind of the ubiquitous nature of OpenStack, right, and how they're selling it is very different than how we're selling it. Our sale is very strategic and there is bigger dollars coming from it. So I think a way to think about it is if you think about industrialized open source, I think that's kind of Pivotal. And there is kind of the PAS piece and the PKS piece and the functions piece, but it's basically, abstractions of new technology on top of our platform. And so without getting too technical in terms of the security features, we think we have industrialized security that's really important to enterprises, and we think it's a key way that we differentiate. And then with the networking, I think that's more NSX embedded in PKS and we think that's a differentiator relative to other offerings that may be out there that may have point pieces of it, but don't have the whole solution. The Kubernetes piece of it is also pretty important. Kubernetes is continuously updating and having new releases and we're keeping up with that. So you always have the latest fixes, bug fixes and security patches associated with that on top of the open source. And nobody else is doing it in that manner like there is big gaps in time before that happens. And so that's, again, a kind of as part security, part networking and part just like constant compatibility that's really important.

**Jacek Rycko**
*Citigroup Inc, Research Division*

And that's for your relationship with Google, was it?

**Cynthia Gaylor**
*Senior VP & CFO*

Well, so I wouldn't say that particular piece is through the relationship with Google. We do with Google, we do have a lot of joint development efforts happening if you kept up with kind of what was happening

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with Knative over the spring/summer time frame. We contributed a lot of code to that initiative, and so we have done over the history of the company, a lot of joint development with Google, in particular. But I would say the Kubernetes piece is just kind of a natural thread of that, but the differentiation is really the software that we're developing along those lines.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Got it. And I'll pause here to see if there are any questions from the audience, otherwise we'll continue and then pause again. If you can turn -- press -- yes, microphone.

**Unknown Analyst**

What's -- when you have bake-offs, typically what's your win rate in those types of bake-offs?

**Cynthia Gaylor**
*Senior VP & CFO*

Sure. So we don't want -- we don't publicly disclose like head-to-head win rates. I think we don't -- there are not that many, like, RFP processes, if you will. We're really -- it's a strategic sale that takes time and the development of kind of a partnership with our customers. I would say I can't think of a customer we've lost recently in that type of situation. And so I'd say our win rate is high and what we really sell on is value streams and the different value propositions along the security, the savings, the operational efficiencies, et cetera, that really differentiate us in the marketplace.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Okay. So let's maybe switch gears a little bit and then talk about your SI partnerships, right? Because historically you've been selling PCF expensive product that required a lot of collaboration through your labs organization. And now we've heard both Accenture and Cognizant have been very vocal about around partnership with you. It's been very well established. The question here is like what other partnerships are you foreseeing in the future? And what role with -- will your SI partners have with your go-to-market strategy with PCF and with PKS?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. It's a great question. So I mean, the Accenture partnership is still fairly new. I mean, it's been less than a year that we've implemented. We've seen incredible traction in the Columbus, Ohio lab with key customers in that region. And that's a true labs office where we've kind of gotten their team up to speed and now they have really that viral impact of training the trainer or as Rob, our CEO, would say, "Teach them to fish, and then teach them to be fishermen and teach them to be fishing instructors," right? And so we're kind of -- the intent is to enable, so that then they can enable themselves, right, not to be an outsourced kind of service provider. And so labs is critical to that. I would say probably with the SIs even the -- maybe even the more powerful piece of that is really around the app transformation. So partnering with our customers and teaming them with an Accenture or a Cognizant or an HCL or a Perficient or some of the others we've talked about and really having the SI deliver the app transformation services, which is scope the workloads that are primed to be on the platform, the legacy workloads that create this amazing operational efficiency is really an area where existing customers can then expand their subscription footprint a lot faster and those types of companies have armies of people who are really teed up and trained to be the that outsource provider, which we are not, right. So we feel like services is at scale. We don't grow services for service's sake, it's really services to ensure customer success. It's really demand driven through the customers and to drive subscription growth is kind of the strategy.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. And is there any difference in your strategy with SIs around PCF and then PKS? It seems like PKS requires a lot of -- will ultimately require a lot of [ info ] from parties like VMware and SIs because it's much more mass market.

