# Exhibit 20

**S&P Global**
Market Intelligence

# Pivotal Software, Inc. NYSE:PVTL FQ1 2020 Earnings Call Transcripts

## Tuesday, June 04, 2019 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2020- | | | -FQ2 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.05) | (0.03) | NM | (0.03) | (0.14) | 0.10 |
| **Revenue  (mm)** | 184.12 | 185.72 | ▲0.87 | 197.46 | 802.53 | 985.53 |

Currency: USD
Consensus as of  Jun-03-2019 10:48 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2019** | (0.09) | (0.06) | NM |
| **FQ3 2019** | (0.08) | (0.05) | NM |
| **FQ4 2019** | (0.09) | (0.07) | NM |
| **FQ1 2020** | (0.05) | (0.03) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Cynthia Gaylor**
*Senior VP & CFO*

**Helyn Corcos**
*Vice President of Investors Relations*

**Robert C. Mee**
*CEO & Director*

## ANALYSTS

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

**Bhavanmit Singh Suri**
*William Blair & Company L.L.C., Research Division*

**Brad Alan Zelnick**
*Crédit Suisse AG, Research Division*

**Daniel Harlan Ives**
*Wedbush Securities Inc., Research Division*

**Daniel Robert Bergstrom**
*RBC Capital Markets, LLC, Research Division*

**David Rainville**
*Barclays Bank PLC, Research Division*

**Jon Philip Andrews**
*Needham & Company, LLC, Research Division*

**Rakesh Kumar**
*UBS Investment Bank, Research Division*

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

**Unknown Analyst**

**Xiaocon Liu**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Christine, and I'll be your conference operator today. At this time, I would like to welcome everyone to the Pivotal Software First Quarter Fiscal '20 Earnings Call. [Operator Instructions] Thank You.

Helyn Corcos, Vice President of Investor Relations, you may begin your conference.

**Helyn Corcos**
*Vice President of Investors Relations*

Good afternoon, and welcome to Pivotal's First Quarter of Fiscal 2020 Earnings Call. We will be discussing the results and guidance reported in our press release, which is available on our Investor Relations website. This call is being webcast and the replay will be available on our website. Also available on the website are our prepared remarks, supplemental tables and an updated investor presentation.

With me today are Rob Mee, our CEO; and Cynthia Gaylor, our CFO.

During the call, we will make forward-looking statements, such as guidance for the second quarter and fiscal year 2020 related to our business. These statements are based on our current expectations and information available as of today and are subject to a variety of risks, uncertainties and assumptions. Actual results may differ materially as a result of various risk factors that have been described in our periodic filings with the SEC. As a result, we caution you against placing undue reliance on these forward-looking statements. We assume no obligation to update any forward-looking statements as a result of new information or future events, except as required by law.

In addition, during today's call, unless otherwise stated, references to our results are provided as a non-GAAP financial measures and are reconciled to our GAAP results, which can be found in the earnings release and supplemental tables.

With that, let me hand it over to Rob.

**Robert C. Mee**
*CEO & Director*

Thanks, Helyn, and thank you, everyone, for joining our call today.

Pivotal delivered a solid Q1 with 43% subscription growth driving total revenue growth of 19%. Customer expansions continue to drive our revenue growth, resulting in our strong net expansion rate of 143% in the quarter. We exited the quarter with 383 subscription customers, up 13% year-over-year, underscoring the continued demand for our platform.

Despite this good news, we closed fewer deals than we expected in Q1 due to sales execution and a complex technology landscape that is lengthening our sales cycle. Some of the deals we expected to close in Q1 slipped. A few of those have already closed in early Q2, and we expect some to close in the remaining quarters. We have taken steps to improve our sales execution, including putting a new Head of Sales for the Americas in place, continuing to focus on building pipeline by increasing demand-gen and sales-enablement activities, and introducing a new version of PAS that runs on Kubernetes. I'll go into that in more detail in a moment.

We remain confident in our strategy and market opportunity for the long term. Pivotal continues to be the best partner for organizations that want to modernize their most important applications.

Take the United States Air Force, for example. We partnered with the Air Force Operations Center and its Kessel Run Experimentation Lab in August 2017 to design and deliver a new software-based aircraft refueling solution. Using PCF and the Pivotal Labs agile methodology, the joint team developed an accredited solution in just 120 days. It saves the Air Force $750,000 per day by decreasing the time

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it takes to plan refueling from 1 day to just 2 hours, and reducing the number of refueling tankers it scrambles. Because our platform and the methodology enable them to deliver mission outcome so quickly, the Air Force awarded us several contracts over the last 2 years, including a major new agreement that was announced last week.

These types of business outcomes are fueled by our unique combination of services and powerful capabilities that we continue to build into PCF, our platform. For example, we've expanded the types of applications that run on Pivotal Application Service. We've launched the alpha version of our functions offering called Pivotal Function Service, and we've incorporated Kubernetes into PCF by bringing Pivotal Container Service to market with VMware.

