Exhibit 21

EQUITY RESEARCH INITIATION



# RBC Capital Markets

RBC Capital Markets, LLC
**Matthew Hedberg** (Analyst)
(612) 313-1293
matthew.hedberg@rbccm.com
**Ross MacMillan** (Analyst)
(212) 428-7917
ross.macmillan@rbc.com

**Dan Bergstrom** (Analyst)
(612) 313-1254
dan.bergstrom@rbccm.com
**Matthew Swanson** (Senior Associate)
(612) 313-1237
matthew.swanson@rbccm.com

May 15, 2018

# Pivotal Software Inc

## These are Pivotal times; initiate at Sector Perform with $21 price target

**Our view:** Pivotal's goal is to transform how organizations build cloud-native software leveraging its Pivotal Cloud Foundry software platform and Labs services. As the mix-shift to software progresses, the financial model has the potential to increase growth and margins. We launch coverage with a Sector Perform rating and $21 PT, as we have a positive bias but look for a more attractive entry or faster mix-shift to software.

### Key points:

**Exposed to large and growing markets:** According to Gartner, the Platform-as-a-Service market will be $16.0B in 2018, growing to $29.0B by 2021, representing a 22% CAGR. Gartner also indicates that spending on application infrastructure, middleware, and development solutions is set to be $43.2B in 2018, growing to $51.4B by 2021, representing a 6% CAGR.

**A modern software development platform for the hybrid-cloud world:** Pivotal Cloud Foundry (PCF) is a cloud-native application software development platform that accelerates and streamlines software development. In addition to on-premise deployment, PCF works with all three of the major public cloud vendors. This avoids the perception of public cloud lock-in and enables applications to run where best suited, be it on premise or in the public cloud. Effectively a developer can focus on building an application once, with the ability to deploy it anywhere.

**Labs supports PCF expansion:** Some customers use Labs to drive successful utilization of PCF. Historically there is a positive correlation between customers using Labs and the expansion of PCF usage, with the differential in customers who have used Labs expanding PCF usage 1.5x more than non-users. Rather than just giving a customer a fish, in essence Labs teaches them how to fish, and the fishing pole is PCF. Going forward, partners will increasingly be relied upon to deliver services, which should aid growth and margins. Monitoring the progress of the mix-shift (which we assume moves from 51/49% software/services in FY/18A to 71/29% in FY/21E) while showing accelerating customer adds and higher net dollar expansion will likely be key to the thesis.

**Potential catalysts:** 1) acquiring new customers more quickly than expected; 2) up-selling its base, which would show up as higher net dollar expansion; 3) new product introduction; and 4) leveraging partners for scaling/offloading Labs.

**Thinking through valuation and our rating:** We like the opportunity for revenue growth and margin expansion but also recognize that at our $21 price target, shares seem fairly valued at 10x software and 2.5x services on CY/19E EV/S. We maintain a positive bias on the fundamentals and look for evidence of accelerating software growth, customer additions and expansion, and incrementally more software vs. services revenue.

## Sector Perform
NYSE: PVTL; USD 18.89

## Price Target USD 21.00

## Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 15.00 | 18.89 | 21.00 | 26.00 |
| | ↓ 21% | | ↑ 11% | ↑ 38% |

*Implied Total Returns

## Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 291.0 | Market Cap (MM): | 5,497 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | NA |

Strategic Ownership: Dell Technologies, including its VMware subsidiary, owns approximately 175 million shares of Class B common stock, which represents approximately 69% of the total outstanding shares of common stock and approximately 96% of the combined voting power.

## RBC Estimates

| FY Jan | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|
| **Revenue** | 509.4 | 624.8 | 785.3 | 988.2 |
| **EPS, Adj Diluted** | (0.49) | (0.44) | (0.24) | 0.04 |
| **P/AEPS** | NM | NM | NM | NM |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 121.2A | 126.0A | 129.0A | 133.2A |
| 2019 | 140.6E | 153.1E | 161.8E | 169.4E |
| 2020 | 186.5E | 196.0E | 196.6E | 206.2E |
| **EPS, Adj Diluted** | | | | |
| 2018 | (0.17)A | (0.11)A | (0.11)A | (0.10)A |
| 2019 | (0.13)E | (0.10)E | (0.10)E | (0.11)E |
| 2020 | (0.06)E | (0.05)E | (0.05)E | (0.07)E |

All values in USD unless otherwise noted.

Disseminated: May 15, 2018 00:44ET; Produced: May 15, 2018 00:44ET   Priced as of prior trading day's market close, EST (unless otherwise noted).

For Required Conflicts Disclosures, see Page 45.
RBC Capital Markets appreciates your consideration in the 2018 Institutional Investor All-America Research Team survey.

## RBC Capital Markets

## Target/Upside/Downside Scenarios

Exhibit 1: Pivotal Software Inc



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Target price/base case

We calculate our base-case price target of $21 using a 7.3x EV/S multiple on our CY/19E revenue estimate of $785.3M. This multiple is essentially in line with fast-growing software peers at 7.6x. We believe our price target and multiple are warranted due to an attractive growth profile, a mix-shift to higher gross margin software, and the opportunity for upside to growth expectations.

### Upside scenario

Our upside case of $26 is based on revenue growth of 33% in CY/19 and 31% in CY/20, or 750 and 500 bps, respectively, above our base case estimates. To reach this level of growth, we believe there would need to be some combination of higher cross-selling, better new customer additions, and an overall better macro environment. We believe upside to revenue and margins could point to 7.8x CY/19E EV/S, or a slight premium to fast-growing subscription software peers.

### Downside scenario

Our downside case of $15 is based on revenue growth of 21% in CY/19 and 21% in CY/20, or 500 bps below our base case estimates both years. To reach this level of growth, we believe there would need to be a fall-off in tech spending, less success expanding into new customers, and lower renewal rates. Additionally, with a less attractive growth and margin profile, we believe the stock could receive a lower multiple. We believe downside to revenue and margins could point to a 5.2x CY/19E EV/S, which would be a discount to peers.

## Investment summary
## High-level overview of Pivotal

Pivotal primarily addresses the large and growing Platform-as-a-Service or PaaS market, which is expected to be $16.0 billion in 2018, growing to $29.0 billion by 2021, representing a 22% compound annual growth rate (CAGR). We think the company should be able to grow its subscription revenue at above market growth rates due in part to its partner ecosystem, which is significant and over time should help with revenue growth and improved profitability. At the end of FY/18, the trailing four-quarter dollar-based net expansion rate was 158%, above 150% in the prior six quarters. This metric measures the amount of expansion with existing customers and is best-in-class. Higher expansion rates will support the mix-shift toward subscription revenue, which is the primary driver of both gross margin expansion and profitability. Over time we expect that overall gross margins could trend to 80%+ with operating margins between 20–25%, which would put it more in line with peers. We believe a Sector Perform rating is appropriate given the company's above-average growth with less profitability.

### Potential catalysts

(1) Acquiring new customers at a faster rate than expected; (2) cross-selling and up-selling its base, which would show up as higher net dollar expansion rates; (3) new product introduction; (4) expanded channel distribution, primarily leveraging GSIs; (5) faster expansion into international markets; and (6) accelerated adoption of hybrid-cloud application deployment.

### Risks

(1) If the company is unable to leverage partners to deliver services, a mix-shift to software vs. services is less likley; (2) Pivotal is a controlled company and Dell Technologies can exercise control over matters requiring shareholder approval; (3) subscription revenue dependent upon renewals and expansion; (4) transactions processed through DellEMC and VMware accounted for 37% of FY/18 revenue and could fluctuate; and (5) a large number of shares are currently restricted from resale as a result of market standoff and "lock-up" agreements; according to our math, the lock-up expires around October 17, 2018.

 **RBC Capital Markets**

# Key questions

**Our view**

| | |
|---|---|
| 1. **What does the competitive landscape look like and why does Pivotal win?** | The competitive landscape is extremely diverse and incudes legacy or homegrown solutions, Platform-as-a-Service (PaaS) vendors such as Red Hat OpenShift or native public cloud providers such as AWS, Azure, or GCP.  In talking to customers, we were impressed with the number of legacy applications re-written on PCF. In doing due diligence, we also found that in a bake-off, a variety of vendors would often be represented, but we think Red Hat's OpenShift will likely see most of the attention vs. others due to scale. In talking to customers, we generally found more OpenShift use in the public cloud (OpenShift embraced containers and Kubernetes earlier) vs. PCF where more of the applications seem to run on premise in a private cloud.  One of the more significant ways in which Pivotal differentiates itself is Labs, as customers believe there is value in applying agile coding to the PCF platform. Given that PCF now supports containers and Kubernetes, we believe Pivotal's public cloud usage should increase. |
| 2. **How do we think about DellEMC as a parent?** | Overall, we believe DellEMC will let Pivotal act as an independent company and aid its go-to-market momentum. Pivotal was formed through the combined assets of DellEMC and VMware in 2013. Transactions processed through strategic partners under their agency agreements with DellEMC and VMware generated 46% of total revenue in FY/16, 44% of total revenue in FY/17, and 37% of total revenue in FY/18. Post the IPO and the over-allotment, Dell Technologies, including its VMware subsidiary, owns approximately 175 million shares of Class B common stock, which represents approximately 69% of the total outstanding shares of common stock and approximately 96% of the combined voting power. |
| 3. **Can it successfully grow customers this year after focusing on expansion within its install base last year?** | After adding 95 customers in FY/17, Pivotal added 44 in FY/18, which we think will expand by 60 or more in FY/19E. In FY/18, the company made a deliberate effort to expand within its base, which was evident with 158% net dollar expansion. Going into FY/19, we feel confident about its pipeline of deals, while we are conservatively forecasting a slight decline in the net dollar expansion rate to 135%. In addition to the company's direct effort, we believe its growing ecosystem of partners could help it accelerate customer adds in FY/19 and beyond. |
| 4. **Can it successfully transition services/Labs work to GSIs?** | Leading enterprise technology providers have launched dedicated practices focused on implementing PCF and providing Labs-like services. These enterprise technology providers include Accenture, Capgemini, CGI, and Cognizant. These GSIs create leverage for Pivotal by applying their cloud-native platform agile software development techniques to their own customer ecosystem. They also have begun to deliver co-development, application transformation, and PCF implementation services. The area we will be watching closely is the success they have with GSIs and supplementing their internal works with Labs.  Given that the services business had gross margins of 23.6% in FY/18, successfully transitioning services and Labs work to the channel could not only help with new customer addition/satisfaction, but also help Pivotal with a revenue mix-shift to higher-margin software business. |
| 5. **How do we think about valuation?** | Given Pivotal's operating losses and ~50/50% split of software and services, we rely on a sum-of-the-parts EV/S analysis with a DCF overlay. To derive our $21 target, we apply 10x software and 2.5x services on CY/19E revenue or 7.1x software and 2.5x services on CY/20E. In total, this implies 7.3x 2019E EV/S and 5.8x 2020E EV/S, which we think are fair multiples given the company's mid-20% growth outlook that is likely biased higher. |

**RBC Capital Markets**                                                    Pivotal Software Inc

# Table of contents

**Executive summary** .................................................................................................**5**

Quick thumbnail description of Pivotal .......................................................................5

Key points to consider ................................................................................................6

Thinking through valuation and our rating .................................................................7

Risks to rating and price target ...................................................................................7

**Key investment points** ..........................................................................................**8**

A modern software development platform built for a  hybrid-cloud world ..............8

Large and growing market opportunity ...................................................................10

Consistent revenue growth ......................................................................................11

Growing PCF ecosystem ...........................................................................................12

Strong initial enterprise adoption ...........................................................................13

Well represented customers in multiple verticals ...................................................15

Best-in-class dollar expansion metrics ....................................................................15

Backlog and RPO are meaningful metrics to watch ................................................16

Mechanics of PCF revenue growth...........................................................................17

Mix-shift to subscription revenue… .........................................................................19

…could lead to faster overall revenue growth… .....................................................20

…and ultimately drive margin expansion ................................................................21

Deferred revenue and subscription billings ............................................................23

Cash from operations and free cash flow ................................................................24

Labs to support PCF expansion ................................................................................24

Strategic relationships with DellEMC, VMware, GE, and Ford.................................25

Expanding international operations, a likely driver .................................................26

Culture: Do the right thing, do what works and be kind..........................................27

**Thinking through valuation** ...............................................................................**28**

Sum-of-the-parts EV/S analysis ...............................................................................31

DCF analysis..............................................................................................................32

Sensitivity analysis...................................................................................................33

**Company background, timeline, and recent events**...........................................**34**

Company background ...............................................................................................34

Company timeline .....................................................................................................35

Recent developments ...............................................................................................36

**The competitive landscape**.................................................................................**37**

**Technology and products** ...................................................................................**38**

Building blocks of a Platform-as-a-Service or PaaS .................................................38

Pivotal Cloud Foundry (PCF)......................................................................................39

Labs ..........................................................................................................................41

**Key management** ................................................................................................**42**

**Board of directors**..............................................................................................**43**

*36*

**RBC Capital Markets**

# Executive summary

### Quick thumbnail description of Pivotal

Formed in 2013 through combined assets from DellEMC and VMware, Pivotal provides a cloud-native application software development platform called Pivotal Cloud Foundry (PCF) that accelerates and streamlines software development by reducing the complexity of building, deploying and operating new cloud-native applications and modernizing legacy applications. This enables customers' development and IT operations teams to spend more time writing code and deploying applications and less time on mundane tasks or expensive re-writes. Additionally, PCF customers can accelerate their adoption of modern software application development through their strategic services unit, Pivotal Labs or simply Labs. The company had 319 enterprise subscription customers at the end of FY/18 across a wide-variety of verticals including automotive and transportation, industrial and business services, financial services, healthcare and insurance, technology and media, consumer and communications and government sectors.

