LATHAM & WATKINS LLP
Elizabeth L. Deeley (Bar No. 230798)
  *elizabeth.deeley@lw.com*
Gavin M. Masuda (Bar No. 260480)
  *gavin.masuda@lw.com*
Joseph C. Hansen (Bar No. 275147)
  *joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: +1.415.391.0600/F: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
T: +1.202.637.2200/F: +1.202.637.2201

Attorneys for Defendants

*Morgan Stanley & Co. LLC, Goldman Sachs
& Co. LLC, Citigroup Global Markets Inc.,
Merrill Lynch, Pierce, Fenner & Smith Inc.,
Barclays Capital Inc., Credit Suisse Securities
(USA) LLC, RBC Capital Markets, LLC, UBS
Securities LLC, Wells Fargo Securities LLC,
Keybanc Capital Markets Inc., William Blair
& Company, L.L.C., Mischler Financial
Group, Inc., Samuel A. Ramirez & Co., Inc.,
Siebert Cisneros Shank & Co., LLC, and
Williams Capital Group, L.P. (the latter two,
Siebert Williams Shank & Co., LLC)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE PIVOTAL SECURITIES LITIGATION | Master File No. 3:19-cv-03589-CRB |
|---|---|
| | **UNDERWRITER DEFENDANTS' NOTICE OF JOINDER IN PIVOTAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| | Date:        July 17, 2020 |
| | Time:        10:00 a.m. |
| | Judge:       Hon. Charles R. Breyer |
| | Courtroom:   6 |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Underwriter Defendants Morgan Stanley & Co. LLC; Goldman Sachs & Co. LLC; Citigroup Global Markets Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc., Barclays Capital Inc.; Credit Suisse Securities (USA) LLC; RBC Capital Markets, LLC; UBS Securities LLC; Wells Fargo Securities LLC; Keybanc Capital Markets Inc.; William Blair & Company, L.L.C.; Mischler Financial Group, Inc.; Samuel A. Ramirez & Co., Inc.; Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P. (the latter two Siebert Williams Shank & Co., LLC) hereby join in the Pivotal Defendants' Reply in Support of their Motion to Dismiss the Consolidated Amended Class Action Complaint pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, as filed on June 19, 2020 (Dkt. 91).

DATED:  June 19, 2020

LATHAM & WATKINS LLP

By:  /s/  *Elizabeth L. Deeley*
Elizabeth L. Deeley (Bar No. 230798)
  *elizabeth.deeley@lw.com*
Gavin M. Masuda (Bar No. 260480)
  *gavin.masuda@lw.com*
Joseph C. Hansen (Bar No. 275147)
  *joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
T: +1.415.391.0600/F: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
T: +1.202.637.2200/F: +1.202.637.2201

Attorneys for Defendants
*Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc., William Blair & Company, L.L.C., Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc., Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P. (the latter two, Siebert Williams Shank & Co., LLC)*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    UNDERWRITERS' JOINDER IN PIVOTAL
DEFENDANTS' REPLY TO MOTION TO DISMISS
CASE NO. 3:19-cv-03589-CRB