**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Christine M. Fox (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

*Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Lead Counsel for the Class*

*Additional counsel on the signature page*.

**MORRISON & FOERSTER LLP**
Jordan Eth (SBN 121617)
Mark R.S. Foster (SBN 223682)
Robert L. Cortez Webb (SBN 274742)
Karen Leung (SBN 323029)
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
jeth@mofo.com
mfoster@mofo.com
rwebb@mofo.com
kleung@mofo.com

*Counsel for Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, and Khozema Z. Shipchandler*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE PIVOTAL SECURITIES LITIGATION | Master File No. 3:19-cv-03589-CRB<br><br>**JOINT STIPULATION AND** ~~[PROPOSED]~~ **ORDER REGARDING THE SECOND AMENDED COMPLAINT** |

Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis (together, "Lead Plaintiffs"), by and through their counsel, and Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, Khozema Z. Shipchandler, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc., William Blair & Co., LLC, Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc., Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P. (collectively, "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, on February 11, 2020, Lead Plaintiffs filed the Consolidated Amended Class Action Complaint, ECF No. 75 ("Complaint").

WHEREAS, on July 21, 2020, the Court dismissed the Complaint with leave to amend as to certain allegedly false and misleading statements, ECF No. 100.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. Lead Plaintiffs shall file a Second Consolidated Amended Class Action Complaint ("SAC") by September 14, 2020.

2. The dispositive motion briefing schedule shall be as follows:

    a. Defendants' Answer or Motion to Dismiss SAC: October 15, 2020;

    b. Lead Plaintiffs' opposition to the Motion to Dismiss SAC: November 13, 2020;

    c. Defendants' Reply in further support of the Motion to Dismiss SAC: December 10, 2020; and

    d. Hearing on Motion to Dismiss SAC: In advance of filing their motion to dismiss and noticing it for hearing, Defendants will confer with Plaintiffs about mutually acceptable hearing dates.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
FILING DEADLINES REGARDING THE SECOND AMENDED COMPLAINT
Master File No. 3:19-cv-03589-CRB

1

**IT IS SO STIPULATED**

Dated:  August 11, 2020

Respectfully submitted,

/s/ Christine M. Fox
**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Christine M. Fox (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

*Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Lead Counsel for the Class*

/s/ Frank Busch
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Liaison Counsel for the Class*

/s/ Mark R.S. Foster
**MORRISON & FOERSTER LLP**
Jordan Eth (SBN 121617)
Mark R.S. Foster (SBN 223682)
Robert L. Cortez Webb (SBN 274742)
Karen Leung (SBN 323029)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415)268-7522
JEth@mofo.com
MFoster@mofo.com
RWebb@mofo.com
KLeung@mofo.com

*Counsel for Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, and Khozema Z. Shipchandler*

/s/ Gavin M. Masuda
**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (SBN 230798)
Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile: (415) 395-8095
elizabeth.deeley@lw.com
gavin.masuda@lw.com

*Counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc., William Blair & Co., LLC, Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc., Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P. (the latter two, SWS)*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINES REGARDING THE SECOND AMENDED COMPLAINT
Master File No. 3:19-cv-03589-CRB

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:   August 12        , 2020                    _____

Honorable Charles R. Breyer
United States District Judge
Northern District of California

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND
FILING DEADLINES REGARDING THE SECOND AMENDED COMPLAINT
Master File No. 3:19-cv-03589-CRB

3