| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>Carol C. Villegas (admitted *pro hac vice*)<br>Christine M. Fox (admitted *pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cvillegas@labaton.com<br>cfox@labaton.com<br><br>*Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Lead Counsel for the Class* | **MORRISON & FOERSTER LLP**<br>Jordan Eth (SBN 121617)<br>Mark R.S. Foster (SBN 223682)<br>Robert L. Cortez Webb (SBN 274742)<br>Karen Leung (SBN 323029)<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>jeth@mofo.com<br>mfoster@mofo.com<br>rwebb@mofo.com<br>kleung@mofo.com<br><br>*Counsel for Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, and Khozema Z. Shipchandler* |

*Additional counsel on the signature page*.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PIVOTAL SECURITIES LITIGATION | Master File No. 3:19-cv-03589-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

1  Lead Plaintiffs Oklahoma City Employee Retirement System and Police Retirement
2 System of St. Louis (together, "Lead Plaintiffs"), by and through their counsel, and Defendants
3 Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban,
4 William D. Green, Marcy S. Klevorn, Khozema Z. Shipchandler, Morgan Stanley & Co. LLC,
5 Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner &
6 Smith Incorporated, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital
7 Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc.,
8 William Blair & Co., LLC, Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc.,
9 Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P (collectively,
10 "Defendants") stipulate as follows:
11  A.  On November 8, 2019, the Court entered an order appointing Lead Plaintiffs.
12 ECF No. 63.
13  B.  On February 11, 2020, Lead Plaintiffs filed their amended complaint (the
14 "Complaint").  ECF No. 75.
15  C.  On July 21, 2020, the Court granted Defendants' motion to dismiss the Complaint
16 with leave to amend (the "Dismissal Order").  ECF No. 100.
17  D.  Lead Plaintiffs have decided not to amend the Complaint and to seek dismissal of
18 the litigation with prejudice.
19  E.  Lead Plaintiffs agree not to appeal the Dismissal Order.
20  F.  No consideration has been given, offered, or promised to Lead Plaintiffs or their
21 counsel in connection with this dismissal.
22  THEREFORE, the parties, by and through their counsel, hereby agree as follows:
23  1. The above-captioned action be, and hereby is, dismissed with prejudice pursuant to
24      Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorney's
25      fees and costs.
26  2. Pursuant to the Private Securities Litigation Reform Act, each party and each attorney
27      representing any party has complied with the requirements of Rule 11(b) of the
28

Federal Rules of Civil Procedure as to all complaints, responsive pleadings, and dispositive motions.  15 U.S.C. § 78u-4(c)(1).

In connection with this stipulated dismissal, the Parties respectfully request that all dates set in this matter be vacated and taken off the Court's calendar.

**IT IS SO STIPULATED**

Dated:  September 14, 2020

                    Respectfully submitted,

| | |
|---|---|
| */s/ Carol C. Villegas*<br>**LABATON SUCHAROW LLP**<br>Carol C. Villegas (admitted *pro hac vice*)<br>Christine M. Fox (admitted *pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>cvillegas@labaton.com<br>cfox@labaton.com<br><br>*Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Lead Counsel for the Class*<br><br>*/s/ James M. Wagstaffe*<br>**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**<br>James M. Wagstaffe (SBN 95535)<br>Frank Busch (SBN 258288)<br>100 Pine Street, Suite 725<br>San Francisco, California 94111<br>Telephone: (415) 357-8900<br>Facsimile: (415) 357-8910<br>wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com<br><br>*Liaison Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Liaison Counsel for the Class* | */s/ Jordan Eth*<br>**MORRISON & FOERSTER LLP**<br>Jordan Eth (SBN 121617)<br>Mark R.S. Foster (SBN 223682)<br>Robert L. Cortez Webb (SBN 274742)<br>Karen Leung (SBN 323029)<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415)268-7522<br>JEth@mofo.com<br>MFoster@mofo.com<br>RWebb@mofo.com<br>KLeung@mofo.com<br><br>*Counsel for Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, and Khozema Z. Shipchandler*<br><br>*/s/ Elizabeth L. Deeley*<br>**LATHAM & WATKINS LLP**<br>Elizabeth L. Deeley (SBN 230798)<br>Gavin M. Masuda (SBN 260480)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:  (415) 391-0600<br>Facsimile: (415) 395-8095<br>elizabeth.deeley@lw.com<br>gavin.masuda@lw.com<br><br>*Counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc., William Blair & Co., LLC, Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc., Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P. (the latter two, SWS)* |

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE
Master File No. 3:19-cv-03589-CRB

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  DATED: _____, 2020                    _____

4

5                                                  Honorable Charles R. Breyer
                                                   United States District Judge
6                                                  Northern District of California

**ATTESTATION**

I, Carol C. Villegas, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Extend Filing Deadlines Regarding the Second Amended Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Carol C. Villegas*
　　　　　　　　　　　　　　　　　　　　　　Carol C. Villegas