**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Christine M. Fox (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

*Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Lead Counsel for the Class*

**MORRISON & FOERSTER LLP**
Jordan Eth (SBN 121617)
Mark R.S. Foster (SBN 223682)
Robert L. Cortez Webb (SBN 274742)
Karen Leung (SBN 323029)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jeth@mofo.com
mfoster@mofo.com
rwebb@mofo.com
kleung@mofo.com

*Counsel for Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, and Khozema Z. Shipchandler*

*Additional counsel on the signature page*.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PIVOTAL SECURITIES LITIGATION | Master File No. 3:19-cv-03589-CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

Lead Plaintiffs Oklahoma City Employee Retirement System and Police Retirement System of St. Louis (together, "Lead Plaintiffs"), by and through their counsel, and Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, Khozema Z. Shipchandler, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc., William Blair & Co., LLC, Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc., Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P (collectively, "Defendants") stipulate as follows:

A. On November 8, 2019, the Court entered an order appointing Lead Plaintiffs. ECF No. 63.

B. On February 11, 2020, Lead Plaintiffs filed their amended complaint (the "Complaint"). ECF No. 75.

C. On July 21, 2020, the Court granted Defendants' motion to dismiss the Complaint with leave to amend (the "Dismissal Order"). ECF No. 100.

D. Lead Plaintiffs have decided not to amend the Complaint and to seek dismissal of the litigation with prejudice.

E. Lead Plaintiffs agree not to appeal the Dismissal Order.

F. No consideration has been given, offered, or promised to Lead Plaintiffs or their counsel in connection with this dismissal.

THEREFORE, the parties, by and through their counsel, hereby agree as follows:

1. The above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorney's fees and costs.

2. Pursuant to the Private Securities Litigation Reform Act, each party and each attorney representing any party has complied with the requirements of Rule 11(b) of the

1    Federal Rules of Civil Procedure as to all complaints, responsive pleadings, and
2    dispositive motions.  15 U.S.C. § 78u-4(c)(1).
3  In connection with this stipulated dismissal, the Parties respectfully request that all dates set in
4  this matter be vacated and taken off the Court's calendar.
5
6
7  **IT IS SO STIPULATED**
8  Dated:  September 14, 2020
9  Respectfully submitted,

| | |
|---|---|
| */s/ Carol C. Villegas* | */s/ Jordan Eth* |
| **LABATON SUCHAROW LLP** | **MORRISON & FOERSTER LLP** |
| Carol C. Villegas (admitted *pro hac vice*) | Jordan Eth (SBN 121617) |
| Christine M. Fox (admitted *pro hac vice*) | Mark R.S. Foster (SBN 223682) |
| 140 Broadway | Robert L. Cortez Webb (SBN 274742) |
| New York, New York 10005 | Karen Leung (SBN 323029) |
| Telephone: (212) 907-0700 | 425 Market Street |
| Facsimile: (212) 818-0477 | San Francisco, California 94105-2482 |
| cvillegas@labaton.com | Telephone: (415) 268-7000 |
| cfox@labaton.com | Facsimile: (415)268-7522 |
| | JEth@mofo.com |
| *Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Lead Counsel for the Class* | MFoster@mofo.com |
| | RWebb@mofo.com |
| | KLeung@mofo.com |

*/s/ James M. Wagstaffe*
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Lead Plaintiffs the Oklahoma City Employee Retirement System and Police Retirement System of St. Louis and Liaison Counsel for the Class*

*Counsel for Defendants Pivotal Software, Inc., Robert Mee, Cynthia Gaylor, Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, and Khozema Z. Shipchandler*

*/s/ Elizabeth L. Deeley*
**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (SBN 230798)
Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile: (415) 395-8095
elizabeth.deeley@lw.com
gavin.masuda@lw.com

*Counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wells Fargo Securities LLC, Keybanc Capital Markets Inc., William Blair & Co., LLC, Mischler Financial Group, Inc., Samuel A. Ramirez & Co., Inc., Siebert Cisneros Shank & Co., LLC, and Williams Capital Group, L.P. (the latter two, SWS)*

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE
Master File No. 3:19-cv-03589-CRB

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3  DATED: __September 15____, 2020                

Honorable Charles R. Breyer
United States District Judge
Northern District of California

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE
Master File No. 3:19-cv-03589-CRB