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. No, I mean, we're not seeing that. I think it's too early in the market. I would say if there is an initial customer, whether it's PAS or PKS or anything on the platform, they will buy implementation services, which we still deliver in an agile pair way, but it's different than labs, right. It will be how to implement the software, how to get the software up and running. It's short-term engagements, but we do it in the same methodology and the same process that I talked about, pairing with customers and really enabling them. Then something like app transformation may come out of the gate if you're scoping, if it's PKS and you're scoping what type of legacy apps you want to containerize and move on to the platform. You may do an app transformation type of service. Labs is really developing new applications. A customer wants to develop a new financial application or a new trading application or customer on-boarding application where we have some retail customers doing inventory apps where it may be a 8-, 10-, 12-week engagement to develop this app jointly and that's really teaching them a new way of developing software, which is really powerful. And if they're doing it on the platform, their opportunity to expand the number of workloads and the type of workloads becomes pretty powerful.

**Jacek Rycko**
*Citigroup Inc, Research Division*

And maybe to follow up on that, because given the importance of services to the work that you're doing and given your kind of increasing important relationships with SIs, where do you foresee the structure of the service organization in 5 years? Now do you foresee yourself just focusing on very high value-added stuff like Pivotal Labs or will you still work with customers over in broad areas developing?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. So I think, again, we're not growing services for service's sake. We're growing it in pursuit of subscription growth, and so we'll deliver the right level of services either in-house or through our partners to make sure customers are successful and that they're expanding their footprint and moving more workloads onto the platform, and they're getting the type of ROI that they're expecting from the platform itself and that will only help grow subscription revenue over time. And so I think when we think about services we don't think about it as a services organization. It's really like one organization of which we have these different things of which both are strategic, but one is really in pursuit of the other.

**Jacek Rycko**
*Citigroup Inc, Research Division*

And it really seems like a lot of services are -- at the initial stages of your relationship when you're conducting the labs or you're helping them lead up initial stages of transmission, is that...

**Cynthia Gaylor**
*Senior VP & CFO*

Yes, I would say not necessarily. I would say implementation is definitely on the front end. I think early in the company's history, you have to remember the company is only 5 years old, right, when we spun out. And PCF wasn't even commercialized at that time. And so in the early days, labs was when we sold with some other software products as PCF was getting up and running and labs would really be lead-gen for getting people onto the platform. I think where we are now is when we sell a subscription, we're selling the implementation services. We know customers are more successful that the faster they can get apps in production, once they buy the subscription. So we're selling the right level of implementation type of services or app transformation type of services and then labs can really come at any point in the journey. Some customers may buy it first, some customers may buy a subscription and then determine that they want labs or they want get their developer kind of like a tune up, if you will. We've had some

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of the customers I had on the chart there like a Boeing or a T-Mobile that was certainly the case. So labs could really come at any time. It doesn't need to necessarily be on the front end and sometimes it can be on the back end like on a very experienced platform customer.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Got it. And we have 5 minutes left. So I want to make sure that we hit on some hardcore financial questions. And you have 360 customers as of last quarter and when we analyze Q1, Q2 and Q3 and that has an effect on your kind of billing seasonality and kind of the billings quarter-over-quarter where you tend to remind people about certain financial aspects of kind of the billing cycle. Would you mind just -- how do you set yourself versus older companies that may have more customers with regards to the billings?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. So I don't know if the balance sheet items are necessarily a function of the number of customers. So we're focused on the Global 2000 within the customers that we have, the number of workloads that were penetrated is very low. So we think there's a lot of runway in the customers we have, and then there's kind of the Global 2000 and then eventually beyond, but we have kind of a lot to chew. We have a direct sales force that's focused on land and expanding, right, and they need to do both well. Last year, it was a big expansion year for us because it was the first full year, the first big year of kind of scale expansions from customers who had bought the first time.