Customers have told us they wanted to run Kubernetes as part of their cloud perform. But they struggled to operationalize it because it's complex. So we took the years of experience we've gained building and delivering our platform and we applied it to the Kubernetes domain via PKS. We now have more than 140 PKS customers, and PKS has become the best Kubernetes product for enterprises. While it's still early, PKS is showing initial signs of a stronger net expansion than our overall net expansion rate of 143%.

Because of our traction with PKS, we are now moving on to the next phase of our Kubernetes journey. Next month, we will introduce a version of PAS that is built to run on Kubernetes. PAS on Kubernetes will initially be available for PKS. Eventually, it will run on public cloud Kubernetes services as well. In addition to PAS on PKS, we will be introducing new product offerings on top of PKS to expand our market opportunity, simplify our sales process and make it easier for new customers to get started with Pivotal.

These product updates will grow our addressable market and accelerate our sales cycle. I look forward to providing more information as we unveil these products throughout the fiscal year.

We continue to see strength across industries, including health care, energy, insurance, transportation and telecom. Customers included American Eagle Outfitters, PepsiCo and Softbank. I'd like to share 2 customer stories with you to underscore the business outcomes customers are experiencing.

First, we've been working with a Fortune 100 financial services company to help them build a new online banking platform. What started as a Labs project quickly expanded to the company implementing PAS on Amazon Web Services. It took the joint team less than 5 weeks to deliver a production-grade PAS deployment running on AWS. Our partnership has been so effective that the company is rapidly adding related workloads to PCF. This illustrates how successful Labs projects can propel customer success on the platform and fuel subscription growth.

Second, a Fortune 500 corporate services leader chose PAS and PKS with Kafka to automate day 1 and day 2 operations for multi-cloud deployment of services and capabilities for their new customer platform. With the growth of the platform, they needed to provide their large multinational customers with faster deliverables to market and with a seamless experience that adheres to compliance and security protocols. They have vastly improved time-to-market for customer deliverables and have significantly improved cost efficiencies.

Moving on to strategic partnerships, as we've said, Dell and VMware complement our direct sales force. We are encouraged by the ongoing traction and pipeline our combined sales teams are building with PKS. Dell and VMware have thousands of customer relationships globally, which provides an important avenue for us to grow our business. We continue to collaborate to make it easier for customers to rapidly adopt our software and modernize their most important applications.

Our partner ecosystem helps customers scale their platform-adoption and application-modernization efforts. A number of our SI partners continue to invest significantly in creating global Pivotal practices powered by our platform and enablement services. This is consistent with our long-term services strategy to ramp services outside of the work we are doing directly with customers.

There are a few partnerships I'd like to highlight: Perficient's investment in developing capabilities around Pivotal is continuing to pay off as they expect 100% utilization rates for their Pivotal practice. And Mphasis has more than 350 people driving PCF consumption at Pivotal customers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We're also honored to receive Wipro's Digital Transformation Partner of the year award. We are thrilled with the growth of Wipro's application transformation practice. They have invested broadly in software and training enablement, and our collaboration has created focused go-to-market initiatives.

In summary, Pivotal continues to be the place where some of the best organizations in the world come to turn themselves into software companies, able to deliver value continuously to their own customers. The complex technology landscape and sales execution impacted our Q1 performance, but I'm confident that Pivotal's unique culture, multi-cloud application platform and Kubernetes capabilities and strategic -- strategy collectively position us to capitalize over time on what are major technology market opportunities.

With that, I'll turn the call over to Cynthia to discuss our financial results and guidance in more detail.

**Cynthia Gaylor**
*Senior VP & CFO*

Thanks, Rob, and good afternoon, everyone.

Subscription revenue generated $128.9 million in Q1 with year-over-year subscription growth of 43%. And Q1 total revenue of $185.7 million represented 19% growth year-over-year.

Our subscription customer base grew 13% year-over-year to finish the quarter with a total of 383 subscription customers. We added 6 net new customers in the quarter.

We continue to be pleased with the business outcomes PCF delivers for customers and the expansions that continue to drive our subscription growth. Our dollar-based net expansion rate was 143%. As we've noted previously, our net expansion rate remains at industry-leading levels, and we expect it will continue to decline sequentially in each quarter as we scale.

Our subscription outperformance in Q1 was driven primarily by expansions as customers increased the number of workloads they are running on PCF and expanded their consumption of our software. As subscription revenue grows, our mix continues to shift towards subscription, now representing 69% of total revenue compared to 58% a year ago, and continues to drive our top line growth and margin improvement.

In Q1, services revenue declined 13% year-over-year to $56.9 million and represented 31% of total revenue compared to 42% a year ago. Services revenue came in slightly lighter than we were expecting due to fewer customer engagements and fewer software deals than expected. Our focus is on enabling customers, delivering the right level of services to grow subscriptions and to make customers successful on our platform while we continue to build virtual capacity with our SI partners.