- PCF integrates several software technologies to provide what we commonly refer to as a Platform-as-a-Service or PaaS. PCF combines open-source software with proprietary software to provide organizations a platform to develop and manage hybrid-cloud applications; that is an application that can be deployed on an enterprise's private cloud or leading public-cloud environments such as Amazon Web Services (AWS), Microsoft Azure (Azure), Google Cloud Platform (GCP), VMware vSphere and OpenStack. PCF is sold on a subscription basis.
- Labs software development experts deliver strategic services that transfer the expertise for enterprises to accelerate their hybrid-cloud transformation by implementing modern agile software application development practices. With Labs, Pivotal help customers co-develop new applications and re-write legacy applications while accelerating software development, streamlining IT operations and ultimately driving self-sustaining business transformation. Labs is sold on a time and materials basis and recognized over time as services are delivered.

Exhibit 2: Pivotal Cloud Foundry (PCF)



Source: Company reports

**Matthew Hedberg,** (612) 313-1293; matthew.hedberg@rbccm.com   5

*37*



**RBC Capital Markets**

Pivotal Software Inc

## Key points to consider

- **A modern software development platform for the hybrid-cloud world:** Pivotal provides a cloud-native application software development platform called Pivotal Cloud Foundry that accelerates and streamlines software development by reducing the complexity of building, deploying and operating new cloud-native applications and modernizing legacy applications. In addition to deploying PCF on premise, it also works with all three of the major public cloud vendors. This allows organizations to avoid the perception of public cloud lock-in and applications to run where they are best suited, be it on premise or in the public cloud. Effectively a developer can focus on building an application once with the ability to deploy it anywhere; which is how we describe the hybrid-cloud.

- **Large and growing market opportunity:** According to Gartner, the Platform-as-a-Service or PaaS market is expected to be $16.0 billion in 2018, growing to $29.0 billion by 2021, representing a 22% compound annual growth rate (CAGR). Additionally, Gartner indicates spending on application infrastructure, middleware and development solutions is expected to be $43.2 billion in 2018, growing to $51.4 billion by 2021, representing a 6% CAGR.

- **Growing PCF ecosystem:** Pivotal's partner ecosystem is significant and overtime should help with revenue growth and improved profitability. There are four layers to the company's partner ecosystem including public cloud providers, global system integrators (GSIs), independent software vendors (ISVs), and strategic partners.

- **Strong initial enterprise adoption:** Pivotal targets the Global 2000 as its customer base. As of FY/18, the company had 319 total subscription customers (up 44 from 275 the prior year) which includes approximately 75 of the Fortune 500. For FY/19 and FY/20, we expect the company could accelerate new customer adds as we forecast them adding 60 and 72 customers in FY/19 and FY/20 respectively.

- **Attractive growth profile:** Subscription revenue was $95.0 million, $150.0 million and $259.0 million for FY/16, FY/17 and FY/18, respectively, representing year-over-year growth of 58% and 73% for the two most recent fiscal years. For both FY/19 and FY/20, we conservatively forecast subscription growth of 40%.

- **Best-in-class dollar expansion metrics:** At the end of FY/18, the trailing four-quarter dollar-based net expansion rate was 158% and was above 150% the prior six quarters. This metric measures the amount of expansion with existing customers. Going forward and for the next few years, we conservatively expect the trailing four-quarter dollar-based net expansion rate to be in the mid 130%-range.

- **Mix-shift to subscription revenue driving gross margin expansion:** FY/18 was the first year in which subscription revenue effectively equaled services revenue. Over time, we expect that subscription revenue will become a larger percentage (perhaps 80%+) of total revenue as customers continue to adopt PCF and as their partner ecosystem continues to ramp to directly deliver strategic services to customers. As this mix-shift to higher gross margin software (we estimate 90%) unfolds, we expect overall gross margins could trend to 80%+ with operating margins between 20-25%.

- **Labs to support PCF expansion:** Some customers use Labs to drive successful outcomes and utilization of PCF. Historically there is a positive correlation between customers using Labs and the expansion of their PCF subscriptions, with the differential in customers who have used Labs expanding their PCF usage 1.5x more than those who have not used Labs. Optimizing this synergy, by leveraging their Labs offering and increasingly relying on partners to deliver platform-related services to customers is a key aspect of Pivotal's strategy.

- **Strategic relationships with DellEMC and VMware:** Pivotal was formed with through the combined assets of DellEMC and VMware in 2013. Transactions processed through strategic partners under their agency agreements with DellEMC and VMware generated 46% of total revenue in FY/16, 44% of total revenue in FY/17 and 37% of total revenue in

*38*

**RBC Capital Markets**                                                     Pivotal Software Inc

FY/18. In addition, Pivotal Container Service or PKS includes VMware NSX to programmatically manage software-based virtual networks and is integrated with VMware tools such as vRealize Operations Manager, vSAN network storage and Wavefront.

## Thinking through valuation and our rating

- Pivotal is a combination of a rapidly growing and high margin recurring software business and a strategic, but lower growth and margin services business.
- To address both revenue growth and a lack of profitability, we settled on a 50-50% blend between: 1) a sum-of-the parts EV/S multiple that looks at software (51% of revenue in FY/18) and services (49% of revenue in FY/18); and 2) a 15-year DCF, which gives it credit for expanding margins over time.
- In terms of the comp group, we use a blend of higher margin software peers such as NOW, NTNX, PANW, RHT, SPLK, TEAM, TLND and VMW and lower margin services peers such as CAN, EPAM, GLOB and LXFT.
- In sum, we like the opportunity for long-term revenue growth and margin expansion but also recognize the stock is up 27% vs. its IPO at $15 as we launch coverage with a Sector Perform rating and $21 target based on CY/19 estimates.
- To derive our $21 target, we apply 10x software and 2.5x services on CY/19E revenue or 7.1x software and 2.5x services on CY/20E. In total, this implies 7.3x 2019E EV/S and 5.8x 2020E EV/S, which we think is a fair multiple given the company's mid-20% growth outlook that is likely biased higher.
- Our 15-year DCF points to $21 using a 16% revenue CAGR from 2018-2032, a 4% terminal growth rate, operating margins of 25%, a 20% tax rate and a WACC of 10%.
- We maintain a positive bias, as we would look for a more attractive entry point or more evidence of a faster migration to software.

## Risks to rating and price target

- Limited operating history as an independent company.
- Pivotal is a controlled company and Dell Technologies can exercise control over matters requiring shareholder approval.
- Subscription revenue dependent upon renewals and expansion.
- Sales cycles tend to be long, somewhat unpredictable and seasonal.
- Substantial losses to date and break-even not expected until FY/21E.
- Does not control open-source technologies and may be unable to predict future direction or market appeal.
- Transactions processed through DellEMC and VMware accounted for 37% of FY/18 revenue.
- A large number of shares are currently restricted from resale as a result of market standoff and "lock-up" agreements. These shares will become available to be sold 180 days after the IPO. According to our math, the lock-up expires around October 17, 2018. Shares held by directors, executive officers and other affiliates will be subject to volume limitations under Rule 144 under the Securities Act and various vesting agreements.

 **RBC Capital Markets**                                                                    Pivotal Software Inc

# Key investment points

## A modern software development platform built for a hybrid-cloud world

Pivotal provides a cloud-native application software development platform called Pivotal Cloud Foundry (PCF) that accelerates and streamlines software development by reducing the complexity of building, deploying and operating new cloud-native applications and modernizing legacy applications. This enables customers' development and IT operations teams to spend more time writing code and deploying applications and less time on expensive application re-writes. In addition to deploying PCF on premise in a private cloud, it also works with all three of the major public cloud vendors. This allows organizations to avoid the perception of public cloud lock-in and applications to run where they are best suited, be it on premise or in the public cloud. Effectively a developer can focus on building an application once with the ability to deploy it anywhere; which is how we describe the hybrid-cloud.

PCF gives customers a consistent developer interface for application deployment and operation across private, public and multi-cloud environments. For example, no software changes are required to move software running on PCF between an AWS public cloud environment and a vSphere private cloud. Enterprises have the flexibility to run their applications on the cloud of their choice, and developers do not need to customize or change applications to target a different underlying infrastructure.

Exhibit 3: Pivotal Cloud Foundry (PCF)

## Hybrid Cloud



### Public Cloud | Private Cloud



 





Source: Company reports

## Challenges with legacy application development solutions

- **Protracted development cycles and low developer productivity:** Developing software using the legacy waterfall method often results in a linear process prone to delays and developer downtime. Additionally, with legacy IT, developers often waste time waiting for a proper development environment to be created. As a result, many enterprises experience elongated development cycles and low developer productivity. A Forrester study found that 72% of developers spend less than three hours a day productively writing code.

*40*



**RBC Capital Markets**                                                                    Pivotal Software Inc

- **Operational inefficiencies**: Legacy approaches to application development create operational inefficiencies when many people are dedicated to keeping existing applications running and performing routine systems administration tasks. An IDC survey showed that IT personnel devote over 70% of their time to routine service request approval, monitoring, troubleshooting, provisioning, security patching and configuration management. As a result, resources that could be allocated to developing and deploying innovative software are diverted to non-strategic tasks.

- **Lack of flexibility to use multiple clouds**: Enterprises want to optimize for performance and cost in choosing among private, public and hybrid-cloud environments. IDC expects more than 90% of enterprise IT organizations will commit to multi-cloud architectures by 2020. They want the flexibility to choose from a variety of cloud environments as well as to move workloads among these cloud environments. However, if they deploy workloads directly into a single vendor's public cloud environment, they face the prospect of being "locked in" due to the difficulty in moving the application to a different cloud platform without rewriting the entire application. Therefore, enterprises need a platform that provides consistent development and operational capabilities across all types of clouds.

- **Integration complexity**: Legacy approaches to software development and IT operations have resulted in a patchwork of third-party tools, middleware, software components and operating systems. In addition to the operational complexity of managing IT infrastructures, significant effort is required to integrate these items.

- **Lack of enterprise-grade platform to leverage open-source software**: Large enterprises have strict IT requirements regarding the availability and scalability of software that they use. Moreover, some of the most innovative technologies, including containers, big data stores, developer frameworks and machine learning, are open-source software. Open-source software that meets these availability and scalability requirements is available but requires significant investment by enterprises to adopt these technologies. Given the complexity and risk in adopting, integrating and maintaining an array of open-source technologies, we believe organizations need a secure and stable platform in order to leverage open source. The software must be highly available and resilient because it needs to run mission-critical applications that can rarely go down.

### PCF and Labs are a paradigm shift to application development

PCF and Labs break down these legacy application development challenges by providing customers with a cloud-native platform to accelerate and streamline software development.

PCF combines a set of key platform components, which include:  a multi-cloud orchestration foundation, an embedded operating system, a central security and credential framework, a built-in container networking and security engine, a scalable application middleware environment and application and data micro-services technologies.