**Jacek Rycko**
*Citigroup Inc, Research Division*

So is was like the first 3-year cycle?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. It was like the first big 3 years. I mean, the company had been around the first 1.5 years, there were little expansions or renewals, but last year was the first big year. And so we probably over rotated towards that a little bit. We think things like PKS will help with net new adds. In terms of the balance sheet though, I think that's kind of a separate topic. And what I would say is the different investors will look at different -- I mean, you know better than I do, but for subscription company, I mean, there's all kinds of metrics. I mean, I've heard new metrics I've never heard in my 20-plus-year career, the balance sheet and I've been in software for that time. Different investors will look at it differently. And what we've said is "Hey, if you're looking at just the pure balance sheet, look at trailing 12 months," because that smooth some of the variability you might see quarter-to-quarter. And so we can say that we've said that every quarter, we've been public including on the IPO roadshow and some people listen and some people still run all their calculations. What we've also said is, "Hey, we have this metric RPO that we're required to disclose." It kind of gives you a lot of information, it's not a perfect metric, but it's basically all contracted revenue. There's a slight discount, it includes subscription and it includes services. The number last quarter was $790 million. If you think about it as revenue coverage, it's contracted, noncancelable contracts that's a pretty big number relative to our revenue. It kind of gives you a glimpse of what's on the balance sheet, what's off the balance sheet. We think it's pretty compelling, right. It's a pretty big number relative to our revenue base. So I think there's different things you can look at. We're trying to be more transparent than less, but we also we don't put a lot of weight in the quarter-to-quarter, we're very long-term focused and we think RPO is probably a better -- if you're looking at the balance sheet, it's probably more representative of kind of the health of the business along with the subscription revenue growth rate and the net expansion rate and things like that.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Got it. So maybe to finish off. How do you think about investment into the business because you did mention at one point around the IPO process, your long-term operating margin goals. And not commenting on the timing of that, but how do you control the spend? How lumpy of a road are we going to go?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. So what we've said and this continues to be true, we'll continue to invest for the long-term, and so that what that means is particularly in sales and marketing, and our go-to-market as well as R&D. And so you'll continue to see that in the numbers. I think what we've also said that is important is we will reinvest as much as we can back into growing the top line. And so some of the improvement and particularly margin improvement as the mix shift has improved, has gone to fund sales and marketing and R&D, but you shouldn't expect the level of improvement to be linear to breakeven because we will invest as fast as we can and sometimes that's tough to do on a quarter-to-quarter basis, but over the long term, we'll be investing more. So you shouldn't expect a linear improvement each quarter because we're going to try to invest as quickly as we can any outperformance that we're seeing on the top line.

**Jacek Rycko**
*Citigroup Inc, Research Division*

Got it. And are there any last questions from the audience? Yes, one question.

**Unknown Analyst**         para. 266

Do you expect to see a flywheel effect in terms of customer additions like once people see Boeing and these larger companies see so much improvement in productivity the next customers is just easier to acquire. Are you seeing that? Or you expect to see that in the future?

**Cynthia Gaylor**
*Senior VP & CFO*          para. 266

Yes. I would say it's probably -- I mean, more of like of an enterprise, large enterprise subscription sales cycle versus like a SaaS application flywheel, but what I would say is that within -- we're strong across sectors, within the sectors that we are in, there is a flywheel and network effect of those CIOs and CEOs and CTOs talking to each other, but I wouldn't say that has pressed the sales cycle, if you will, to something shorter. I wouldn't expect to see a huge difference in the net adds in the near term, but over time, as PKS becomes bigger and more important, as part of -- as a percentage of revenue, if you will, you may see that effect. But I would see that kind of much further off to the future that anything in the next 12 months.

**Jacek Rycko**
*Citigroup Inc, Research Division*

And we are out of time. Cynthia, thank you so much. Super helpful comments. Thank you.

**Cynthia Gaylor**
*Senior VP & CFO*
Yes, thank you very much.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.