Total gross margin rose 70% for Q1 and improved 6 points year-over-year, primarily as a result of our top line subscription revenue growth, which continued to drive mix shift towards subscription revenue. This marks the first quarter in which we achieved a 70% gross margin and moved above the 60% range. Subscription gross margin was 94% and services gross margin was 17%.

Turning to operating expenses. Sales and marketing expenses were $74.1 million or 40% of total revenue in Q1, an increase of 15% year-over-year, reflecting investments in our direct sales capacity and enablement resources. As we grow our revenue, we will invest in our go-to-market teams while continuing to build our pipeline, deepen our relationships with existing customers and acquire new customers.

R&D expense was $49.8 million in the quarter or 27% of total revenue, an increase of 20% year-over-year, reflecting continuing investments in our product road map and engineering talent. We will continue to make ongoing investments in R&D as we evolve the platform and integrate Kubernetes into PCF while enhancing our cloud-native products and platform differentiation.

G&A was $18.3 million or 10% of total revenue, an increase of 29% to support the scale and growth of the company.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Operating loss for the quarter was $11.8 million, with an operating margin loss of 6%, improving 7 points from Q1 of last year. We are encouraged by the overall operating leverage even as we invest strategically to drive our customer and product footprint.

Net loss per share was $0.03 compared to a loss of $0.10 per share in Q1 of last year.

Now turning to the balance sheet and cash flow items. We exited Q1 with $854.2 million in cash and cash equivalents.

Cash flow from operations was $122.2 million in Q1 versus $4.5 million in Q1 of last year. Strong cash flow generation was attributable to strength in collections activity. As a reminder, our operating cash flow has meaningful variability from quarter-to-quarter due to the seasonality of our business and timing associated with our billing cycle and expenses. Also as a reminder, we face a tougher compare next quarter due to prepayments received in Q2 of last year.

Now turning to RPO. We finished the quarter with $880 million of RPO, up 10% year-over-year. This was lower than we expected mainly driven by sales execution and shorter contract duration. We expect approximately 55% of these obligations to be delivered in the next 12 months. As we've noted previously, RPO will have variability quarter-to-quarter based on the timing of deals and renewals as well as contract duration. In Q2, we expect RPO to be flat year-over-year relative to Q2 of last year.

Short-term deferred revenue was $351 million, up 34% year-over-year, and total deferred revenue was $417.1 million, up 23% year-over-year. These growth rates were slightly lower than expected due to deals that slipped from Q1. As a reminder, deferred revenue is impacted by timing of deals and renewals as well as prepayments.

Looking ahead to Q2, we expect short term and total deferred revenue growth to be in the low- to mid-20% range compared to the same period last year. For the fiscal year, we expect short-term deferred revenue growth to be in the mid-single to low-teens percent range and total deferred revenue growth to be in the low- to high-single-digit percent range relative to last year.

I will conclude by providing guidance for the second quarter of fiscal '20 and for the full year. Please note that we are providing year-over-year growth rates based on the midpoint of the guidance range compared to Q2 or to fiscal year '19.

For the second quarter, we expect subscription revenue between $131 million and $133 million, representing growth of approximately 35%; total revenue between $185 million and $189 million, representing growth of 14%; operating loss between $11 million and $9 million, representing improvement of 32%; and net loss per share of $0.04 to $0.03 based on weighted average shares outstanding of approximately $274 million.

For the full year 2020, we expect subscription revenue to be in the range of $530 million and $538 million, representing growth of approximately 33%. Total revenue will be in the range of $756 million and $767 million, representing growth of 16%. We expect operating loss to be in the range of $49 million and $44 million, representing improvement of 35%. And net loss per share of $0.15 to $0.13 based on weighted average shares outstanding of approximately $275 million.

In closing, we have a large opportunity ahead of us to continue to drive strategic business outcomes for our customers. I'm confident in our ability to drive long-term, sustainable growth with the investments we're making to involve PCF while improving sales execution.
With that, I'll turn it back to the operator to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Sanjit Singh from Morgan Stanley.

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

Maybe let's start off as we think about this full year guidance, putting that in the proper context. Rob, you mentioned sales execution issues. And I'm trying to understand whether this is sales execution issues, maybe a softer spending environment or something more competitive. And so I was wondering if you can maybe address those other 2 points, whether there is any sort of macro weakness or sort of competitive issues because if you look at sort of Red Hat's OpenShift platform, they have well above 1,000-plus customers, and you guys are sitting at just south of 400. And so I'm wondering if this Docker/Kubernetes message is the message that's resonating more strongly in the market versus what PAS is doing? Maybe we can start there.