Labs software development experts deliver strategic services that transfer the expertise for enterprises to accelerate their cloud-native transformation by implementing modern agile development practices. With Labs, Pivotal helps customers co-develop new applications and transform existing ones while accelerating software development, streamlining IT operations and ultimately driving self-sustaining business transformation.

Through this combination of PCF and Labs, many of their customers we spoke with saw developer productivity increase by 50% or more and dramatically increased the frequency of software releases, sometimes moving from a semi-annual to a weekly or daily production release cadence.



## RBC Capital Markets

Exhibit 4: Pivotal Cloud Foundry (PCF)



Source: Company reports

## Large and growing market opportunity

According to Gartner, the Platform-as-a-Service or PaaS market is expected to be $16.0 billion in 2018, growing to $29.0 billion by 2021, representing a 22% compound annual growth rate (CAGR). Additionally, Gartner indicates that spending on application infrastructure, middleware and development solutions is expected to be $43.2 billion in 2018, growing to $51.4 billion by 2021, representing a 6% CAGR.

Exhibit 5: Expanding market opportunity



Source: Gartner

*42*

**RBC Capital Markets**

## Consistent revenue growth

The following exhibit illustrates the growth in total revenue, which represents a 25% CAGR from FY/18A to FY/21E.

Exhibit 6: Total revenue ($M)



Source: Company reports, RBC Capital Market estimates

Looking at revenue by line item, it is clear that software is the driver of overall revenue growth and ultimately margin expansion.

*43*

## RBC Capital Markets

Pivotal Software Inc

Exhibit 7: Total revenue ($M)



| | FY/17A | FY/18A | FY/19E | FY/20E | FY/21E |
|---|---|---|---|---|---|
| **Subscription (M)** | $150 | $259 | $362 | $508 | $700 |
| **Services (M)** | $266 | $250 | $263 | $278 | $288 |
| | **FY/17A** | **FY/18A** | **FY/19E** | **FY/20E** | **FY/21E** |
| **Subscription (%)** | 36% | 51% | 58% | 65% | 71% |
| **Services (%)** | 64% | 49% | 42% | 35% | 29% |
| | **FY/17A** | **FY/18A** | **FY/19E** | **FY/20E** | **FY/21E** |
| **Subscription (Y/Y growth)** | 58% | 73% | 40% | 40% | 38% |
| **Services (Y/Y growth)** | 43% | -6% | 5% | 6% | 4% |

Source: Company reports, RBC Capital Market estimates

## Growing PCF ecosystem

Pivotal sells PCF and Labs to the G2K and software-focused customers outside the G2K primarily through its direct sales force, but increasingly it is seeing leverage by jointly selling through its partners. We believe Pivotal's partner ecosystem is significant and overtime should help with revenue growth and improved profitability.

There are four layers to the company's partner ecosystem including public cloud providers, global system integrators (GSIs), independent software vendors (ISVs), and strategic partners.

- **Public Cloud:** Pivotal works with all three of the major public cloud vendors including Amazon, Microsoft and Google and drive workloads to their public cloud platforms.
- **GSIs:** Leading enterprise technology providers have launched dedicated practices focused on implementing PCF and providing Labs-like services. These enterprise technology providers include Accenture, Capgemini, CGI and Cognizant. These GSIs create leverage for Pivotal by applying their cloud-native platform agile software development techniques to their own customer ecosystem. They also have begun to deliver co-development, application transformation and PCF implementation services.

*44*

**RBC Capital Markets**

Pivotal Software Inc

- **ISVs:**  Pivotal Services Marketplace (PSM) has over 75 ISVs offering services integrated with their platform. These ISVs include Apigee, AppDynamics, Black Duck, Dynatrace, MongoDB, MuleSoft, New Relic, Redis Labs, Solace and Splunk.

Exhibit 8: Select ISV partners



Source: Company reports

- **Strategic Partners:**  Pivotal jointly markets and sells products and services with DellEMC and VMware.

The area we will be watching closely is the success it has with GSIs and supplementing its internal work with Labs.  Given the services business had gross margins of 23.6% in FY/18, successfully transitioning services and Labs work to the channel not only could help with new customer addition/satisfaction, but can also help Pivotal with a revenue mix-shift to higher margins software.

## Strong initial enterprise adoption

Pivotal targets the G2K, government agencies and software focused customers outside the G2K as its primary customer base. The company counts a subscription customer if they spend at least $50,000 in annual revenue. While it may enter into subscription agreements with multiple parties inside a larger organization, it only counts a customer if it represents a unique global ultimate parent. In the case of the US government, it counts US government departments and major agencies as unique subscription customers.

As of FY/18, the company had 319 total subscription customers (up 44 from 275 the prior year) which includes approximately 75 of the Fortune 500. For FY/19 and FY/20, we expect the company will add 60 and 72 customers respectively.



**RBC Capital Markets**

Exhibit 9: Subscription customer additions, quarterly and annually





Source: company reports and RBC Capital Market estimates

In FY/18, the company added fewer customers than in previous years as it was focused primarily on renewals and expansion of existing customer subscriptions. However, with the recent launch of PCF v2.0, including the release of PKS, we believe management will focus on increasing new customers aided by a strong pipeline.

*46*



## RBC Capital Markets

### Well represented customers in multiple verticals

The following exhibit illustrates the diversity of the customer base with some specific customers.

Exhibit 10: Vertical representation



Source: Company reports

Exhibit 11: Various customers





Source: Company reports

### Best-in-class dollar expansion metrics

We believe that the dollar-based net expansion rate is an important measure for Pivotal because it is an indicator of customers' expanded use of the platform. The dollar-based net expansion rate compares subscription revenue from a common group of customers on a trailing four-quarter basis.

At the end of FY/18, the trailing four-quarter dollar-based net expansion rate was 158% and it was above 150% the prior six quarters. Going forward and for the next few years we conservatively expect the trailing four-quarter dollar-based net expansion rate to be in the mid 130%-range.

*47*

**RBC Capital Markets**

Exhibit 12: Dollar-based net expansion rate



Source: company reports and RBC Capital Market estimates

## Backlog and RPO are meaningful metrics to watch

Management defines backlog as the future amount that has not been invoiced under customer agreements. We refer to that as the summation of Revenue Performance Obligation or RPO and the amount that has been invoiced and reflected as deferred revenue on the balance sheet.

As of February 3, 2017 and February 2, 2018, Pivotal had backlog of approximately $475 million and $820 million, respectively. Management expect to recognize approximately 50% of these amounts as subscription or services revenue over the next 12 months and the remainder thereafter.

Exhibit 13: Deferred revenue ($M), RPO ($M), Backlog ($M), and subscription revenue ($M)

|  | FY/17A | FY/18A | y/y growth |
|---|---|---|---|
| Deferred revenue | 243 | 317 | 31% |
| ST deferred revenue | 177 | 260 | 47% |
| LT deferred revenue | 66 | 57 | -13% |
| RPO | 232 | 503 | 116% |
| Backlog | 475 | 820 | 73% |
|  |  |  |  |
| Subscription revenue | 150 | 259 | 73% |

Source: company reports

For FY/18A, importantly both RPO with 116% growth and short-term deferred revenue with 47% growth grew faster than long-term deferred revenue, which actually declined 13%. To us, this is a good indicator of future performance and predictability.

*48*



**RBC Capital Markets**

Although backlog consists of both software and services, for this analysis we simply assume backlog contains software, which is probably pretty close to accurate as services revenue is sold on a time and materials basis and recognized over time as services are delivered.

Backlog ending FY/17A was $475 million and assuming 50% of that is recognized as subscription revenue over the next 12 months, it would imply $238 million or $21 million less than what the company recognized in subscription revenue for FY/18A.

Backlog ending FY/18A was $820 million and assuming 50% of that is recognized as subscription revenue over the next 12 months, it would imply $410 million, or $48 million more than what we currently forecast for FY/19 subscription revenue.

## Mechanics of PCF revenue growth

PCF contracts are generally for between one and three years and pricing is based on the number of applications and workload. Typically, they bill customers annually in advance, although for some multi-year contracts, customers pay the full contract amount in advance. To a lesser extent, they generate revenue from certain historical software products sold on a perpetual license basis. Perpetual license revenue represented less than 10% of total revenue in FY/16 and was 2% or less of total revenue in FY/17 and FY/18. Historically new customer ARR was between $400-500 thousand and we assume that stays consistent going forward.



**RBC Capital Markets**

Exhibit 14: Mechanics of subscription revenue growth

| | FY/17A | FY/18A | FY/19E | FY/20E | FY/21E |
|---|---|---|---|---|---|
| **Total subscription customers** | 275 | 319 | 379 | 451 | 533 |
| **Expansion rate** | 163% | 185% | 135% | 136% | 134% |
| **Expansion revenue (M)** | **$130** | **$248** | **$349** | **$492** | **$682** |
| **Net new customers** | 95 | 44 | 60 | 72 | 82 |
| **ARR/new subscription customer (000)** | $400 | $500 | $450 | $425 | $400 |
| **New subscription customer revenue (M)** | **$20** | **$11** | **$13** | **$16** | **$18** |
| **Total subscription revenue (M)** | **$150** | **$259** | **$362** | **$508** | **$700** |



| | FY/17A | FY/18A | FY/19E | FY/20E | FY/21E |
|---|---|---|---|---|---|
| **Existing subscription customer revenue (M)** | $130 | $248 | $349 | $492 | $682 |
| **New subscription customer revenue (M)** | $20 | $11 | $13 | $16 | $18 |

Source: Company reports, RBC Capital Market estimates

Within this framework, key drivers are total subscription customers, net dollar expansion rate, new subscription customers and ARR/new subscription customer. As shown above, most of our subscription revenue growth assumptions are based on expansion within the existing base vs. new subscription customer revenue in the year they are signed.

The following exhibit illustrates how we think about building a revenue forecast for PCF and subscription revenue.



# RBC Capital Markets

Pivotal Software Inc

Exhibit 15: Mechanics of subscription revenue growth

**Expansion subscription revenue**

| | Q2/17A | Q3/17A | Q4/17A | Q1/18A | Q2/18A | Q3/18A | Q4/18A | | | Q1/19E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total subscription revenue (M)** | $36 | $38 | $47 | $53 | $65 | $66 | $75 | | | $79 |
| **TTM subscription revenue (M)** | | | | (1) $174 | $203 | $232 | $259 | | | $284 |
| **Net expansion rate** | | | | | | | 158% | (2) | | 156% |
| **Net expansion dollars (M)** | | | | | | | | (3) | | $272 |
| **Subscription revenue (M) - existing customers** | $32 | $32 | $40 | $53 | $62 | $62 | $71 | (4) | (5) | **$77** |

1. Year prior TTM subscription revenue for current quarter - $174M
2. Multiplied by expansion rate - 156%
3. Equals total expansion dollars - $272M
4. Less prior three quarters of subscription revenue for existing expansion customers - $195M
5. **Equals current quarter subscription revenue from existing customers - $77M**

**New subscription revenue**

| | | |
|---|---|---|
| **Net new customers** | (1) | 19 |
| **ARR/new subscription customers (000)** | (2) | $450 |
| **Revenue from new customers in quarter (M)** | (3) | $2 |
| **Revenue from new customers in prior quarter (M)** | (4) | NA |
| **Subscription revenue (M) - new customers** | (5) | **$2** |

1. Net number of new customers
2. Multiplied by average deal size
3. Multiplied by 80% to account for in quarter revenue
4. Plus revenue from new customers in prior quarter. NA here given Q1; builds through year
5. **Equals total revenue from new customers - $2M**

| **Total subscription revenue** | **$79** |
|---|---|

Source: Company reports, RBC Capital Market estimates

## Mix-shift to subscription revenue…

Since announcing PCF in November 2013, the company has grown its subscription customers as shown previously. Despite the increase in PCF subscriptions, services revenue exceeded subscription revenue during FY/16 and FY/17. This was due in part to the ratable-nature of subscription revenue while services revenue is recognized as delivered. FY/18 was the first year in which subscription revenue exceeded services revenue and over time subscription revenue should become a larger percentage (perhaps 80%+) of total revenue as customers continue to adopt PCF and as the partner ecosystem continues to ramp to deliver strategic services directly to customers.