**Robert C. Mee**
*CEO & Director*

Yes. I mean I think addressing that question for the Docker/Kubernetes numbers. If you notice our PKS, which is really the comparator for OpenShift more than PAS, in our opinion, you see that we're up to 140 logos already, so that's pretty rapid growth in that area, but the deals are much smaller. Now we expect to see expansion there. We're already seeing expansion, but it's still representing a relatively small proportion of what we do. So I don't think if you're just comparing us to the competition in that aspect, that we're necessarily wildly different in that respect. We have a relatively new product that is competitive to that. But in terms of -- the larger deals that we've traditionally done and the strategic relationships that we have with our customers, we are seeing lengthening in the sales cycles and I think it really is due to a lot of complexity in the technology landscape. If you think about the public clouds coming on-prem, if you think about the rise of Kubernetes and related technologies, people are experimenting with those. They are wondering where to go. There've been acquisitions in the market. So I think it's really causing customers to take their time and think about what they're doing. And as Cynthia said, we've -- some of the Q1 deals have slipped into Q2. We haven't lost any of them. They are taking longer. So that's my view on that.

**Sanjit Kumar Singh**
*Morgan Stanley, Research Division*

Understood. And that's helpful. And then if I think about, when I heard on your script at the top of the call, what was resonating sort of loud and clear is Kubernetes. And I guess my question is sort of why now? Because it's been -- in terms of the industry, Kubernetes has sort of been viewed as the industry standard. And so now sitting here in fiscal year 2020, the message is that we're going to put PAS on Kubernetes. And so I guess the basic question is like why now and why it takes so long to get to this point, when it seems like the industry had sort of made that decision that this was a Kubernetes-based world?

**Robert C. Mee**
*CEO & Director*

So why now is the right question. And I'll break that apart. I mean I think in terms of running containerized workloads, right, some of which you could run on PAS, some of which would not be appropriate for PAS, but would run well on Kubernetes. We've been in that game now for over a year with PKS. And we actually think it's the best Kubernetes implementation on the market for enterprises. So we're there and we've been there.

And then the second part of your question, I think what you're really getting at here is why putting PAS on Kubernetes now. And the thing that you have to realize with the rise of Kubernetes and all of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the related technologies, so it's not just the container orchestration that is represented by Kubernetes, but it's a lot of other pieces. A lot of that underlying technology that we built ourselves for PAS is very mature, very scalable, very reliable and very secure. And the Kubernetes ecosystem is only now in many of the areas that really matter to us with the PCF platform generally and within PAS and really matter to our customers who are running mission-critical workloads on it. Only now are those capabilities in the Kubernetes community getting to the point where we can contemplate replacing the pieces in PAS that we build for ourselves. And I want to emphasize that we're definitely not a not-invented-here shop. Our job has consistently been to curate the best of open source and build in all the pieces that aren't yet there and then to industrialize the whole thing all put together. And now that the Kubernetes community and the Kubernetes technology is maturing to the point where it can actually begin to replace some of what we have, we're going to aggressively do that because the real advantage in what we do is at a higher level. It's the higher level abstraction in the developer productivity and the operational efficiency and all the automation that we do. So the more plumbing -- and I consider Kubernetes container orchestration to be plumbing -- the more of that, that we can use mature, hardened industry standards, we will. And we're just now getting to that point. Even so, you are going to see an evolution over time. A lot of the maturity isn't there. So for example, PAS runs Windows workloads -- mission-critical Windows workloads, tens of thousands of containers for many of our customers. You can't yet do that at the same level with Kubernetes. So that technology integration, running PAS on Kubernetes is going to be a process. And we're going to ship the first version in July, and it's going to be available for our customers to try out and then we're going to continue to iterate on it and integrate pieces of the Kubernetes ecosystem into our platform as appropriate. We'll contribute to the Kubernetes ecosystem to help harden it to the level of our own technology that we've already built and we'll continue to converge those as they really all form pieces of a greater ecosystem anyway, right? So I think the answer -- I know that was a long answer, but I hope that information was relevant and informative because I think it is a really, really important point. And I'm very glad you asked the question why now, it's because it's finally time.

**Operator**

Your next question comes from the line of Brad Zelnick from Crédit Suisse.

**Brad Alan Zelnick**
*Crédit Suisse AG, Research Division*

And, Rob, just to follow up on Sanjit's first question, I'm trying to better understand the contributing factors to your performance in Q1. The contribution of longer duration sales cycles, technology complexity, differing decisions along with the execution challenges you talk about and the changes that you're making in the field, can you double-click on the changes that you're making and give us any sense for at least your expectation for how long these take to come out the other side? Because having seen this movie before, I think many of us would typically expect there to be several quarters of disruption from something like this.

**Robert C. Mee**
*CEO & Director*

Yes. I mean I think honestly we've had some of these changes underway for a while. So -- and I mentioned last quarter, we'd refocused on driving business using services. And some of those changes that we put in place in Q1, we're just now starting to see some of the results and seeing some improvement in that. And so we have some of these things underway, and I think we'll see some results over the next few quarters. The North America operation is really at scale. And I think being at scale and improving that and executing better at scale is really what we need to do next and that's why we've put a new leader in place, someone that we think can scale with a strong technical background, decades of large enterprise experience, someone who's tenured in the family of Dell and VMware, so we can navigate and accelerate those go-to-market efforts there, and has run very large organizations. So I'm confident that this new leader can motivate and influence people to bring a systematic approach to sales execution as we scale there.