Going forward, we believe the company remains committed to driving subscription customers and revenue and as such, expect a mix-shift to subscription revenue. As stated above, we also

**RBC Capital Markets**

Pivotal Software Inc

believe as GSIs and others partners ramp their ability to deliver services and Labs work that also could drive more mix-shift to subscription revenue.

Exhibit 16: Mix-shift to subscription revenue



Source: company reports and RBC Capital Market estimates

## …could lead to faster overall revenue growth…

If the previously discussed dollar-based net expansion rate proves conservative, subscription growth could outperform our estimates shown below. Either way, we expect subscription revenue to grow faster than services revenue, which we expect could be flattish going forward as the company offloads services/Labs to GSIs.

Exhibit 17: Software revenue growth should remain above services growth



Source: company reports and RBC Capital Market estimates

**RBC Capital Markets**

Pivotal Software Inc

## …and ultimately drive margin expansion

As the mix-shift to software progresses, margins should also benefit given higher-margin software revenue of 90% skews overall gross margins closer to 80% with operating margins between 20-25% longer term.

Exhibit 18: Gross margin trends



Source: Company reports, RBC Capital Markets estimates

The following exhibit illustrates what we believe is Pivotal's long-term financial model.

Exhibit 19: Long-term financial targets

|  | FY/16A | FY/17A | FY/18A | FY/19E | FY/20E | FY/21E | LT Target |
|---|---|---|---|---|---|---|---|
| Subscription as a % of revenue | 33.8% | 36.0% | 50.8% | 58.0% | 64.6% | 70.8% | 75-80% |
| Gross margins | 40.6% | 47.6% | 57.5% | 61.8% | 66.2% | 70.6% | 73-79% |
| S&M as a % of revenue | 61.9% | 43.5% | 40.8% | 38.6% | 36.3% | 33.4% | 28-33% |
| R&D as a % of revenue | 40.0% | 34.8% | 30.1% | 28.9% | 26.8% | 25.1% | 18-21% |
| G&A as a % of revenue | 17.7% | 13.0% | 11.9% | 11.2% | 10.8% | 10.5% | 8-10% |
| Operating margins | -78.9% | -43.7% | -25.2% | -16.9% | -7.6% | 1.5% | 20%+ |

Source: Company reports and RBC Capital Market estimates

We expect gross margins to be 61.8% in FY/19E, and longer term migrate to the 73-79% range due to a revenue mix-shift to more software and away from services and Labs.

Sales and marketing as a percentage of revenue should be 38.6% in FY/19E and, over time, be within 28-33% due to salesforce productivity, increased channel leverage, improved customer-acquisition costs and revenue coming from customer expansion, in our view.

Research and development as a percentage of revenue should be 28.9% in FY/19E and, over time, move to the 18-21% range due to revenue growth and additional investments to expand the platform.

*53*

 **RBC Capital Markets**

Pivotal Software Inc

General and administrative costs as a percentage of revenue should be 11.2% in FY/19E and, over time, decrease to the 8-10% range due to additional revenue scale.

Longer term, we think that operating margins could reach 20% or more due to the above items, but realistically believe 30%+ could be a more reasonable target given peer margins.

As it stands now, we do not expect the company to become operating margin positive until Q2/21.

**RBC Capital Markets**

## Deferred revenue and subscription billings

Deferred revenue and subscription billings are important metrics, and in our opinion, are better than looking at calculated billings using total revenue. For Pivotal, we calculate subscription billings as the sequential change in deferred revenue on the balance sheet plus current period subscription revenue. In fiscal year 2018, Pivotal generated subscription billings of $592.8 million growing 21%, or slower than subscription revenue, that grew 73%.

Exhibit 20: Deferred revenue ($M) and billings ($M) trends, FY15–FY21E



| | FY/17A | FY/18A | FY/19E | FY/20E | FY/21E |
|---|---|---|---|---|---|
| Subscription revenue y/y | 58% | 73% | 40% | 40% | 38% |
| Subscription billings y/y | 27% | 21% | 19% | 23% | 26% |

Source: Company reports, RBC Capital Markets estimates

*55*

**RBC Capital Markets**

## Cash from operations and free cash flow

In our view, the most likely use of cash will be general working capital including to broaden the company's sales and marketing efforts as well as the potential for tuck-in technology acquisitions. Profitability should increase from a combination of a revenue mix-shift toward subscription with its higher GM and greater efficiencies from the S&M line. As it stands now, we do not expect the company to generate cash until FY/21.

Exhibit 21: Free cash flow ($M) and cash flow from operations ($M), FY16–FY21E



Source: Company reports, RBC Capital Markets estimates

## Labs to support PCF expansion

Labs has been pioneering and refining the concept of agile software development for over 25 years and to us, is a significant differentiator vs. other PaaS offerings.  Rather than just giving a customer a fish, in essence Labs teaches them how to fish, and the fishing pole is PCF.

More specifically, Labs is intended to help customers drive successful outcomes in their organizations using PCF as a development platform while learning best practices for hybrid-cloud application development. Based on conversations with many customers, we believe there is a positive correlation between Labs projects and the adoption and expansion of PCF subscriptions.

With Labs, software is developed collaboratively, with cross-functional teams who break down projects into discrete tasks and work iteratively within an environment of changing requirements. Rather than deploying periodic and major releases, software is deployed frequently, which allows for continuous feedback as the product takes shape. The Labs approach also involves pair-programming, in which Labs experts are paired with customer engineers. Each pair works in close collaboration, sometimes using a single keyboard or sharing a screen (even remotely), to write code together.

**Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com    24

**RBC Capital Markets**

Exhibit 22: Labs



Source: Company reports

Using a practice known as Test Driven Development (TDD), developers write the tests before writing the actual software code. After the test is written, developers write the software code that allows the test to be passed or made "green." Each step in the process is tracked and the developer does not progress to building a new function until the existing function is turned from "red" to "green." TDD promotes disciplined, focused development and avoids over-engineering. The code is continuously vetted, concurrently with quality assurance throughout the process, eliminating the need for a separate quality assurance organization and stage.

As one measure of this synergy between PCF and Labs, management looks at the initial aggregated total annual contracted revenue for subscription customers and compare it to the current aggregated annual contracted revenue. When looking at FY/8 over FY/17, management found that the differential in expansion rates was 1.5x more for those that were also Labs customers.

As mentioned earlier, one of the key drivers to faster and more profitable software revenue will be to successfully train and enable GSI partners to deliver Labs-like services to PCF customers.

## Strategic relationships with DellEMC, VMware, GE, and Ford

Pivotal was formed with through the combined assets of DellEMC and VMware in 2013. Transactions processed through strategic partners under their agency agreements with DellEMC and VMware generated 46% of total revenue in FY/16, 44% of total revenue in FY/17 and 37% of total revenue in FY/18.

In addition, Pivotal Container Service or PKS includes VMware NSX to programmatically manage software-based virtual networks and is integrated with VMware tools such as vRealize Operations Manager, vSAN network storage and Wavefront.



**RBC Capital Markets**

Additionally, revenue from sales to DellEMC as a customer for FY/16, FY/17 and FY/18 were $9.1 million, $8.9 million and $12.2 million, respectively. Revenue from sales to VMware as an end user for FY/16, FY/17 and FY/18 were $5.2 million, $8.2 million and $2.1 million, respectively.

Post the IPO and the over-allotment, Dell Technologies, including its VMware subsidiary, owns approximately 175 million shares of Class B common stock, which represents approximately 69% of the total outstanding shares of common stock and approximately 96% of the combined voting power.

In 2013 and in conjunction with the formation of Pivotal, General Electric invested $105 million in Pivotal for a 10% stake. General Electric also invested in Pivotal in the 2016 round led by Ford. Post the IPO and the over-allotment, General Electric owns approximately 5% of Pivotal. Revenue from GE in FY/16, FY/17 and FY/18 was $3.6 million, $10.8 million and $11.0 million respectively.

In 2016, Ford invested $182.2 million as part of an overall $253 million investment in Pivotal joined by Microsoft and prior investors. Post the IPO and the over-allotment, Ford owns approximately 6% of Pivotal. Revenue from Ford in FY/17 and FY/18 was $32.0 million and $31.3 million respectively.

## Expanding international operations, a likely driver

Sales to customers located outside of the US represented 24%, 22% and 23% of total revenue for FY/16, FY/17 and FY/18, respectively, and we expect international expansion to be a potential catalyst.

Although Pivotal's exposure to international revenue opportunities has not changed significantly over the three prior years, we would expect the US to international mix to approach 50/50% as the company continues to mature. We expect much of this to come from additional channel/ecosystem investments.

Exhibit 23: Percentage of revenue from international sources



Source: Company reports

**Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com

**RBC Capital Markets**

Although 23% of total revenue for FY/18A was derived from sales outside the United States, the majority of such revenue is from sales transactions that are denominated in US dollars and hence there is little foreign currency impact to revenue.

## Culture: Do the right thing, do what works and be kind

We believe Pivotal's culture is unique and critical to changing organizations' views on how it builds and deploys software. While this could seem trivial, we have known the company for several years and believe culture is a real differentiator and core to attracting, developing and retaining talent.  Their culture revolves around the following:

- **Do the right thing:**  Focus on customers and key constituencies, and do not put personal interest ahead of what is best for the company. Management empowers their employees to make decisions based on who has the best ideas, not title or chain of command.
- **Do what works:**  The approach to decision-making is disciplined, data driven and team oriented. It simplifies, tests, iterates, solve problems and continuously improves. It does so by bringing together diverse groups of empowered employees to solve complicated problems and co-locate, co-develop and work as one team with their customers.
- **Be kind:**  Management puts significant value and focus on hiring employees with empathy, diversity, humility and respectfulness in mind.

**RBC Capital Markets**                                                    Pivotal Software Inc

# Thinking through valuation

Given the early stage of the company, growth rates and a lack of profitability, we feel the best metric for valuation is EV/S while we also utilize a 15-year DCF as a sanity check to give the company credit for improving profitability and long-term value. For our EV/S analysis, we use a sum-of-the-parts approach looking at their software and services business independently.

In terms of the comp group, we use two segments: 1) fast growing software peers with largely recurring revenue models such as CLDR, HDP, NEWR, NOW, NTNX, OKTA, PANW, RHT, SPLK, TEAM, TLND, VMW and WDAY to comp Pivotal's recurring software business; and 2) digital services peers such as ACN, EPAM, GLOB and LXFT to comp Pivotal's services business.

Off 2018, 2019 and 2020 estimates, Pivotal trades roughly in line with higher gross margin software peers and a premium to lower gross margin services peers on an EV/S basis.

In sum, we like the opportunity for long-term revenue growth and margin expansion but believe valuation is fair at current levels. We initiate coverage with a Sector Perform rating and $21 target based on 2019 estimates, which reflects 40% upside from the IPO.

Our $21 target assumes 7.3x total 2019E EV/S and 5.8x 2020E EV/S. Our $21 target also equals 10x 2019E software and 2.5x 2019E services as well as 7.1x 2020E software and 2.5x 2020E services.

Our 15-year DCF points to $21 using a 16% revenue CAGR from 2018-2032, a 4% terminal growth rate, operating margins of 25%, a 20% tax rate and a WACC of 10%.

Our price target supports a Sector Perform rating. We maintain a positive bias, as we would look for a more attractive entry point or signs of additional revenue upside.