**Brad Alan Zelnick**
*Crédit Suisse AG, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. And just a follow-up for Cynthia. Just trying to reconcile the comments that you've made about slipped deals landing in 2Q. With your guidance for significant deceleration and deferred revenue and RPO, it would seem you're expecting the business gets worse. How much of that is demand environment? How much is execution? And what's embedded in terms of close rates and duration in that guidance that you've given us on deferreds and RPO?

**Cynthia Gaylor**
*Senior VP & CFO*

Sure. That's a great question, Brad. I guess in terms of the quarter itself, we did have some deals that slipped in Q1. And as Rob said, the good news there is that we didn't lose the deals. So they're very much still in play and a few of them have already closed in Q1, and we're expecting others to close in the coming quarters. Our sales cycle in places is elongating, I think, partly due to a lot of the things that Rob talked about in terms of the complex tech landscape. And then from a sales execution perspective, I think you hit the nail on the head. These things tend to take time. And we think we have kind of the right team and the right process in place to make it happen, but it takes time. And I think that's what you're seeing reflected in the balance sheet metrics, if you will.

**Operator**

Your next question comes from the line of [indiscernible] from Citi.

**Unknown Analyst**

I wanted to observe that you took down your full year guidance for services by order of magnitude of $30 million to $35 million or so. And that's been the primary portion of the drag on the guidance. And so a marker question from that perspective, you expect the pieces of software that take a while to implement. What are you seeing as far as propensity of your customers to go on and procure varieties of software that may take a little bit -- a bit of time to implement? Are you seeing a pause of spend or maybe people are taking a bit of a pause in doing these kinds of expensive long-term duration implementations?

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. So I think -- it's a good question, and I think you're spot on. You probably, as you noted, we guide to subscription revenue and we guide to total revenue. And the strategy around services is to sell the amount of services that customers need to really enable them on the platform. And it's really about enabling them. I think in Q1 specifically, the slipped deals that we saw did play into kind of the services revenue line. And we would expect that to kind of continue as we look through the year. We just had a lower level of attached-to software. I think the other thing is, we are partnering with SIs to kind of scale services outside of our 4 walls. I would say that probably less played into the quarter, but it is a careful balance as we operationalize it and scale. So I think that's a piece of the puzzle there as well.

**Unknown Analyst**

And just one follow-up. It seems like you've had a little bit of challenges as far as adding customers in the previous quarters. And just from the perspective of timing, by you lowering this guidance, are you implying that you've observed some lightness on expansion deals, and not only on new customer acquisitions? What should we be reading with regards to your expectations for those 2 separate drivers of defined growth for 2020?

**Cynthia Gaylor**
*Senior VP & CFO*

So I think from a customer perspective, I mean we're focused on continuing to grow our customer base. Rob talked a little bit about PKS, and we have over 140 PKS customers. We're expecting that over time, there'll be more volume there, both in dollars but also in accounts as the go-to-market strategy there ramps. I think in terms of -- it's important for us to acquire new customers, and we're very focused on that motion. I think part of that plays into kind of some of the sales execution pieces and making sure

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we're building pipeline through both top of the funnel activity and enablement, and those are 2 key priorities for us in terms of continuing to build on the number of customers that we have.

**Operator**

Your next question comes from the line of Heather Bellini from Goldman Sachs.

**Xiaocon Liu**
*Goldman Sachs Group Inc., Research Division*

This is Caroline Liu on for Heather. A question on your net expansion rate. So you've talked about how you expect it to be decelerating over time. Can you give some more color on how we should think about the net expansion rate going forward for the full year given the sales execution changes that you've made?

**Cynthia Gaylor**
*Senior VP & CFO*

So I think our view on net expansion hasn't really changed. We believe it will continue to decline just as the company's revenue is now at scale from a subscription perspective, but we remain at kind of a best-in-class rate, but we would expect it to continue to decline as you've seen in the last few quarters. And remember, it is subscription, so it's really coming off of the revenue waterfall of subscription, which is fairly consistent. So we expect it to decline, but we expect it to decline gradually, I guess, is maybe the best way to characterize it.

**Xiaocon Liu**
*Goldman Sachs Group Inc., Research Division*

Got it. And then on the 140 PKS customers that you currently have, can you talk about what types of customers they are? Are they existing or new? And then any color on the role that Dell and VMware has played on getting those customers on PKS?

**Robert C. Mee**
*CEO & Director*

Yes. So as we've brought PKS to market over the last 5 quarters, I'd say, the first half of that time period was really driven by Pivotal and particularly with our existing PAS customers expanding into PKS. As we predicted, VMware sales machine was going to take a little bit longer to spin up. And that they would drive new logos. And you can see with the 140 PKS logos, there have been a number of new logos and VMware's contribution to that has really accelerated over the last couple of quarters, and we continue to see that accelerating. We see their field continuing to be enabled. More and more VMware sales folks being able to sell PKS effectively. So I think the contribution there is very strong from VMware and will increase. From the Dell side, we see with things like Pivotal-ready architecture, which is a reference architecture that allows Pivotal, VMware and Dell all to be put together into an integrated vertical stack that, that helps drive us too.