*60*

 **RBC Capital Markets**

Pivotal Software Inc

Exhibit 24: Comp group analysis, subscription peers

| Ticker | Price ($) | Return 1Y | 17A-20E Sales CAGR | Gross margin '18E | Gross margin '19E | Gross margin '20E | Operating margin '18E | Operating margin '19E | Operating margin '20E | EV/S '17A | EV/S '18E | EV/S '19E | EV/S '20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Recurring Infrastructure Peers** | | | | | | | | | | | | | |
| CLDR | 15.96 | -18% | 20% | 76% | 78% | 78% | -21% | -14% | -3% | 8.1x | 6.7x | 5.6x | 4.7x |
| HDP | 18.12 | 46% | 23% | 74% | 74% | 76% | -19% | -10% | -8% | 5.4x | 4.3x | 3.5x | 2.9x |
| NEWR | 89.51 | 105% | 27% | 84% | 83% | 85% | 4% | 6% | 6% | 14.7x | 11.4x | 9.0x | 7.2x |
| NOW | 178.87 | 86% | 30% | 80% | 81% | 81% | 20% | 23% | 24% | 16.0x | 11.9x | 9.2x | 7.2x |
| NTNX | 59.10 | 253% | 27% | 72% | 79% | 78% | -6% | 3% | 7% | 11.8x | 9.0x | 7.4x | 5.8x |
| OKTA | 50.50 | 115% | 31% | 74% | 77% | 74% | -20% | -13% | -4% | 22.8x | 16.9x | 12.8x | 10.1x |
| PANW | 202.31 | 78% | 18% | 78% | 78% | 77% | 22% | 24% | 25% | 9.0x | 7.3x | 6.2x | 5.4x |
| RHT | 172.47 | 92% | 16% | 85% | 86% | 86% | 23% | 24% | 24% | 10.4x | 8.7x | 7.5x | 6.6x |
| SPLK | 116.05 | 73% | 26% | 85% | 85% | 84% | 12% | 14% | 16% | 12.6x | 9.8x | 7.8x | 6.3x |
| TEAM | 64.87 | 76% | 27% | 83% | 84% | 85% | 19% | 21% | 22% | 20.1x | 15.1x | 12.0x | 9.7x |
| TLND | 57.33 | 87% | 30% | 79% | 81% | 82% | -6% | -2% | 4% | 13.2x | 9.7x | 7.6x | 6.0x |
| VMW | 144.04 | 53% | 9% | 88% | 88% | 87% | 34% | 34% | 34% | 6.5x | 5.9x | 5.4x | 5.0x |
| WDAY | 135.74 | 53% | 23% | 76% | 77% | 77% | 12% | 14% | 16% | 13.2x | 10.4x | 8.5x | 7.1x |
| **Mean** | | | 24% | 80% | 81% | 81% | 6% | 9% | 13% | 12.6x | 9.8x | 7.9x | 6.5x |
| **Median** | | | 26% | 79% | 81% | 81% | 12% | 14% | 16% | 12.6x | 9.7x | 7.6x | 6.3x |
| **PVTL** | **18.98** | | **25%** | **62%** | **66%** | **71%** | **-17%** | **-8%** | **1%** | **9.8x** | **8.0x** | **6.3x** | **5.0x** |
| **PVTL - base case target** | **21** | | | | | | | | | **11.0x** | **9.0x** | **7.3x** | **5.8x** |

Priced as of market close, May 11, 2018
Source: Company reports, FactSet, RBC Capital Markets estimates (PVTL only)

 **RBC Capital Markets**

Exhibit 25: Comp group analysis, services peers

| Ticker | Price ($) | Return 1Y | 17A-20E Sales CAGR | Gross margin '18E | Gross margin '19E | Gross margin '20E | Operating margin '18E | Operating margin '19E | Operating margin '20E | EV/S '17A | EV/S '18E | EV/S '19E | EV/S '20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Digital Service Mean** | | | | | | | | | | | | | |
| ACN | 157.08 | 29% | 8% | 31% | 31% | NA | 15% | 15% | 15% | 2.7x | 2.4x | 2.3x | 2.1x |
| EPAM | 129.72 | 58% | 23% | 36% | 37% | 37% | 16% | 17% | 16% | 4.4x | 3.5x | 2.9x | 2.4x |
| GLOB | 51.83 | 27% | 21% | 39% | 39% | 39% | 15% | 15% | 13% | 4.5x | 3.7x | 3.1x | 2.5x |
| LXFT | 42.25 | -33% | 15% | 38% | 39% | 39% | 7% | 9% | 10% | 1.5x | 1.3x | 1.2x | 1.0x |
| **Mean** | | | **17%** | **36%** | **37%** | **38%** | **13%** | **14%** | **14%** | **3.3x** | **2.7x** | **2.3x** | **2.0x** |
| **Median** | | | **18%** | **37%** | **38%** | **39%** | **15%** | **15%** | **14%** | **3.6x** | **3.0x** | **2.6x** | **2.2x** |
| **PVTL** | **18.98** | | **25%** | **62%** | **66%** | **71%** | **-17%** | **-8%** | **1%** | **9.8x** | **8.0x** | **6.3x** | **5.0x** |
| **PVTL - base case target** | **21** | | | | | | | | | **11.0x** | **9.0x** | **7.3x** | **5.8x** |

Priced as of market close, May 11, 2018
Source: Company reports, FactSet, RBC Capital Markets estimates (PVTL only)

 **RBC Capital Markets**                    Pivotal Software Inc

## Sum-of-the-parts EV/S analysis

In our base-case assumption, we applied 10x on software and 2.5x for services and derived a target of $21 on 2019 estimates, which implies a blended EV/S multiple of 7.3x. We also applied 7.1x software and 2.5x services on 2020 estimates and reached the same conclusion and represents 5.8x 2020E EV/S.

Our upside scenario uses a slightly higher than base case revenue growth rate for software and slightly higher multiple for both software and services to derive a target of $26 on 2019 estimates.

Our downside scenario uses a slightly lower than base case revenue growth rate for software and a slightly lower multiple for both software and services to derive a target $15 on 2019 estimates.

Exhibit 26: Sum-of-the-parts EV/S analysis

|  | CY/18 | CY/19 | CY/20 |
|---|---|---|---|
|  | FY/19E | FY/20E | FY/21E |
| subscription revenue ==> | 362.27 | 507.52 | 700.02 |
| Y/Y Growth ==> |  | 40.1% | 37.9% |
|  |  |  |  |
| service revenue ==> | 262.55 | 277.73 | 288.13 |
| Y/Y Growth ==> |  | 5.8% | 3.7% |
|  |  |  |  |
| Base case software multiple = |  | 10.0x | 7.1x |
| Base case services multiple = |  | 2.5x | 2.5x |
|  |  |  |  |
| Base case target price = |  | $ 21.45 | $ 21.44 |
| Base case blended EV/S = |  | 7.3x | 5.8x |
|  |  |  |  |
| Upside case software multiple = |  | 10.0x | 7.0x |
| Upside case services multiple = |  | 3.0x | 3.0x |
|  |  |  |  |
| Upside case target price = |  | $ 26.14 | $ 26.29 |
| Upside case blended EV/S = |  | 7.8x | 6.0x |
|  |  |  |  |
| Downside case software multiple = |  | 7.0x | 5.0x |
| Downside case services multiple = |  | 2.0x | 2.0x |
|  |  |  |  |
| Downside case target price = |  | $ 15.24 | $ 15.21 |
| Downside case blended EV/S = |  | 5.2x | 4.1x |

Source: RBC Capital Markets estimates



# RBC Capital Markets

**Pivotal Software Inc**

## DCF analysis

Our 15-year DCF analysis points to a $21 target and assumes a revenue CAGR of 16% between 2018 and 2032, a terminal growth rate of 4%, and a WACC of 10%.

**Exhibit 27: Discounted cash flow analysis ($M)**

Cash Flow Projection (FYE)

| | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 509 | 625 | 785 | 988 | 1,235 | 1,519 | 1,838 | 2,188 | 2,560 | 2,943 | 3,326 | 3,692 | 4,024 | 4,306 | 4,521 |
| *Y/Y Growth* | *22%* | *23%* | *26%* | *26%* | *25%* | *23%* | *21%* | *19%* | *17%* | *15%* | *13%* | *11%* | *9%* | *7%* | *5%* |
| | | | | | | | | | | | | | | | |
| NG Operating Income | (129) | (106) | (60) | 15 | 45 | 89 | 148 | 225 | 319 | 432 | 561 | 704 | 856 | 1,011 | 1,152 |
| *NG Op Margin* | *-25%* | *-17%* | *-8%* | *1%* | *4%* | *6%* | *8%* | *10%* | *12%* | *15%* | *17%* | *19%* | *21%* | *23%* | *25%* |
| | | | | | | | | | | | | | | | |
| Tax Expense | (2.64) | 0.00 | 0.00 | 0.00 | 9 | 18 | 30 | 45 | 64 | 87 | 112 | 141 | 172 | 203 | 231 |
| *Tax Rate* | *2%* | *0%* | *0%* | *0%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* |
| | | | | | | | | | | | | | | | |
| NG NOPAT | -126 | -106 | -60 | 15 | 36 | 71 | 119 | 180 | 255 | 345 | 449 | 563 | 685 | 808 | 921 |
| *NOPAT Margin* | *-25%* | *-17%* | *-8%* | *1%* | *3%* | *5%* | *6%* | *8%* | *10%* | *12%* | *13%* | *15%* | *17%* | *19%* | *20%* |
| | | | | | | | | | | | | | | | |
| Add: D&A | 22 | 25 | 29 | 33 | 31 | 38 | 28 | 33 | 38 | 44 | 50 | 55 | 60 | 65 | 68 |
| *D&A as a % of Revs* | *4%* | *4%* | *4%* | *3%* | *3%* | *3%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* |
| | | | | | | | | | | | | | | | |
| Less: Capex | (14) | (15) | (15) | (16) | (25) | (30) | (37) | (44) | (51) | (59) | (67) | (74) | (80) | (86) | (90) |
| *Capex as a % of Revs* | *3%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* |
| | | | | | | | | | | | | | | | |
| Less: Increase in WC | 5 | 48 | 31 | 12 | 25 | 28 | 32 | 35 | 37 | 38 | 46 | 48 | 50 | 54 | 58 |
| *Y/Y Growth in WC* | *-52%* | *932%* | *-35%* | *-61%* | *102%* | *15%* | *12%* | *9%* | *6%* | *3%* | *20%* | *4%* | *5%* | *7%* | *9%* |
| Y/Y Change in Revs ($) | 93 | 115 | 160 | 203 | 247 | 284 | 319 | 349 | 372 | 384 | 383 | 366 | 332 | 282 | 215 |
| *WC as a % of Change in Rev* | *5%* | *42%* | *20%* | *6%* | *10%* | *10%* | *10%* | *10%* | *10%* | *10%* | *12%* | *13%* | *15%* | *19%* | *27%* |
| | | | | | | | | | | | | | | | |
| uFCF | (113) | (48) | (14) | 44 | 67 | 107 | 141 | 204 | 280 | 369 | 478 | 592 | 714 | 840 | 956 |
| *Y/Y Growth* | *-33%* | *-58%* | *-71%* | *-417%* | *52%* | *60%* | *32%* | *44%* | *37%* | *32%* | *30%* | *24%* | *21%* | *18%* | *14%* |
| | | | | | | | | | | | | | | | |
| PV of uFCF | (103) | (40) | (10) | 30 | 42 | 61 | 73 | 95 | 119 | 142 | 168 | 189 | 207 | 221 | 229 |
| | | | | | | | | | | | | | | | |
| Terminal Value | 3,969 | | | | | | | | | | | | | | 16,579 |

| Present Value of Equity | | ($ in Ms) | WACC = (E/D+E) + (D/E+D)*(1-T) | | | DCF Assumptions | |
|---|---|---|---|---|---|---|---|
| PV of FCF | 1,524 | 28% | **Return on Equity** | | | WACC | 10.0% |
| PV of Terminal Value | 3,969 | 72% | Rf | 4.0% | | | |
| Enterprise Value | 5,493 | 100% | Adjusted Beta | 1.2 | | Perpetual Growth Rate | 4.0% |
| Less: Debt | 56 | | Rp | 5.0% | | | |
| | | | Re | 10% | | Tax Rate | 20% |
| Add: Cash | 648 | | | | | | |
| | | | **Capital Structure** | | | | |
| Equity Value | 6,085 | | Equity Value | 100% | | | |
| FDS | 291 | | Debt Value | 0% | | | |
| **Equity Value/ Share** | $ 21 | | Total Cap | 100% | | | |

Source: Company reports, RBC Capital Markets estimates

May 15, 2018

**Matthew Hedberg,** (612) 313-1293; matthew.hedberg@rbccm.com    32

 **RBC Capital Markets**                                    Pivotal Software Inc

## Sensitivity analysis

The main driver of subscription revenue in our model is the net dollar expansion rate. Coming off six straight quarters of 150%+ expansion, we are conservatively forecasting an expansion rate of roughly 135% on average for FY/19E, FY/20E and FY/21E. This assumption may ultimately prove conservative given the company reported an expansion rate of 158% and 163% in FY/18 and FY/17 respectively.

In the exhibit below, we include a sensitivity analysis looking at how changing the net dollar expansion rate and a variety of CY/19E and CY/20E EV/S multiples impacts the valuation.