**Operator**

Your next question comes from the line of Bhavan Suri from William Blair.

**Bhavanmit Singh Suri**
*William Blair & Company L.L.C., Research Division*

I guess, Rob, maybe first for you. I guess as you look at the sales organization, maybe historically and hopefully where it's headed to, I guess how are they communicating with customers as it relates to deciding between PAS and PKS. And how do customers sort of think about what product is right for them? Do they use both products? Do they start with one? And is some of the confusion around that? How should we think about how they're approaching that?

**Robert C. Mee**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's a really good question. I think from the point of view of existing customers who are running on PAS, they wouldn't really even consider putting their application workloads on PKS. They wouldn't want to really move them because they get so much productivity with PAS. That said, as PAS users, they've looked at a number of workloads, third-party applications and certain types of data workloads and so on that they've said, "Hey, these aren't really suitable for PAS. Where are we going to run these? Do we need to look outside of Pivotal for something else?" And I think having PKS has really answered that question and allowed them to move those workloads there. So for existing PAS customers, it's really, really very simple. When we've got new customers, it can get a little more complex, right? Because some folks can come in and say, "I need a Kubernetes platform," and then we're sort of saying, "Okay, well, let's talk about PKS." And you can't run applications there, but you can have more productivity on PAS so then you get into a conversation where you might initially sell them PKS and convince them that PAS is actually better for some of their workloads and that they can run these things consistently on both different parts of the platform. And so that complexity, I think, is going to get quite a bit simpler when we simply are able to say PAS is actually running on PKS, and PAS sort of is Kubernetes. Even though in the end actual operational result, it's not that different than today. From the market point of view and from customers sort of demanding Kubernetes, the fact that PAS will be running on Kubernetes will help them to feel that they don't have to make a decision one between the other. And that will help us with newer customers and getting them onto the platform more holistically.

**Bhavanmit Singh Suri**
*William Blair & Company L.L.C., Research Division*

Got it. Got it. And then a quick follow-up. Just to push back a little bit, sort of you've got the VMware sales force ramp and you've got Dell providing sort of the reference architecture. You've got guys like Accenture building up Incessant, Infosys, Perficient, et cetera. I guess with all of that activity, especially with the consultants, the SIs with CFO type of level relationships, I guess I'm trying to understand sort of -- I understand deal slippage, but customer counts or new adds or expansions -- is it the complexity associated with PKS and PAS? Is it the fact that they are still trying to figure out Kubernetes? But they are all building Pivotal and specific PCF practices. I'm just trying to sense sort of how that plays into sort of the slower customer count, the slipped deals, the lower guidance, because certainly hardware activity seems up, VMware has ramped a little bit, Dell is providing this, they don't sort of jive. So just trying to figure out what's happening there.

**Robert C. Mee**
*CEO & Director*

Yes. No, I get it. That's a good question. And I think if you look at the net expansion rate, I think that is being driven in part by lot of these partners having PCF practices and doing application modernization. If you look at the PKS count in logos, that's being driven by the partnership with Dell and VMware even though it's -- at the moment, it's relatively low impact in terms of our total bookings or total revenue. And I think you kind of put it out there nicely. That's a lot of activity and it should be driving a lot of momentum. And I think what that says to me is that we've got -- we do have a lot of momentum, and the future is looking really, really good. And the challenges of people taking longer to make decisions and some of that market confusion is holding us back at the moment, but I am truly optimistic about the future because I think we're really well positioned. And there is an awful lot of activity, there's a lot of great partnership. And we continue to do the same kind of work that we've always done with really amazing outcomes for strategic customers. So I do think the future is still very bright despite our challenges this quarter.

**Operator**

Your next question comes from the line of Matt Hedberg from RBC Capital Markets.

**Daniel Robert Bergstrom**
*RBC Capital Markets, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's Dan Bergstrom for Matt Hedberg. So to build off of few prior questions with the slipped deals, complexities around technologies, could you talk to initial deal sizes? I know they have been rather tight historically. Is that still the case? And then any change in the timing of expansion?

**Cynthia Gaylor**
*Senior VP & CFO*

Sure. So I think there hasn't been real changes to the average deal sizes outside of PKS tend to be smaller. So just our average initial deal tends to start in a couple hundred thousand dollar range and then increases to greater than $1 million over time. And then those kind of expand beyond there to, call it, $3 million to $5 million and then $5 million to $7 million and then $7 million to $10 million, and we have a few above those levels on an annualized basis. Our average revenue per customer from a subscription perspective on a trailing 12 months basis for Q1 would be $1.3 million. So we continue to see mainly driven by our net expansion there, that continues to tick upwards. But we haven't really seen any big movement in average deal size. I think PKS would be the notable one where those tend to be smaller, but as Rob said, we've seen some early expansions there, which is encouraging.