The compounding effect of higher expansion would lead to higher revenue and a larger proportion of revenue coming from subscription. For example, if we were to assume the expansion rate stays at 155% and a similar EV/S multiple at our base case, it would imply a target closer to $25 for the end of 2019. For 2020E, if we assume the expansion rate stays at 155% and the multiple contracts a bit to 5.6, it would imply a target closer to $27 for the end of 2020.

Exhibit 28: Sensitivity of valuation to expansion rate and EV/S multiple, CY/19E and CY/20E

| | | 2019 EV/S Multiple | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Avg. expansion | 6.4x | 6.7x | 7x | 7.3x | 7.6x | 7.9x | 8.2x | 8.5x |
| | 165% | $24 | $25 | $26 | $27 | $29 | $30 | $31 | $32 |
| **Expansion** | 155% | $22 | $23 | $24 | $25 | $26 | $27 | $28 | $29 |
| **Rate** | 145% | $21 | $22 | $23 | $23 | $24 | $25 | $26 | $27 |
| **Analysis** | 135% | $19 | $20 | $21 | $21 | $22 | $23 | $24 | $25 |
| | 125% | $18 | $18 | $19 | $20 | $21 | $21 | $22 | $23 |
| | 115% | $16 | $17 | $18 | $18 | $19 | $20 | $20 | $21 |
| | 105% | $15 | $16 | $16 | $17 | $17 | $18 | $19 | $19 |

| | | 2020 EV/S Multiple | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Avg. expansion | 4.7x | 5x | 5.3x | 5.6x | 5.9x | 6.2x | 6.5x | 6.8x |
| | 165% | $27 | $28 | $30 | $31 | $33 | $35 | $36 | $38 |
| **Expansion** | 155% | $23 | $25 | $26 | $27 | $29 | $30 | $32 | $33 |
| **Rate** | 145% | $20 | $22 | $23 | $24 | $25 | $26 | $28 | $29 |
| **Analysis** | 135% | $18 | $19 | $20 | $21 | $22 | $23 | $24 | $25 |
| | 125% | $16 | $17 | $17 | $18 | $19 | $20 | $21 | $22 |
| | 115% | $14 | $15 | $15 | $16 | $17 | $18 | $18 | $19 |
| | 105% | $12 | $13 | $13 | $14 | $15 | $15 | $16 | $17 |

Source: RBC Capital Markets estimates

*65*

**RBC Capital Markets**                                          Pivotal Software Inc

# Company background, timeline, and recent events

## Company background

Formed in 2013 through combined assets from DellEMC (Greenplum and Pivotal Labs) and VMware (vFabric (Spring and GemFire), Cloud Foundry and Cetas), Pivotal provides a cloud-native application software development platform called Pivotal Cloud Foundry that accelerates and streamlines software development by reducing the complexity of building, deploying and operating new cloud-native applications and modernizing legacy applications. This enables customers' development and IT operations teams to spend more time writing code and deploying applications and less time on expensive application re-writes. PCF combines components of open-source software with proprietary code to provide organizations a platform to develop and manage hybrid-cloud applications; that is an application that can be deployed on an enterprise's private cloud or leading public-cloud environments such as Amazon Web Services (AWS), Microsoft Azure (Azure), Google Cloud Platform (GCP), VMware vSphere and OpenStack. Additionally, PCF customers can accelerate their adoption of modern software application development through their strategic services unit, Pivotal Labs.

As of January 31, 2018, Pivotal served over 319 customers, primarily focused on large enterprises with ~75 of the Fortune 500. The company defines a subscription customer as organizations that have a subscription contract of at least $50 thousand in annual revenue. Subscription revenue is mainly driven by increased sales to existing customers shown in the net expansion rate, which was 158% in fiscal year 2018.

Pivotal generated total revenue of $509.4 million in fiscal year 2018, which increased 22.7% year over year. Within total revenue, subscription and services revenue made up 51% and 49% respectively growing 73% and declining 6% respectively. Going forward, we expect subscription revenue to grow faster than services, which is likely a driver of overall revenue acceleration and margin expansion given software sales have gross margins in the 90% range while services is in the mid 20% range.

For fiscal year 2018, the company generated 23% of revenue from outside of the United States. The company plans to increase sales outside of the United States and we would expect it to increase as a percentage of total revenue closer to a 50/50% split over time.

**RBC Capital Markets**                                                    Pivotal Software Inc

## Company timeline

**2018:**     Pivotal IPO on April 19

**2017:**     319 subscription customers
              Partner of the year award recipient from Azure and GCP
              Accenture Pivotal Business Group formed
              Spring reached 22 million monthly downloads
              PCF v2.0 launched
              PFS announced
              Pivotal Cloud Cache launched
              Pivotal Ready Partner Program expanded to Asia Pacific and Japan
              Reached over 100 system integrators and consultant agencies
              Pivotal launches Greenplum 5
              Pivotal Container Services launched

**2016:**     275 subscription customers
              GCP support added for PCF
              Dell closed acquisition of EMC
              Spring reached 10 million monthly downloads
              Pivotal Ready Partner Program launched
              Pivotal raises $253 million in series C financing from Ford Motor Company and Microsoft

**2015:**     PCF reaches $100 million Annual bookings run-rate
              180 subscription customers
              Spring Cloud launched
              AWS support added to PCF
              Azure support added to PCF
              Pivotal open sourced certain data technologies
              Pivotal acquires CloudCredo
              Rob Mee becomes CEO
              Pivotal acquires Quickstep Technologies
              Pivotal releases Geode, a distributed in-memory database

**2014:**     75 subscription customers
              Cloud Foundry Foundation formed
              Pivotal and VMware combine to launch Pivotal CF on VMware vCloud Hybrid Service
              Spring Boot launched

**2013:**     Pivotal formed from assets from VMware and EMC
              GE invests $105 million for 10% equity stake
              PCF announced
              Spring XD certifies with both Cloudera and Hortonworks
              Pivotal acquires Extreme Labs
              Launched Spring IO Platform

*67*

 **RBC Capital Markets**

## Recent developments

### IPO on April 19, 2018

- On April 19, 2018, Pivotal completed its IPO by issuing 37.0 million shares at $15 with a 5.55 million over-allotment option.
- The stock opened trading at $16.75, or up 11.7% compared to the offering price of $15, and closed the first day at $15.73, or up 4.9%.
- Since the IPO, shares of PVTL are up 27%.
- We believe the proceeds from the IPO are most likely to be used for general working capital and to expand business operations.

### Pending lock-up expiration

- A large number of shares are currently restricted from resale as a result of market standoff and "lock-up" agreements. These shares will become available to be sold 180 days after the IPO. According to our math, the lock-up expires around October 17, 2018. Shares held by directors, executive officers and other affiliates will be subject to volume limitations under Rule 144 under the Securities Act and various vesting agreements.

**Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com    36



## RBC Capital Markets

Pivotal Software Inc

# The competitive landscape

A lot of our industry background work centered on the competitive landscape.  In talking with customers the three areas of competition for Pivotal was as such:

**Internally developed applications on legacy infrastructure of open source offerings**: In talking to customers, we were impressed with the number of legacy applications re-written on PCF. If using commercial software such as PCF or a public cloud vendor was not the choice, we found that a majority of those applications were deployed on a legacy stack of in house infrastructure (Mainframe, Windows or Linux-based) with components of open source software.

**Pre-packaged software:** In doing due diligence, we found that in a bake-off, a variety of vendors would often be represented.  Going forward, we think Red Hat's OpenShift will likely see most of the attention vs. others due to scale. In talking to customers, we generally found more OpenShift use in the public cloud vs. Pivotal where more of the applications seem to run on premise in a private cloud.  Where Pivotal differentiates itself is Labs, as customers believe there is value in applying agile coding to the PCF platform.

Exhibit 29: Competitive landscape: pre-packaged software





Source: Company reports

**Public cloud vendors:**  The other option is to build, manage and deploy an application directly to a public cloud vendor such as AWS, Azure or GCP.  While there are numerous benefits to such an approach, there is a risk of public-cloud lock in.  Like PCF, many of the commercially available alternatives shown previously are also able to deploy on many of the public cloud platforms.

Exhibit 30: Competitive landscape: public cloud platforms



Source: Company reports

*69*

 **RBC Capital Markets**

# Technology and products

## Building blocks of a Platform-as-a-Service or PaaS

The term cloud can mean many things to different people, but we define the cloud as the practice of using a network of remote servers hosted on the Internet to store, manage, and process data, rather than a local server or a PC. Core tenants to any cloud service include pay for what you consume (i.e., a more flexible and scalable pricing model), self-service, contractual guarantees on uptime (SLAs or service level agreements), and a more rapid agile development framework. The result is that IT buyers can switch their purchasing from capex to more flexible opex.

When we talk about the public cloud, we generally refer to three instances:

- **Software as a Service (SaaS):** a software licensing and delivery model in which software is licensed on a subscription basis, is centrally hosted, and accessed through the Internet – examples include Salesforce.com, ServiceNow, and Workday.
- **Platform as a Service (PaaS):** a platform allowing customers to develop, run, and manage applications without the complexity of building and maintaining the infrastructure typically associated with developing and launching an application – examples include AWS Elastic Beanstalk, Microsoft Azure, Google App Engine, Red Hat OpenShift, Pivotal Cloud Foundry and Salesforce.com.
- **Infrastructure as a Service (IaaS):** provides services including compute, storage, and networking, while the customer is able to deploy and run an operating system, a database and applications – examples include AWS, Microsoft Azure Infrastructure Services, Google Compute Engine, VMware vCloud Air, IBM SoftLayer, and Rackspace.

Exhibit 31: Public-cloud services



Source: Enterprise Cloud for Dummies

On a more granular level, running an application on a PaaS vs. an IaaS or a traditional IT stack means worrying less about the underlying IT infrastructure including the networking, storage, servers, virtualization or operating system, and more about developing and running the application itself.

**Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com    38

*70*



## RBC Capital Markets

Modern PaaS such as PCF can be deployed on premise or on any of the major public cloud and can work with many of the popular operating systems.

**Exhibit 32: Traditional IT vs. IaaS vs. PaaS**



Source: CloudFoundry.org

## Pivotal Cloud Foundry (PCF)

PCF integrates software technologies to provide what we commonly refer to as a Platform-as-a-Service or PaaS. PCF combines components of open-source software with proprietary code to provide organizations a platform to develop and manage hybrid-cloud applications; that is an application that can be deployed on an enterprise's private cloud or leading public-cloud environments such as Amazon Web Services (AWS), Microsoft Azure (Azure), Google Cloud Platform (GCP), VMware vSphere and OpenStack. PCF is sold on a subscription basis.

**Exhibit 33: Pivotal Cloud Foundry (PCF)**



Source: Company reports

**RBC Capital Markets**                                                    Pivotal Software Inc

### Key components of PCF

**Pivotal Application Service (PAS):**  The company's flagship cloud-native application platform announced in November 2013 that allows enterprises to continuously deploy and operate custom software securely and at scale across a hybrid architecture of public and private-cloud. PAS is built for secure and continuous deployment of applications built using micro-services (which is a software development technique that structures and application as a collection of smaller/lightweight services that improves the modularity and portability of an application). PAS integrates the Spring Cloud micro-services framework, enables agentless logging and metrics collection, integrated credential storage and rotation and single-sign-on, and provides an application middleware.

**Pivotal Container Service (PKS):** The company's container management platform that was launched together with Google and VMware in August 2017, which leverages the common services and core technologies from PCF. PKS allows enterprises to deploy and operate Kubernetes, an open-source system for container operations, across a hybrid architecture of public and private-cloud. Containers package and isolate applications with their entire runtime environment, which is critical for application mobility. PKS includes VMware NSX to manage software-based virtual networks and is integrated with VMware tools such as vRealize Operations Manager, vSAN network storage and Wavefront. For reference, Kubernetes is an open-source container-orchestration system for automating deployment, scaling and management of containerized applications that was originally designed by Google and now maintained by the Cloud Native Computing Foundation.

**Pivotal Function Service (PFS):** The company's recently announced multi-cloud Function-as-a-Service (FaaS) platform designed to allow enterprises to develop, run and manage applications composed of event-driven functions across a hybrid-cloud, and like PKS, leverages common PFC functions. FaaS is further automation and abstraction of application architecture so that application logic can be run without regard to the underlying infrastructure, operating system or middleware components, an approach referred to as "serverless." FaaS is designed to allow customers to write only the function logic necessary to accomplish a given task while the platform provides all of the other necessary runtime capabilities. We anticipate that PFS will be generally available later this year.