**Daniel Robert Bergstrom**
*RBC Capital Markets, LLC, Research Division*

Great. And then maybe to switch it up, just thinking about at all the Pivotal Labs work, what do you estimate is the share done by you versus partners? Any sense on how that's trended or how you'd like it to trend?

**Robert C. Mee**
*CEO & Director*

That's hard for us to measure. I mean we certainly know how much Pivotal Labs work we're doing, and we see our partners getting better and better at doing that kind of work. But we don't have a real way to actually measure how much work they're doing. And one of the things that I'm very interested in is how much consumption our partners influence on the platform as we see customers grow, especially when we're not working directly with them and we know partners are involved. But even there, it's hard to get metrics on that because we just don't own that data. So I don't have a great answer for how much Pivotal Labs style services our partners are doing. But the bulk of the work that I think our partners are really doing with our customers is application transformation and modernization. And we see a lot of that. We do a lot of projects where we actually do blended teams with ourselves and with our partners and with our customers. And then after a project or a couple of projects, we'll hand that off to the partners to run with and scale out. And they can do that quite effectively.

**Operator**

Your next question comes from the line of Raimo Lenschow from Barclays.

**David Rainville**
*Barclays Bank PLC, Research Division*

This is actually David Rainville on for Raimo today. Really nice -- Rob, really nice to see the PAS announcement for Kubernetes. And I guess you guys hinted to that at the recent Cloud's Foundry Summit with the [ Irene ] presentation in the keynote. As we think of that -- and you mentioned shipping it to customers for the first time in July of this year. As we think of like customers taking delivery of that product, should we expect any replatforming of applications that are currently on the PAS version on Diego and not -- and moving to a PKS/Kubernetes application going forward?

**Robert C. Mee**
*CEO & Director*

No. When we release PAS on PKS for GA, it's going to be just another upgrade. We will attempt to make that completely automated as all of our upgrades are. I think there is some additional complexity there. So there is a possibility that it will be -- there will be some additional complication. But right now, our view

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

is that when we are able to do that and bring PAS to general availability on Kubernetes that it will -- we'll actually be able to do just another upgrade.

**David Rainville**
*Barclays Bank PLC, Research Division*

Makes sense. And maybe just...

**Robert C. Mee**
*CEO & Director*

So no downtime for platform or applications.

**David Rainville**
*Barclays Bank PLC, Research Division*

Got it. Got it. And maybe just a follow-up to that. As you replatform your hybrid capabilities to Kubernetes, how do you see the competitive landscape evolving with the public cloud -- and you mentioned that earlier in the call -- public cloud players moving on-prem and capabilities like EKS and AKS from Microsoft. How do you are going to position the platform on Kubernetes against these guys in the hybrid world?

**Robert C. Mee**
*CEO & Director*

Yes. I mean I think the reality is that the value that Pivotal provides is at the higher layers. And we continue to build whatever kind of infrastructure is necessary for us to provide that higher-level value that really results in operational efficiency and develop productivity. And so as these infrastructure providers, whether it's public cloud providers or others are delivering container platforms -- container orchestration platforms on-prem, they just become more places for us to run our platform in the long run. Sure, do some of them compete with PKS? Yes. But in the long run, our strategy to provide higher levels of automation and productivity, it's -- it all helps us.

**Operator**

Your next question comes from the line of Alex Kurtz from KeyBanc Capital Markets.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

A couple of questions here. So just want to understand going back to what happened this quarter and looking to -- into next quarter. Was this really driven by new customers delaying deals or are these renewals? And then I have a follow-up after that.

**Cynthia Gaylor**
*Senior VP & CFO*

Yes. I would say, it's a little bit of both. We had some deals kind of across categories that slipped out of the quarter. And again, the good news there is they are very much in play and some of them have closed, but I think that's what you're seeing kind of in the balance sheet metrics for this quarter and then in the guide.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

These are mostly deals with existing customers. Is that a fair characterization?

**Cynthia Gaylor**
*Senior VP & CFO*

Well, as you know -- yes, expansions and renewal drives the larger dollars, but things like customer account and those types of things can also impact some of the numbers that you're looking at. So I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

would say, it's a mix of both, but the dollars consistently for us are driven by existing customers that are expanding or renewing.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

Okay. And then, Rob, just about what you're doing here with PAS on Kubernetes and thinking about PKS, the way that you -- the way it had been positioned us is that PKS was kind of a downmarket product, Kubernetes for the mass is much more affordable. And I'm a little worried that all this movement that you're making here to make PAS available on Kubernetes could be maybe an indication that the core platform, was just really too expensive for a lot of customers or that this whole process that you're working through now is just going to kind of dilute the ASPs and the deal sizes. So I was wondering if could kind of walk us through what that may look like over time.

**Robert C. Mee**
*CEO & Director*

I think continuing to offer PKS as well as PAS, PKS is going to continue to be a lower price point. Simply running containers on Kubernetes is a lower level of abstraction and less automation than what we do with PAS. And I think those things will continue. Our customers have really found a lot of value in the capabilities of PAS. And that's not going to diminish. It's only going to increase as we continue to evolve it and move it on to Kubernetes and continue building it. So I understand how you could arrive at a thesis that, that may happen. But from my vantage point, I wouldn't say that, that's the case. I think we're going to continue to have differentiation at the higher levels.