**Pivotal Services Marketplace:** Provides customers access to Pivotal and partner products that deploy and operate on PCF. These services, such as MySQL, Pivotal Cloud Cache, RabbitMQ and Redis, and partner products, including Apigee, AppDynamics, Black Duck, Dynatrace, MongoDB, MuleSoft, New Relic, Redis Labs, Solace and Splunk, have been integrated with PCF to leverage common services.

**Shared Monitoring and Logging:** PCF enables agentless logging, metrics collection and application event tracing to help operators and developers understand the performance and health of applications. PCF also supports integrations with popular application performance management (APM) tools such as AppDynamics, Dynatrace, New Relic and Splunk.

**Shared Security:** PCF's shared security services are comprised of User Account and Authentication (UAA) and CredHub. UAA is a multi-tenant identity management service and modern authorization framework. It is used in PCF as an authentication server and also acts as a single sign-on server for applications deployed to the platform. CredHub is a secure, centralized credential management component that secures credential generation, storage, lifecycle management and access.

**Shared Networking:** PCF includes integration to software-defined networking to help developers consistently deliver more secure, robust applications while substantially reducing the common bottleneck that happens when application developers must navigate legacy networking technologies and siloed network administrators.

May 15, 2018                              **Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com    40

**BOSH:** The company's open-source orchestration software that provides a set of services and technologies for deploying and operating PCF. BOSH unifies release engineering, deployment and lifecycle management of small and large-scale cloud software, with the ability to provision and deploy software across hundreds of virtual machines on both private and public cloud environments. It is designed to perform monitoring, failure recovery and software updates without downtime. BOSH also integrates an operating system that contains a bare minimum skeleton to make the operating system securely configured.

### Open source components

Pivotal supports open-source projects and communities such as: Cloud Foundry, Spring, Kubernetes, ODPi, Apache Geode, Apache HTTP Server, Apache MADlib, Apache Tomcat, Redis, RabbitMQ, and Eclipse Foundation. Some of the more important communities for Pivotal include:

- **Cloud Foundry:** Cloud Foundry is an open source, multi cloud application platform as a service governed by the Cloud Foundry Foundation. It was created inside VMware in 2009 and eventually combined with SpringSource. PCF is a platform that provides a consistent way to launch, and quickly iterate on, applications in the most popular programming languages (such as Java, .Net, Ruby, Python, Node.js and Go) and frameworks (such as Spring) across private, public and multi-cloud environments.
- **Spring:** Spring is an open-source framework that millions of developers use to build Java applications and micro-services. Spring simplifies complexities of application development so that developers can focus on building features and business value. Spring Boot, introduced in FY/15, is an extension of Spring designed to simplify the bootstrapping and development of cloud-native applications and is particularly popular for building micro-services. The Spring Boot framework applies an opinionated approach to configuration, eliminating the need to define or implement boilerplate configuration before starting to build an application. Spring Cloud, built on top of Spring Boot and Netflix Open Source, provides components that enable common patterns in micro-services application architectures, such as distributed configuration management, service discovery, circuit breakers, intelligent routing and micro-proxy. Using Spring Cloud, developers can quickly build and deploy a complex application that is highly available, resilient to failure and easily configured. PCF includes Spring Cloud as an integrated component of PAS, making it simpler for developers to deliver micro-service applications on the platform. Spring has a large and active community but Pivotal is the leading contributor to the project.
- **Pivotal Greenplum**:  An advanced, fully featured, open source data platform.  It provides powerful and rapid analytics on petabyte scale data volumes.  Geared toward big data analytics, Greenplum Database is powered by as cost-based query optimizer delivering high analytical query performance on large data volumes.
- **Geode**: A data management platform that provides real-time, consistent access to data-intensive applications throughout widely distributed cloud architectures. The commercial version of Geode is GemFire.
- **RabbitMQ:** A message broker software that was integrated with SpringSource.

## Labs

Labs software development experts deliver strategic services that transfer the expertise for enterprises to accelerate their hybrid-cloud transformation by implementing modern agile software application development practices. With Labs, Pivotal help customers co-develop new applications and re-write legacy applications while accelerating software development, streamlining IT operations and ultimately driving self-sustaining business transformation. Labs is sold on a time and materials basis and recognized over time as services are delivered.

**RBC Capital Markets**

# Key management

### Robert Mee, Chief Executive Officer

Mr. Mee has served as CEO of Pivotal since August 2015. In 1989, Mr. Mee co-founded Pivotal Labs, which was acquired by EMC in 2012 where Mr. Mee continued to lead the Pivotal Labs Division until April 2013 when he became the SVP of Products and Research and Development.

### William Cook, President

Mr. Cook has served as president since April 2013 and was part of Pivotal's founding team along with Rob Mee, Paul Maritz and Scott Yara. Prior to joining Pivotal, Mr. Cook served as the CEO of GreenPlum from 2006 until the company was acquired by EMC in 2010 where Mr. Cook continued to run the Greenplum Business serving as President.

### Cynthia Gaylor, Chief Financial Officer

Ms. Gaylor has served as Chief Financial Officer since May 2016. Prior to joining Pivotal, Ms. Gaylor was an independent strategic advisor at software, internet, mobile and e-commerce companies focusing on the complexities of scale. Prior to that, Ms. Gaylor was the Head of Corporate Development and an Advisor at Twitter. Prior to Twitter, Ms. Gaylor was a Managing Director at Morgan Stanley, serving in various positions in the technology investment banking group between March 2006 and May 2013.

### Andrew Cohen, General Counsel

Mr. Cohen has served as General Counsel and Corporate Secretary since July 2016 and before that was VP, General Counsel and Corporate Secretary since the company's founding. Mr. Cohen has been with EMC since 1998.

### Onsi Fakhouri, SVP of Cloud R&D

Mr. Fakhouri has served as Senior Vice President of Cloud R&D since May 2017 and has held various engineering positions within Pivotal and Pivotal Labs since 2010 including VP of Engineering for Cloud Foundry.

### Edward Hieatt, SVP of Services

Mr. Hieatt has served as the Senior Vice President of Services since August 2015 and has been involved with the company since starting at Pivotal Labs as a software engineer in 2003.

### Scott Yara, Chief Revenue Officer

Mr. Yara has served as the Senior Vice President of Products since September 2016 and along with Robert Mee, Paul Maritz and Bill Cook helped found Pivotal in April 2014. Prior to Pivotal, Mr. Yara co-founded Greenplum and continued to serve as Senior Vice President of Greenplum at Dell EMC after the acquisition.

 **RBC Capital Markets**

# Board of directors

**Paul Maritz, Chairman, Former CEO of Pivotal**
**Robert Mee, CEO of Pivotal**
**Michael Dell, Chairman and CEO of Dell Technologies**
**Zane Rowe, CFO of VMware**
**Egon Durban, Managing Partner at Silver Lake**
**William Green, Former Partner and current Chairman of the Board at Accenture**
**Khozema Shipchandler, CFO of GE Digital**
**Marcy Klevorn, President of Mobility at the Ford Motor Company**

*All statements in this report attributable to Gartner represent RBC Capital Market's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this research report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.*