**Operator**

Your next question comes from the line of Jack Andrews from Needham.

**Jon Philip Andrews**
*Needham & Company, LLC, Research Division*

I want to ask about the legacy application modernization opportunity. I was wondering if your comments around the increasingly complex technology landscape really carry over to this particular area. When I think about specific types of applications that are written on mainframes and client server architectures, do this represent more straightforward opportunities for you? Or do they fall into this complexity issues that you're seeing more broadly?

**Robert C. Mee**
*CEO & Director*

Yes. I think that the complexity cuts across different types of application workloads and software development efforts, including modernization. And I think in the last couple of years, people have heard a lot of noise about the lift and shift, get things in containers and move them onto a platform. I think there has been some disillusionment in what that -- what the outcomes are that, that brings and folks have started talking about move and improve, which definitely gets closer to what we think of as application modernization and transformation. But when people say, should I do that on Kubernetes, should I do it on PAS, how much work do I need to do, how much is going to pay dividends for my different application workloads? All the choices that are available definitely adds complexity to the decision-making process. So I think that our newer offerings on top of Kubernetes are going to allow us to be in more conversations where we can provide the clarity to customers to help them navigate that, and say, "Hey, here are your workloads that really belong on Kubernetes directly and here are your workloads that you're going to better off doing modernization and putting on to an application platform like PAS." And as we engage with them and have those conversations at the high level, that's going to be good for our business and that's going to be good for the customers. So I think it'll help us simply be in more of those conversations and have a -- and be able to have more influence there.

**Operator**

Your next question comes from the line of Dan Ives from Wedbush Securities.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Daniel Harlan Ives**
*Wedbush Securities Inc., Research Division*

In light of the execution issues, what should give investors confidence that this is not going to continue to happen going forward? And ultimately, I mean, do you feel like this is the management team there that's going to become more proactive in terms of execution issues versus reactive in terms of, I think, what most investors are sort of viewing this quarter?

**Robert C. Mee**
*CEO & Director*

I mean, yes. Thanks for the question. I hope that we are proactive and we're definitely not sitting still or not looking at a much longer-term future. We don't -- we try not to look quarter-to-quarter. Obviously, we have these calls and we talk to you all, and we are responsible for reporting every

[Audio Gap]

really our focus and our vision is on a longer-time cycle and how are we really approaching these secular changes in technology and how do we take advantage of them and help our customers navigate. Because it is truly complex and things are moving very rapidly. And there is some -- folks need a lot of guidance through this and we need to remain focused on that and not just try to respond precipitously to one quarter or another.

**Operator**

Your next question comes from the line of Rakesh Kumar from UBS.

**Rakesh Kumar**
*UBS Investment Bank, Research Division*

One for Cynthia. So Q1 RPO growth came in at 10% and Q2 you're guiding for flat growth. How should we think about RPO growth in the second half?

**Cynthia Gaylor**
*Senior VP & CFO*

It's really too soon in the year, just -- it's too soon to tell. I mean, remember, RPO was impacted by timing of deals, renewals and contract duration. And so similar to last quarter, we're really only giving general ranges based on one quarter out. And so I think it's really too soon to tell in the year just based on deal timing and duration.

**Rakesh Kumar**
*UBS Investment Bank, Research Division*

Okay. And then if I may add a follow-up. One of the reasons you talk about is tech complex -- technology complexity and customers navigating Kubernetes landscape. And when I think about your Labs expertise, that division itself is designed to kind of guide customers to better navigate this transformation. So should we think about a greater focus on that area, specifically within services business? Or how should we think about...

**Robert C. Mee**
*CEO & Director*

Excellent question. It is, yes. That is a strength and that is one way our services are very strategic and we can help guide customers through the change. I mean even through the changing Pivotal technology, right, there's a lot of complexity in that alone, not to mention the rest of the technology landscape. So I think it is something that we're going to continue to focus on, and it is helpful to us and it's helpful to our customers. So we will rely on it going forward.

**Rakesh Kumar**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

If I may add one more. Nice to see subscription gross margins move up, but services margins have ticked down sequentially for the last 2 quarters? How should we think about services gross margins as we go from here?

**Cynthia Gaylor**
*Senior VP & CFO*

So I think what you're seeing in the last couple of quarters is services has been a little bit lighter than we were expecting. And so when you think about how that runs, we can't level set kind of in quarter. So it impacts our utilization and it impacts the margin kind of in quarter. So we would expect that to improve as we go into the back half of the year, but we'd also say that the year will be more back-end loaded in that regard as well.

**Operator**

There are no further questions at this time. Rob, I turn the call back over to you.

**Robert C. Mee**
*CEO & Director*

All right. Well, thank you, everyone, for joining us today and thank you for your questions. And we look forward to talking to you in future quarters. Thanks very much.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.