 **RBC Capital Markets**

**Pivotal Software Inc**

| Ticker: PVTL | Apr-17A | Jul-17A | Oct-17A | Jan-18A | Apr-18E | Jul-18E | Oct-18E | Jan-19E | Apr-19E | Jul-19E | Oct-19E | Jan-20E | Apr-20E | Jul-20E | Oct-20E | Jan-21E | CY/17A FY/18A | CY/18E FY/19E | CY/19E FY/20E | CY/20E FY/21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | |
| Subscription revenue | 53 | 65 | 66 | 75 | 79 | 87 | 93 | 103 | 115 | 125 | 128 | 139 | 150 | 169 | 181 | 200 | 259 | 362 | 508 | 700 |
| Services revenue | 68 | 61 | 63 | 58 | 62 | 66 | 68 | 66 | 71 | 71 | 68 | 67 | 74 | 74 | 71 | 70 | 250 | 263 | 278 | 288 |
| Total revenue | 121 | 126 | 129 | 133 | 141 | 153 | 162 | 169 | 186 | 196 | 197 | 206 | 223 | 243 | 252 | 270 | 509 | 625 | 785 | 988 |
| Cost of subscription revenue | 6 | 6 | 6 | 7 | 8 | 9 | 9 | 10 | 12 | 12 | 12 | 14 | 15 | 16 | 17 | 20 | 25 | 36 | 51 | 68 |
| Cost of services revenue | 50 | 48 | 46 | 48 | 47 | 50 | 52 | 54 | 54 | 55 | 52 | 53 | 56 | 57 | 54 | 55 | 191 | 203 | 215 | 223 |
| Total cost of revenue | 56 | 54 | 52 | 54 | 55 | 58 | 61 | 64 | 66 | 67 | 65 | 68 | 71 | 73 | 71 | 76 | 216 | 239 | 266 | 291 |
| Subscription gross profit | 47 | 58 | 60 | 68 | 71 | 79 | 84 | 93 | 103 | 113 | 116 | 125 | 134 | 153 | 164 | 180 | 234 | 326 | 457 | 632 |
| Services gross profit | 18 | 14 | 17 | 10 | 15 | 16 | 16 | 12 | 17 | 16 | 16 | 14 | 18 | 17 | 16 | 14 | 59 | 60 | 63 | 65 |
| Gross profit | 65 | 72 | 77 | 79 | 86 | 95 | 100 | 105 | 120 | 129 | 132 | 138 | 152 | 170 | 181 | 194 | 293 | 386 | 520 | 697 |
| Sales and marketing | 49 | 50 | 50 | 58 | 58 | 59 | 60 | 64 | 66 | 69 | 71 | 79 | 76 | 82 | 84 | 89 | 208 | 241 | 285 | 330 |
| Research and development | 38 | 38 | 38 | 39 | 41 | 44 | 47 | 49 | 50 | 51 | 53 | 56 | 56 | 59 | 65 | 69 | 153 | 181 | 210 | 248 |
| General and administrative | 17 | 14 | 14 | 16 | 16 | 16 | 19 | 19 | 20 | 21 | 21 | 23 | 23 | 26 | 26 | 29 | 61 | 70 | 85 | 104 |
| Operating expenses | 104 | 102 | 102 | 113 | 115 | 120 | 126 | 132 | 136 | 142 | 145 | 157 | 154 | 167 | 175 | 186 | 422 | 492 | 580 | 683 |
| Operating income | (40) | (30) | (25) | (34) | (29) | (25) | (25) | (27) | (16) | (13) | (13) | (19) | (2) | 3 | 5 | 8 | (129) | (106) | (60) | 15 |
| Other income | 1 | 2 | (2) | 2 | (0) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | 2 | (2) | (2) | (2) |
| Pretax income | (39) | (28) | (27) | (32) | (29) | (26) | (26) | (27) | (16) | (13) | (14) | (19) | (3) | 3 | 5 | 8 | (126) | (108) | (62) | 12 |
| Taxes | 4 | (1) | 1 | (6) | - | - | - | - | - | - | - | - | - | - | - | - | (3) | - | - | - |
| Net income | (42) | (27) | (28) | (26) | (29) | (26) | (26) | (27) | (16) | (13) | (14) | (19) | (3) | 3 | 5 | 8 | (124) | (108) | (62) | 12 |
| Earnings per share | ($0.17) | ($0.11) | ($0.11) | ($0.10) | ($0.13) | ($0.10) | ($0.10) | ($0.11) | ($0.06) | ($0.05) | ($0.05) | ($0.07) | ($0.01) | $0.01 | $0.02 | $0.03 | ($0.49) | ($0.44) | ($0.24) | $0.04 |
| Diluted shares outstanding | 250 | 250 | 250 | 250 | 222 | 250 | 250 | 251 | 256 | 261 | 266 | 271 | 276 | 281 | 286 | 291 | 250 | 243 | 264 | 284 |
| **KEY METRICS** | | | | | | | | | | | | | | | | | | | | |
| DSO | 77 | 94 | 92 | 142 | 79 | 89 | 89 | 123 | 79 | 89 | 89 | 118 | 79 | 89 | 89 | 113 | | | | |
| Cash | 125 | 92 | 52 | 73 | 148 | 121 | 99 | 64 | 107 | 88 | 93 | 68 | 118 | 112 | 132 | 133 | 73 | 64 | 68 | 133 |
| Cash per share | $0.50 | $0.37 | $0.21 | $0.29 | $0.66 | $0.49 | $0.40 | $0.26 | $0.42 | $0.34 | $0.35 | $0.25 | $0.43 | $0.40 | $0.46 | $0.46 | $0.29 | $0.26 | $0.26 | $0.47 |
| Debt | 48 | 31 | 20 | 35 | 56 | 56 | 57 | 58 | 59 | 59 | 59 | 61 | 61 | 62 | 63 | 64 | 35 | 58 | 61 | 64 |
| Net cash | 78 | 62 | 32 | 38 | 92 | 65 | 42 | 6 | 48 | 28 | 34 | 8 | 57 | 50 | 69 | 69 | 38 | 6 | 8 | 69 |
| Net cash per share | $0.31 | $0.25 | $0.13 | $0.15 | $0.41 | $0.26 | $0.17 | $0.02 | $0.19 | $0.11 | $0.13 | $0.03 | $0.21 | $0.18 | $0.24 | $0.24 | $0.15 | $0.03 | $0.03 | $0.24 |
| Deferred revenue | 230 | 234 | 227 | 317 | 279 | 291 | 299 | 396 | 349 | 354 | 371 | 484 | 419 | 432 | 447 | 596 | 317 | 396 | 484 | 596 |
| Billings | 108 | 131 | 121 | 224 | 102 | 165 | 171 | 266 | 140 | 201 | 214 | 319 | 158 | 256 | 267 | 419 | 584 | 703 | 874 | 1,100 |
| Subscription billings | 52 | 68 | 65 | 158 | 50 | 95 | 100 | 197 | 73 | 125 | 145 | 250 | 91 | 178 | 196 | 416 | 593 | 706 | 870 | 1,100 |
| Cash flow from operations | (4) | (56) | (40) | (15) | 47 | (25) | (27) | (38) | 36 | (18) | (1) | (23) | 44 | (4) | 12 | 3 | (115) | (42) | (6) | 55 |
| Cash flow per share | ($0.02) | ($0.22) | ($0.16) | ($0.06) | $0.21 | ($0.10) | ($0.11) | ($0.15) | $0.14 | ($0.07) | ($0.01) | ($0.09) | $0.16 | ($0.01) | $0.04 | $0.01 | ($0.46) | ($0.17) | ($0.02) | $0.19 |
| Capital expenditures | (5) | (4) | (2) | (3) | (1) | (3) | (5) | (5) | (4) | (4) | (3) | (4) | (4) | (5) | (3) | (4) | (14) | (15) | (15) | (16) |
| Free cash flow | (10) | (60) | (42) | (18) | 46 | (28) | (31) | (43) | 33 | (22) | (4) | (28) | 40 | (8) | 9 | (1) | (129) | (57) | (21) | 39 |
| Free cash flow per share | ($0.04) | ($0.24) | ($0.17) | ($0.07) | $0.21 | ($0.11) | ($0.13) | ($0.17) | $0.13 | ($0.08) | ($0.02) | ($0.10) | $0.14 | ($0.03) | $0.03 | ($0.01) | ($0.52) | ($0.23) | ($0.08) | $0.14 |
| **PERCENT OF REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Subscription revenue | 44.1% | 51.2% | 51.2% | 56.3% | 55.9% | 56.9% | 57.7% | 61.0% | 61.9% | 63.6% | 65.3% | 67.5% | 67.0% | 69.5% | 71.9% | 74.2% | 50.8% | 58.0% | 64.6% | 70.8% |
| Services revenue | 55.9% | 48.8% | 48.8% | 43.7% | 44.1% | 43.1% | 42.3% | 39.0% | 38.1% | 36.4% | 34.7% | 32.5% | 33.0% | 30.5% | 28.1% | 25.8% | 49.2% | 42.0% | 35.4% | 29.2% |
| Subscription gross margin | 88.6% | 90.4% | 90.7% | 91.2% | 90.0% | 90.2% | 90.2% | 89.9% | 89.6% | 90.4% | 90.5% | 89.6% | 89.8% | 90.6% | 90.7% | 89.9% | 90.3% | 90.1% | 90.0% | 90.2% |
| Services gross margin | 25.9% | 22.6% | 27.2% | 18.0% | 24.5% | 24.6% | 23.6% | 18.6% | 23.9% | 22.9% | 23.1% | 20.4% | 24.0% | 23.0% | 23.2% | 20.6% | 23.6% | 22.8% | 22.6% | 22.7% |
| Gross margin | 53.5% | 57.3% | 59.7% | 59.2% | 61.1% | 61.9% | 62.0% | 62.1% | 64.6% | 65.8% | 67.1% | 67.1% | 68.1% | 70.0% | 71.7% | 72.0% | 57.5% | 61.8% | 66.2% | 70.6% |
| Sales and marketing | 40.6% | 39.6% | 39.1% | 43.6% | 41.5% | 38.7% | 37.1% | 37.7% | 35.6% | 35.2% | 36.1% | 38.1% | 33.9% | 33.6% | 33.5% | 32.8% | 40.8% | 38.6% | 36.3% | 33.4% |
| Research and development | 31.6% | 30.4% | 29.4% | 29.0% | 29.0% | 28.8% | 29.0% | 28.8% | 26.8% | 26.2% | 27.1% | 27.0% | 24.9% | 24.4% | 25.7% | 25.4% | 30.1% | 28.9% | 26.8% | 25.1% |
| General and administrative | 13.9% | 11.1% | 10.6% | 12.2% | 11.1% | 10.8% | 11.5% | 11.4% | 10.6% | 10.8% | 10.6% | 11.1% | 10.3% | 10.6% | 10.4% | 10.8% | 11.9% | 11.2% | 10.8% | 10.5% |
| Operating margin | -32.6% | -23.7% | -19.4% | -25.5% | -20.4% | -16.4% | -15.6% | -15.8% | -8.5% | -6.4% | -6.7% | -9.0% | -1.0% | 1.4% | 2.1% | 3.0% | -25.2% | -16.9% | -7.6% | 1.5% |
| Net margin | -35.0% | -21.6% | -21.6% | -19.6% | -20.8% | -16.8% | -16.0% | -16.2% | -8.8% | -6.7% | -7.0% | -9.3% | -1.3% | 1.2% | 1.9% | 2.8% | -24.3% | -17.3% | -8.0% | 1.2% |
| Free cash margin | -8.1% | -47.3% | -32.9% | -13.2% | 32.5% | -18.4% | -19.4% | -25.4% | 17.5% | -11.2% | -2.2% | -13.3% | 17.8% | -3.4% | 3.7% | -0.6% | -25.4% | -9.1% | -2.7% | 4.0% |
| **GROWTH Y/Y** | | | | | | | | | | | | | | | | | | | | |
| Subscription revenue | 83.6% | 81.7% | 74.1% | 58.1% | 47.1% | 34.9% | 41.3% | 37.7% | 46.9% | 43.1% | 37.6% | 34.7% | 29.5% | 35.7% | 41.0% | 44.1% | 72.7% | 39.9% | 40.1% | 37.9% |
| Services revenue | 14.7% | -11.9% | -12.9% | -10.7% | -8.6% | 7.4% | 8.8% | 13.5% | 14.6% | 8.1% | -0.3% | 1.5% | 3.7% | 3.7% | 3.7% | 3.7% | -6.0% | 4.8% | 5.8% | 3.7% |
| Total revenue | 37.5% | 19.7% | 17.1% | 18.2% | 16.0% | 21.5% | 25.4% | 27.1% | 32.7% | 28.0% | 21.5% | 21.7% | 19.7% | 24.0% | 28.1% | 31.0% | 22.4% | 22.7% | 25.7% | 25.8% |
| Operating income | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EPS | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Deferred revenue | 29.5% | 28.9% | 18.4% | 30.8% | 21.4% | 24.0% | 31.9% | 24.6% | 25.3% | 21.9% | 24.0% | 22.4% | 20.0% | 21.8% | 20.5% | 23.1% | 30.8% | 24.6% | 22.4% | 23.1% |
| Billings | 16.6% | 19.6% | 5.1% | 32.8% | -5.9% | 25.7% | 40.8% | 18.8% | 37.6% | 21.8% | 25.2% | 20.2% | 12.7% | 27.3% | 25.2% | 31.2% | 20.1% | 20.3% | 24.3% | 25.9% |
| Subscription billings | 34.9% | 47.9% | 26.6% | 79.1% | -2.2% | 40.8% | 54.4% | 24.5% | 45.8% | 30.7% | 44.7% | 26.7% | 24.2% | 42.9% | 35.1% | 66.7% | 21.0% | 19.0% | 23.4% | 26.4% |
| Cash flow from operations | NA | NA | NA | NA | NA | NA | NA | NA | -22.7% | NA | NA | NA | 21.8% | NA | NA | NA | NA | NA | NA | NA |
| Free cash flow | NA | NA | NA | NA | NA | NA | NA | NA | -28.4% | NA | NA | NA | 22.0% | NA | NA | NA | NA | NA | NA | NA |
| **GROWTH Q/Q** | | | | | | | | | | | | | | | | | | | | |
| Subscription revenue | 12.6% | 20.9% | 2.3% | 13.5% | 4.8% | 10.8% | 7.1% | 10.6% | 11.8% | 7.9% | 3.0% | 8.3% | 7.5% | 13.0% | 7.1% | 10.8% | | | | |
| Services revenue | 3.9% | -9.4% | 2.4% | -7.4% | 6.3% | 6.5% | 3.7% | -3.4% | 7.4% | 0.5% | -4.4% | -1.7% | 9.8% | 0.5% | -4.4% | -1.7% | | | | |
| Total revenue | 7.6% | 4.0% | 2.4% | 3.3% | 5.5% | 8.9% | 5.7% | 4.7% | 10.1% | 5.1% | 0.3% | 4.9% | 8.3% | 8.9% | 3.6% | 7.3% | | | | |
| Deferred revenue | -5.4% | 2.1% | -3.2% | 39.8% | -12.2% | 4.3% | 3.0% | 32.1% | -11.7% | 1.4% | 4.8% | 30.5% | -13.5% | 3.0% | 3.6% | 33.2% | | | | |

Source: Company Reports and RBC Capital Markets estimates

Matthew Hedberg | 612-313-1293 | matthew.hedberg@rbccm.com

**RBC Capital Markets**

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for Pivotal Software Inc in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from Pivotal Software Inc in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from Pivotal Software Inc in the next three months.

RBC Capital Markets, LLC makes a market in the securities of Pivotal Software Inc.

RBC Capital Markets is currently providing Pivotal Software Inc with investment banking services.

RBC Capital Markets has provided Pivotal Software Inc with investment banking services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

 **RBC Capital Markets**

Pivotal Software Inc

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/ Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 31-Mar-2018 | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 865 | 53.49 | 275 | 31.79 |
| HOLD [Sector Perform] | 667 | 41.25 | 147 | 22.04 |
| SELL [Underperform] | 85 | 5.26 | 7 | 8.24 |



Rating and price target history for: Pivotal Software Inc as of 14-May-2018 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List – RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Pivotal Software Inc**

**Valuation**

May 15, 2018    **Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com    46

*78*

 **RBC Capital Markets**

We calculate our price target of $21 using a 7.3x EV/S multiple on our CY/19E revenue estimate. This multiple is essentially in line with fast-growing software peers at 7.6x. We believe our price target and multiple are warranted due to an attractive growth profile, a mix-shift to higher gross margin software, and the opportunity for upside to growth expectations. Our price target supports a Sector Perform rating.

**Risks to rating and price target**

Risks to our price target and rating could include changes in the macro environment, moderating IT spending, a slowdown in revenue growth, changes in OEM and channel relationships, or should acceptance of the company's products change relative to new entrants and established competitors.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

May 15, 2018                                    **Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com     47

 **RBC Capital Markets**

Pivotal Software Inc

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity granted offshore bank licence by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

May 15, 2018                                     **Matthew Hedberg,**  (612) 313-1293; matthew.hedberg@rbccm.com     48

 **RBC Capital Markets**

Pivotal Software Inc

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2018 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2018 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2018
Copyright © Royal Bank of Canada 2018
All rights reserved